# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Californians for Alternatives to Toxics

**(b)** County of Residence of First Listed Plaintiff: Humboldt
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
William N. Carlon and Andrew L. Packard (Law Offices of Andrew L. Packard, 245 Kentucky Street, Ste. B3, Petaluma, CA 94559, (707) 782-4060)
William Verick (Klamath Environmental Law Center, 1125 Sixteenth St., Ste. 204, Arcata, CA 95521, (707) 630-5061)

## DEFENDANTS
Reichardt Duck Farm, Inc. and John Reichardt

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Diane Kindermann (Abbott & Kindermann, Inc., 2100 21st St., Sacramento, CA 95818, (916) 456-9595)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 893 Environmental Matters

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Water Pollution Control Act, 33 U.S.C. §§ 1251–1387

Brief description of cause:
Citizen suit enforcement action under the Clean Water Act (California General Industrial Storm Water Permit)

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: No

## VIII. RELATED CASE(S), IF ANY

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
[X] SAN FRANCISCO/OAKLAND

**DATE**: 12/21/2022
**SIGNATURE OF ATTORNEY OF RECORD**: William N. Carlon