ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel. (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**STIPULATION REGARDING SERVICE OF SUMMONS AND COMPLAINT** |

  WHEREAS, Plaintiff Californians for Alternatives to Toxics ("Plaintiff") filed its complaint ("Complaint") in this action on December 21, 2022; and

  WHEREAS, on January 9, 2023, Plaintiff electronically transmitted to counsel for all Defendants a courtesy copy of the Complaint, the Summons, the U.S. District Court's pamphlet on Consenting to the Magistrate, the Court's Standing Order for All Judges, the Civil Standing Order and Settlement Conference Standing Order for Magistrate Judge Alex G. Tse, and the Court's Oder Setting Initial Case Management Conference and ADR Deadlines.

IT IS HEREBY STIPULATED by and among the parties to this action, by and through their respective counsel, that Defendants have waived service of the summons, and Plaintiff shall be deemed to have timely perfected service of the above-referenced documents on Defendants on January 15, 2023.

IT IS FURTHER STIPULATED that Defendants shall have until February 15, 2023 to file a response to the Complaint.

Dated: January 12, 2023                    LAW OFFICES OF ANDREW L. PACKARD

                                                           /s/ Andrew L. Packard
                                           Andrew L. Packard
                                           Attorney for Plaintiff
                                           CALIFORNIANS FOR ALTERNATIVES TO TOXICS

Dated: January 12, 2023                    ABBOTT & KINDERMANN, INC.

                                           /s/ Diane G. Kindermann Henderson
                                           Diane G. Kindermann Henderson
                                           Attorney for Defendants
                                           REICHARDT DUCK FARM, INC., and
                                           JOHN REICHARDT

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(h) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: January 12, 2023                    By: /s/ Andrew L. Packard