UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Californians for Alternatives to Toxic<br><br>   Plaintiff.<br>v.<br><br>Reichardt Duck Farm, Inc., et al.<br><br>   Defendants. | Case No.   3:22-cv-09065-AGT<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 1/24/23     Signed: /s/ Patricia Clary, for CATs
                                                  Party

Date: 1/24/23     Signed: /s/ Andrew L. Packard
                                                Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*