ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel. (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>      Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>      Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Californians for Alternatives to Toxics ("CAT"), through its counsel of record, confirms that CAT is a non-governmental corporate not-for-profit organization and that it has no parent companies, subsidiaries, or affiliates that have issued stock to the public in the United States or abroad.

Dated:  February 6, 2023         LAW OFFICES OF ANDREW L. PACKARD
                                 By:    /s/ William N. Carlon
                                        William N. Carlon
                                        Attorneys for Plaintiff
                                        CALIFORNIANS FOR ALTERNATIVES TO TOXICS