```
 1  Diane Kindermann (SBN 144426)
     dkindermann@aklandlaw.com
 2  Glen C. Hansen (SBN 166923)
     ghansen@aklandlaw.com
 3  ABBOTT & KINDERMANN, INC.
    2100 21st Street
 4  Sacramento, California 95818
    Telephone:    (916) 456-9595
 5  Facsimile:    (916) 456-9599

 6  Attorneys for Defendants
    REICHARDT DUCK FARM, INC., and
 7  JOHN REICHARDT
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>　　　　　Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**NOTICE OF APPEARANCE**<br><br><br><br>The Honorable Alex G. Tse |

　　　　PLEASE TAKE NOTICE that Diane G. Kindermann and Glen C. Hansen of Abbott & Kindermann, Inc., hereby file this Notice of Appearance in the above-referenced action as counsel of record for all named defendants in this matter, and request that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on the undersigned at:

```
Diane G. Kindermann
Glen C. Hansen
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, CA 95818
Telephone:    (916) 456-9595
Facsimile:    (916) 456-9599
Email:        dkindermann@aklandlaw.com
Email:        ghansen@aklandlaw.com
```

-1-
**NOTICE OF APPEARANCE**

1
2  Dated: February 15, 2023					ABBOTT & KINDERMANN, INC.
3
4							By:   */s/ Glen C. Hansen*
								GLEN C. HANSEN
5								DIANE G. KINDERMANN
								Attorneys for Defendants
6								REICHARDT DUCK FARM, INC., and
								JOHN REICHARDT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System.

**CALIFORNIANS FOR ALTERNATIVES TO TOXICS v. REICHARDT DUCK FARM, INC., and JOHN REICHARDT**

CASE NO. 3:22-CV-09065-AGT

## NOTICE OF APPEARANCE

    I hereby certify that on February 15, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Northern District by using the CM/ECF system.

    Participants in the case who are registered have been served via the Northern District of the United States District Court's CM/ECF system.

Date: February 15, 2023        ABBOTT & KINDERMANN, INC.

                                By: */s/ Lisa Haddix*
                                     LISA HADDIX