ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel. (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>  Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>  Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**ELECTRONIC SERVICE AGREEMENT (DISCOVERY)** |

   Plaintiff Californians for Alternatives to Toxics ("Plaintiff") and Defendants Reichardt Duck Farm and John Reichardt (collectively "the Parties") enter into this electronic service agreement ("Agreement"), for discovery purposes only, as follows:

   1.   Any and all discovery requests or responses may be served under this Agreement; however, this Agreement does shall not preclude the Parties from effectuating service by using any of the methods set forth in the Federal Rules of Civil Procedure.

   2.   Any service transmissions under this agreement shall bear the case name and the phrase "Electronic Service of Discovery" in the subject line.

3.  Any service transmissions to be served on Plaintiff must be sent to each of the following persons' email addresses to be valid:

Andrew Packard – andrew@packardlawoffices.com

William Carlon – wncarlon@packardlawoffices.com

4.  Any service transmissions to be served on Defendants must be sent to each of the following persons' email addresses to be valid:

Diane Kindermann – dkindermann@aklandlaw.com

Glen Hansen – ghansen@aklandlaw.com

Lisa Haddix – lhaddix@aklandlaw.com

5.  Any party may change their designees or email addresses in the above paragraphs at any time.

6.  Electronic service, as provided herein, shall be deemed effective one business day following the business day on which the transmission(s) are completed, provided that the entire transmissions are completed no later than 11:59 p.m. Pacific Standard Time.  Any transmissions completed outside this timeframe, on weekends, court holidays or other such non-business hours, shall be deemed completed on the following business day, with service deemed effective on the next business date thereafter.

Dated: February 20, 2023            LAW OFFICES OF ANDREW L. PACKARD

   /s/ Andrew L. Packard
  Andrew L. Packard
  Attorney for Plaintiff
  CALIFORNIANS FOR ALTERNATIVES TO
  TOXICS

Dated: February 20, 2023            ABBOTT & KINDERMANN, INC.

  /s/ Diane G. Kindermann Henderson
  Diane G. Kindermann Henderson
  Attorney for Defendants
  REICHARDT DUCK FARM, INC., and
  JOHN REICHARDT

- 3 -

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(h) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: February 20, 2023                    By: /s/ Andrew L. Packard