1  Diane Kindermann (SBN 144426)
   dkindermann@aklandlaw.com
2  Glen C. Hansen (SBN 166923)
   ghansen@aklandlaw.com
3  ABBOTT & KINDERMANN, INC.
   2100 21st Street
4  Sacramento, California 95818
   Telephone:    (916) 456-9595
5  Facsimile:    (916) 456-9599

6  Attorneys for Defendants
   REICHARDT DUCK FARM, INC., and
7  JOHN REICHARDT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FOR LITIGATION INVOLVING CONFIDENTIAL INFORMATION AND INSPECTION OF BIOSECURE AREAS**<br><br>Date:    TBD<br>Time:    TBD |
|---|---|

**TO PLAINTIFF CALIFORNIANS FOR ALTERNATIVES TO TOXICS AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT ON _____, 2023, at _____ am, or as soon thereafter as the matter can be heard, at the United States District Court, Northern District of California, in the courtroom of the Honorable Magistrate Judge Alex G. Tse, located at the U.S. District Court, San Francisco Courthouse, Courtroom A – 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants Reichardt Duck Farm, Inc., and John Reichardt ("Defendants") will and hereby do move, pursuant to F.R.C.P. 26(c)(1), for an order granting a motion for protective order for litigation involving confidential information and inspection of biosecure areas.

In compliance with the Civil Standing Order For Magistrate Judge Alex G. Tse, the Parties met and conferred by Zoom on March 6, 2023 to address the disputed discovery hererin. They then continued to meet and confer my email, and exchanged draft several draft protective orders before coming to the impasse presented herein.  The Parties having been unable to resolve such impasse, Defendants now seek assistance from the Court.

Defendants further move, pursuant to Rules 26(c)(3) and 37(a)(5), that Plaintiff be required to pay Defendants the reasonable expenses, including attorneys' fees, incurred in bringing this motion.

The motion is based on this Notice of Motion and Motion, the Joint Statement Re Discovery Disagreement, the Declaration of Dr. Mark Bland, Declaration of John Reichardt, and Declaration of Glen Hansen to be filed in accordance with the Civil Standing Order For Magistrate Judge Alex G. Tse, all of the files and records in this action, and on any additional material that may be elicited at the hearing of this motion.

Dated:  March 21, 2023              **ABBOTT & KINDERMANN, INC.**

By:    /s/ Glen C. Hansen
    DIANE G. KINDERMANN
    GLEN C. HANSEN
    Attorneys for Defendants
    REICHARDT DUCK FARM, INC., and
    JOHN REICHARDT

**STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION**