Diane Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:     (916) 456-9595
Facsimile:      (916) 456-9599

Attorneys for Defendants
REICHARDT DUCK FARM, INC., and
JOHN REICHARDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**DECLARATION OF JOHN REICHARDT IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

I, John Reichardt, declare:

1.      I am a defendant in this action and am the General Manager, and Chief Executive Officer of Defendant Reichardt Duck Farm, Inc., Inc. ("RDF").

2.      I have been the General Manager of RDF since 1993, and the CEO of RDF since 2003. RDF has been in existence since 1958 at its present location of 3770 Middle Two Rock Road, Petaluma, California. RDF consists of a farm of approximately 373 acres in depth, including 40 barns where approximately 140,000 ducks are raised.  Half of these ducks are egg layers and the other half are processed on site for market in the Bay Area. A map of RDF is attached to this declaration as **Exhibit 1**.

-1-
**DECLARATION OF JOHN REICHARDT IN SUPPORT OF DEFENDANTS' MOTION
FOR PROTECTIVE ORDER**

3. The area where the ducks are raised is referred to as the farm area, and the area where the ducks are processed is referred to as the process area. Both areas are within RDF's biosecurity area as shown on the attached map (Exhibit 1). Photographs of the front entrance gate on the perimeter of the biosecurity area are attached to this declaration as **Exhibit 2**. The ducks located at RDF are heavily protected by biosecurity measures developed by Dr. Mark Bland, an expert poultry veterinarian.

4. According to the United States Department of Agriculture, Animal and Plant Health Inspection Service ("APHIS"), preventing diseases in our poultry supply is a vital national interest. For example, avian influenza hs been described by the Animal and Plant Health Inspection Service, for the U.S. Department of Agriculture, as follows:

> Avian influenza (AI) is caused by an influenza type A virus which can infect poultry (such as chickens, turkeys, pheasants, quail, *domestic ducks*, geese, and guinea fowl) and wild birds (especially waterfowl).
>
> AI viruses are classified by a combination of two groups of proteins: hemagglutinin or "H" proteins, of which there are 16 (H1–H16), and neuraminidase or "N" proteins, of which there are 9 (N1–N9). AI viruses are further classified by their pathogenicity—the ability of a particular virus strain to produce disease in domestic chickens.
>
> Highly pathogenic avian influenza (HPAI) virus strains are extremely infectious, often fatal to chickens, and can spread rapidly from flock-to-flock.
>
> Low pathogenicity avian influenza (LPAI) virus strains occur naturally in wild migratory waterfowl and shorebirds without causing illness. LPAI can infect domestic poultry, creating little or no signs of illness.
>
> The U.S. Department of Agriculture's (USDA) Animal and Plant Health Inspection Service (APHIS) works closely with States and the poultry industry to prevent AI from becoming established in the U.S. poultry population. Keeping our nation's poultry free from avian influenza helps protect our farmers' livelihoods.
> [https://www.aphis.usda.gov/aphis/ourfocus/animalhealth/animal-disease-information/avian/avian-influenza/ai (last accessed March 10, 2023).]

The Animal and Plant Health Inspection Service of the USDA therefore strongly emphasizes the need for "biosecurity" in the avian context, such as the RDF Facility here. The APHIS explains:

> Biosecurity refers to everything people do to keep diseases – and the viruses, bacteria, funguses, parasites, and other microorganisms that cause

disease – away from birds, property, and people. It includes:

    •     Structural biosecurity: measures used in the physical construction and maintenance of coops, pens, poultry houses, family farms, commercial farms, and other facilities.

    •     *Operational biosecurity: practices, procedures, policies that are consistently followed by people.*

Biosecurity is a team effort. Everyone involved in raising poultry must use structural and operational biosecurity to prepare for and prevent disease outbreaks throughout the United States. Put simply: we have to work together to protect our flocks.

