Diane Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
REICHARDT DUCK FARM, INC., and
JOHN REICHARDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>          Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>          Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**DECLARATION OF<br>DR. MARK BLAND IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

I, Mark Bland (DVM, MS and DACPV), declare:

    1.    I have been working with Defendants John Reichardt and Reichardt Duck Farm, Inc. (collectively "Reichardt Duck Farm"), for the past 10 years. I am responsible for developing the biosecurity and animal welfare programs for Reichardt Duck Farm, and for the overall flock health programs at Reichardt Duck Farm. If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except those matters alleged upon information and belief, and as to those, I believe them to be true.

    2.    I have been a Poultry Veterinarian Consultant for the past 25 years. I grew up on a small farm with 500 layers, 20 plus milking goats, 40 head of beef cattle and a few market pigs now and then. I have a Bachelor of Science degree in Poultry Science (conferred in 1981) and a Master of Science degree in Poultry Science (conferred in 1983) from Oregon State University. I

graduated with a Doctor in Veterinary Medicine from the School of Veterinary Medicine at Oregon State University in 1987 and received my Residency degree in Poultry Medicine from University of California, Davis in 1989. I worked as the corporate veterinarian for Nicholas Turkey Breeding Farms for 10 years in Sonoma, California. For the past 25 plus years I have been consulting with a number of commercial layer, broiler, turkey, duck, breeders of all four species, game birds, guinea fowl and squab production companies on the West Coast. I am an accredited veterinarian licensed to practice in British Columbia (Canada), Washington, Oregon, California and Utah. I am board certified as a Poultry Veterinarian with the American Veterinary Medical Association through the American Association of Poultry Veterinarians since 1992. I am also trained as an Animal Welfare Auditor through the Professional Animal Auditor Certified / Poultry Welfare since 2009.

3. I designed the biosecurity protocols for Reichardt Duck Farm. It is my professional and expert opinion that visitors, including representatives and agents of Plaintiff Californians For Alternatives To Toxics, should not be allowed on to or in the biosecurity areas of the Reichardt Duck Farm in order to prevent any compromises of those biosecurity protocols.

4. My opinion is based on the continuous outbreaks of High Path Avian Influenza HPAI that continues to plague the Poultry Industry across this country as well as California for the past 14 months. The risk of Avian Influenza (AI), in this case HPAI H5, is real. Pekin Ducks are domestic waterfowl and are highly susceptible to AI infection. The end result of an infection will be total depopulation of the farm, hatchery, breeders and grow out operations at Reichardt Duck Farm.

5. The HPAI disease situation has been ongoing for more than 14 months. Just in the U.S. alone, approximately 58,000,000 million birds (domestic poultry) in 47 states have been infected and either died or were euthanized in 2022. This included 9,563,000 ducks. Currently in 2023, we are at 704,820 birds in 9 states with 82,200 ducks being euthanized or died from High Path AI. The 2022 – 2023 H5 N1 HPAI outbreak has cost the USDA approximately 1.7 billion dollars. This does not include the direct cost to the producers for loss of birds or production. Below is a summary from U.S. Department of Agriculture, Animal and Plant Health Inspection

Service, 2022-2023 Confirmation of Highly Pathogenic Avian Influenza (HPAI) in Commercial and Backyard Flocks last updated March 07, 2023. I have only included the commercial and smaller production poultry farms that have tested positive for High Path AI in California. Please note, currently at this time in California, there have been three (3) commercial duck breeder farms that have tested positive for HPAI and been depopulated per USDA (highlighted in red).

