UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REICHARDT DUCK FARM, INC, et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-09065-AGT<br><br>**CASE MANAGEMENT ORDER** |

　　　　The following dates and deadlines will govern further proceedings. Deadlines for pretrial filings (e.g., motions in limine, witness and exhibit lists) will be set at a later date.

| Event | Date/Deadline |
|---|---|
| Further case management conference | November 3, 2023 |
| Last day to join parties or amend pleadings | December 8, 2023 |
| Fact discovery cutoff | May 29, 2024 |
| Initial expert witness disclosures | June 20, 2024 |
| Rebuttal expert witness disclosures | July 10, 2024 |
| Expert discovery cutoff | August 14, 2024 |
| Deadline to file dispositive motions | October 25, 2024 |
| Pretrial conference | January 24, 2025 |
| Trial | February 10–14, 2025 |

**IT IS SO ORDERED.**

Dated: April 3, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge