ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel. (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>  Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>  Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**DECLARATION OF WILLIAM N. CARLON IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISAGREEMENT NO 3 (INTERROGATORIES)** |

I, William N. Carlon, declare:

    1.    I am an attorney with the Law Offices of Andrew L. Packard, counsel of record for Plaintiff Californians for Alternatives to Toxics.

    2.    On April 14, 2023, I met via video conference with Glen Hansen, counsel for Defendants Reichardt Duck Farm, Inc. and John Reichardt, and Andrew Packard, counsel for Plaintiff to discuss the discovery dispute arising out of Plaintiff's Interrogatories, Set One.

    3.    During the video meet and confer, Mr. Hansen informed us that Defendants

had some, but not all, of the information sought in the Interrogatories.

4. Mr. Hansen informed us that the information currently available to Defendants included information that was responsive to the Interrogatories and that related to Defendants' duck farm's current day-to-day operations.

5. Mr. Hansen informed us that it would take approximately 5-6 weeks, working with Defendants' consultant, to provide all of the information responsive to the Interrogatories.

6. Mr. Hansen did not explain why the information that was already readily available to Defendants was not included in Defendants' responses to the Interrogatories.

7. Mr. Hansen represented that Defendants would be willing to produce the information already available to them that was responsive to the Interrogatories on a faster timeline than the 5-6 week estimate provided from a comprehensive amended response.

8. I asked Mr. Hansen to provide a date by which Defendants would agree to provide the information already available to them that was responsive to the Interrogatories, but Mr. Hansen said that he did not know, and that he would have to check with Defendants' consultant.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2023, at Napa, California.

_____
William N. Carlon

- 2 -