ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>REICHARDT DUCK FARM, INC., et al.<br><br>Defendants. | Case No. 3:22-cv-09065-AGT<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 79-5(f), Plaintiff Californians for Alternatives to Toxics seeks to seal a document and information that Defendants Reichardt Duck Farm, Inc., and John Reichardt have designated as "confidential."

Pursuant to Civil Local Rule 79-5(f)(1) Plaintiff hereby identifies each document for which sealing is sought:

1. Defendants' biosecurity plan produced to Plaintiff in the course of discovery and designated as "confidential" by Defendants, attached to the Declaration of William Carlon in Support of Second Joint Statement Re Discovery Disagreement No. 1 ("Carlon Decl.") as Exhibit 1.
2. Certain parts of Plaintiff's section of the Second Joint Statement Re Discovery Dispute No. 1, at 3:9-25; 4:1-3, 15-16; 14:9-11, 17-28; 15:1, discussing in detail the biosecurity plan.
3. Certain parts of the Carlon Decl., at 3:22-28; 4:1-28; 5:1-12, discussing in detail the biosecurity plan.

Dated: April 25, 2023            LAW OFFICES OF ANDREW L. PACKARD

By:  /s/ William N. Carlon _____
    WILLIAM N. CARLON
    Attorneys for Plaintiff
    CALIFORNIANS FOR ALTERNATIVES TO TOXICS

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the documents, and portions thereof, identified below shall be filed under seal:

1. Defendants' biosecurity plan produced to Plaintiff in the course of discovery and designated as "confidential" by Defendants, attached to the Declaration of William Carlon in Support of Second Joint Statement Re Discovery Disagreement No. 1 ("Carlon Decl.") as Exhibit 1.
2. Certain parts of Plaintiff's section of the Second Joint Statement Re Discovery Dispute No. 1, at 3:9-25; 4:1-3, 15-16; 14:9-11, 17-28; 15:1, discussing in detail the biosecurity plan.
3. Certain parts of the Carlon Decl., at 3:22-28; 4:1-28; 5:1-12, discussing in detail the biosecurity plan.

IT IS SO ORDERED.

Dated: By:_____

Hon. Magistrate Judge Alex G. Tse