UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REICHARDT DUCK FARM, INC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-09065-AGT<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 35 |

　　To balance plaintiff's need to inspect the biosecure areas of defendants' duck farm against defendants' concern that inspection could expose defendants' ducks to Avian Influenza, the Court will require plaintiff to adhere to the following additional[1] conditions during plaintiff's three wet-weather inspections of the biosecure areas.

1. Any inspection of a biosecure areas must be made from inside the Facility's van.

2. If plaintiff requests sampling within the biosecure areas, then during the site inspection of the biosecure areas the Facility's expert QISP, Travis Peterson, who has satisfied the biosecurity measures and precautions for the Facility, will take the samples and immediately provide them to plaintiff's representatives.

3. When Travis Peterson takes samples, he must use the sampling equipment provided by plaintiff's representatives.

4. Inspections of the biosecure areas shall be videotaped. Of particular importance, any time Travis Peterson exits the van to take a sample, he must be videotaped from when he exits the van through to when he returns to the van to give plaintiff's representatives the sample. A chain of custody for the sample must be established.

---

[1] Previously imposed conditions (*see* dkt. 26) must also be adhered to.

2

After any wet-weather inspection, if plaintiff believes the inspection wasn't complete because certain biosecure areas couldn't adequately be observed from the van, plaintiff shall meet and confer with defendants to discuss those areas. If the parties can't agree on whether, or how, those areas should be inspected, the parties may bring their dispute to the Court.

**IT IS SO ORDERED.**

Dated: May 1, 2023

_____
Alex G. Tse
United States Magistrate Judge