UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>        Plaintiff,<br><br>        v.<br><br>REICHARDT DUCK FARM, INC, et al.,<br><br>        Defendants. | Case No. 22-cv-09065-AGT<br><br>**ORDER RE: MOTION TO SEAL**<br>Re: Dkt. No. 36 |

    On April 25, 2023, plaintiff moved to seal an exhibit to one of the parties' discovery letter briefs. Defendants had produced the exhibit in discovery and designated it as confidential. *See* Dkt. 36. As the designating parties, defendants were required to file a statement in support of sealing the document by May 2, 2023. *See* Civil L.R. 79-5(f)(3). Defendants didn't do so.

    Defendants now have until May 10, 2023, to file a statement in support of sealing. If they don't meet this deadline, the motion to seal will be denied and the provisionally sealed document will be unsealed. In the future, if the designating party fails to file a statement in support of sealing, the Court may, without further notice, unseal the provisionally sealed document.

    **IT IS SO ORDERED.**

Dated: May 5, 2023

Alex G. Tse
United States Magistrate Judge