UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>    Plaintiff,<br><br>  v.<br><br>REICHARDT DUCK FARM, INC, et al.,<br><br>    Defendants. | Case No. 22-cv-09065-AGT<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 34 |

  Defendants have agreed to amend their responses to plaintiff's interrogatories by June 1, 2023. *See* Dkt. 34 at 9. Defendants must do so. Per the parties' proposed compromise, the interrogatories will now be limited to seeking "only five years of information." Dkt. 34 at 3; *see also id.* at 8–9.

  **IT IS SO ORDERED.**

Dated: May 12, 2023

                                Alex G. Tse
                                United States Magistrate Judge