UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>        Plaintiff,<br><br>        v.<br><br>REICHARDT DUCK FARM, INC, et al.,<br><br>        Defendants. | Case No. 22-cv-09065-AGT<br><br>**ORDER ON MOTION TO SEAL**<br><br>Re: Dkt. No. 36 |

As the designating parties, defendants were required to file a statement in support of plaintiff's motion to seal. *See* Civil L.R. 79-5(f)(3). Defendants didn't do so, even after the Court sua sponte extended the statement deadline. *See* Dkt. 39. Because defendants haven't justified the sealing request, the motion to seal is denied. By May 17, 2023, plaintiff must file unredacted versions of all documents that were filed provisionally under seal.

**IT IS SO ORDERED.**

Dated: May 12, 2023

Alex G. Tse
United States Magistrate Judge