What can you do? You can practice biosecurity each and every day. By practicing good biosecurity, you can reduce the risk of people, animals, equipment, or vehicles carrying infectious diseases onto your property – either accidentally or on purpose. You will also help protect other flocks by preventing the spread of disease.
[https://www.aphis.usda.gov/aphis/ourfocus/animalhealth/animal-disease-information/avian/defend-the-flock-program/dtf-biosecurity/bird-biosecurity (last accessed March 10, 2023) (emphasis added).]

    5.     RDF consistently and meticulously maintains a strict biosecurity plan that was designed by Dr. Bland. The biosecurity plan for RDF contains, and is itself, confidential information of RDF and, therefore, will be disclosed to Plaintiff in this action pursuant to the relevant Protective Order provisions once the Protective Order is entered by the Court. In general, the biosecurity plan includes (i) a complete prohibition of materials, equipment, people or animals with potential exposure to other birds or animals; (ii) special care and cleaning of boots, vehicles, and other equipment; (iii) dedicated or disposable equipment and clothing for this Facility; (iv) staff, employee and contractor training and awareness of personal exposure risk to self, family, and other close-contacts including activities involving feed stores, fairs, zoos, vets, hunting; (v) staff, employee and contractor training and awareness of potential cross-contamination from other off-site facilities; and (vi) staff, employee and contractor training and awareness on the biosecurity expectations and risks that are critical to the business, the food supply, the local economy, and their livelihoods.

    6.     In applying the biosecurity plan, visitors are not allowed into the biosecurity areas of RDF -- including the attorneys of RDF in this litigation -- unless they ride and stay inside a

closed RDF company vehicle while in the biosecurity area. Even such company vehicles must go through a tire bath before entering the biosecure area of the RDF farm area.

7. Strict adherence to the biosecurity plan of RDF is made even more critical by the additional threats to RDF from animal rights groups and even agricultural terrorists. In the recent past, people affiliated with an animal rights group, DXE, trespassed in the biosecure areas of RDF with the purpose of trying to shut down the entire RDF operation, requiring intervention by local law enforcement.  Thus, threats to RDF are real.

8. Travis Peterson, the Qualified Industrial Storm Water Practitioner (QISP) at RDF for the last five years, is presently permitted to go into the biosecure areas of RDF because, like RDF employees, he has been carefully screened and found to fully satisfy all the requirements of the RDF biosecurity policy, and he is not hostile to the interests and operations of RDF.

9. In accordance with RDF biosecurity policy, and in order to protect RDF from the risks and dangers of an inspection of the biosecurity areas by Plaintiff, as well as to allow a reasonable inspection of the biosecurity areas by Plaintiff for purposes of this litigation, RDF is willing to allow Plaintiff to inspect the biosecurity areas of RDF only under the following conditions:

    a. All persons are to ride within the Facility's 10-person van during the inspection of the biosecure areas; and no private vehicles will be allowed outside of the parking area next to Middle Two Rock Road;

    b. There will be no inspection of, or entry into, any of the buildings at the Facility, ecept for the office building on the south side of the Middle Two Rock Road;

    c. Plaintiff will be represented by its counsel and water quality experts only;

    d. No drones are allowed;

    e. Photographs and video cannot include any ducks or employees at the Facility;

-4-
**DECLARATION OF JOHN REICHARDT IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

    f. Any inspection of a biosecure area will be made from inside the van; and

    g. If Plaintiff requests sampling within the biosecure areas, then during the site inspection of the biosecure areas the Facility's expert QISP, Travis Peterson, who has satisfied the biosecurity measures and precautions for the Facility will take such samples for Plaintiff in the biosecure areas of the Facility and immediately provide such samples to Plaintiff's representatives during the inspection.

  10. Plaintiff propounded a Request for Production of Documents, Set One, on RDF in this case. Requests Nos. 29, 30, and 31 seek financial information of RDF. Such financial information is confidential and, therefore, RDF will produce such information pursuant to the "Confidential Information" provisions of the Protective Order, once that Protective Order is entered by the Court in this action.

  I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2023, at Petaluma, California.

*/s/ John Reichardt*
John Reichardt

-5-
**DECLARATION OF JOHN REICHARDT IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

# EXHIBIT 1

# Reichardt Duck Farm Inc.




# EXHIBIT 2