| Date | CA county | Production | # of birds |
|---|---|---|---|
| 02. 17. 2023 | San Joaquin Country | WOAH Non Poultry | 160 |
| 02. 06. 2023 | Merced Country | Commercial Duck Breeder | 29,100 |
| 02. 06. 2023 | Placer Country | WOAH Non Poultry | 30 |
| 02. 06. 2023 | San Joaquin Country | WOAH Non Poultry | 8 |
| 01. 19. 2023 | El Dorado Country | WOAH Non Poultry | 20 |
| 01. 12. 2023 | Tehama Country | WOAH Non Poultry | 23,700 |
| 01. 09. 2023 | San Joaquin Country | WOAH Non Poultry | 10 |
| 01. 09. 2023 | Sonoma Country | WOAH Non Poultry | 20 |
| 01. 09. 2023 | Sonoma Country | WOAH Non Poultry | 6 |
| 12. 22. 2022 | Glenn Country | Commercial upland Gamebird | 32,000 |
| 12.19. 2022 | Mendocino County | WOAH Non Poultry | 20 |
| 12.16. 2022 | Butte County | WOAH Non Poultry | 20 |
| 11.16. 2023 | Fresno Country | Commercial Duck Breeder | 34,700 |
| 11.03. 2022 | San Diego County | WOAH Non Poultry | 150 |
| 10.13.2022 | Stanislaus, County | Commercial Turkeys | 54,900 |
| 10.04.2022 | Del Norte, County | WOAH Non Poultry | 43,000 |
| 10.04. 2022 | Monterey Country | Commercial Duck Breeder | 15,100 |
| 10.03.2022 | Stanislaus, County | Commercial Turkeys | 51,000 |
| 10.03.2022 | Calaveras, County | WOAH Non Poultry | 20 |
| 09.20.2022 | Fresno, County | WOAH Non Poultry | 15,900 |
| 09.15.2022 | Fresno, County | Commercial Broiler breeders | 100 |

DECLARATION OF DR. MARK BLAND IN SUPPORT OF
DEFENDANTS' MOTION FOR PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| 1 | 09.09.2022 | El Dorado Country | WOAH Non Poultry | 150 |
| 2 | 09.09.2022 | Fresno, County | Commercial Broiler breeders | 23,900 |
| 3 | 09.01.2022 | Fresno, County | Commercial Broiler breeders | 22,900 |
| 4 | 09.01.2022 | Sacramento, County | WOAH Non Poultry | 20 |
| 5 | 09.01.2022 | Tuolumne, County | Commercial turkeys | 30,800 |
| 6 | 08.30.2023 | Sacramento, County | Commercial turkeys | 97,000 |
| 7 | 08.30.2023 | Tuolumne, County | Commercial turkeys | 7,400 |
| 8 | 08.30.2023 | Tuolumne, County | Commercial turkeys | 91,000 |
| 9 | 08.26.2023 | Tuolumne, County | Commercial turkeys | 161,700 |
| 10 | 08.26.2023 | Fresno, County | Commercial broiler breeders | 34,800 |
| 11 | 08.23.2023 | Contra Costa, County | WOAH Non Poultry | 60 |
| 12 | 08.22.2023 | Fresno, County | Commercial broiler breeders | 33,900 |
| 13 | 08.16.2023 | Contra Butte, County | WOAH Non Poultry | 1,100 |
| 14 | 08.20.2023 | Sacramento, County | WOAH Non Poultry | 40 |

6. HPAI is just one of several poultry diseases that can be introduced onto Reichardt Duck Farm that could have devastating end results. AI is not the only threat that people (i.e., visitors) will bring to a poultry farm. Additional risks include Exotic Newcastle Disease (END), and Salmonella introduction, which may result in poultry related food safety issues to the public. Another risk is Fowl Cholera (*Pasteurella multocida*); and I have no desire to battle Fowl Cholera again at Reichardt Duck Farm, a disease that took nearly three years to control and eliminate from Reichardt Duck Farm through strenuous biosecurity measures, barn re-construction, rodent control and vaccination program.

7. In light of these present and real threats, the majority of poultry producers at this time are not allowing *any* visitors onto the poultry farm unless it absolutely essential, and even then visitors are not allowed to go near the production barns for any reason or under any circumstances.

8. I do not know who the representatives and agents of Plaintiff Californians For Alternatives To Toxics are. I do not know what their background or training is, or their knowledge or experience with poultry related biosecurity protocols. I also have no assurance the the representatives and agents of Plaintiff Californians For Alternatives To Toxics have or do not have poultry, pet birds or reptile pets at their homes, which is highly relevant to the biosecurity risks of these individuals. Without true assurance of those issues, and without making a house call to check the homes of these individuals, those individuals remain a risk and threat to Reichardt Duck Farm's overall biosecurity. Furthermore, I also do not know if any of these individuals are part of or have any affiliations with Animal Rights Groups (such as DXE/PETA) or, frankly, agricultural terrorists. Such groups have overtly engaged in efforts to shut down Reichardt Duck Farm in the past, and so concerns about threats from such individuals and groups are legitimate.

9. Accordingly, in my opinion there should be no visitors allowed in the biosecurity areas of the Reichardt Duck Farm for any reason, including representatives and agents of Plaintiff Californians For Alternatives To Toxics.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2023, at Sacramento, California.

Dr. Mark Bland