# EXHIBIT 2

Law Offices Of
# ANDREW L. PACKARD

245 Kentucky Street, Suite B3, Petaluma, CA 94952

Phone (707) 782-4060   Fax (707) 782-4062

Info@PackardLawOffices.com

March 17, 2023

**VIA CERTIFIED MAIL**

| | |
|---|---|
| John Reichardt | John Reichardt |
| Reichardt Duck Farm | 185 Mystic Mountain Drive |
| 3770 Middle Two Rock Road | Sparks, NV 89441 |
| Petaluma, CA 94952 | |

**Re:   NOTICE OF VIOLATIONS AND INTENT TO FILE SUIT UNDER THE FEDERAL WATER POLLUTION CONTROL ACT ("CLEAN WATER ACT") (33 U.S.C. §§ 1251 *et seq*.)**

Dear John Reichardt:

  This firm represents Californians for Alternatives to Toxics ("CATs") in regard to violations of the Clean Water Act ("the Act") occurring at Reichardt Duck Farm Inc.'s ("RDF") duck farm located at 3770 Middle Two Rock Road, near Petaluma, California ("Facility"). This letter is being sent to you as the responsible owner and operator of the enterprise, and as the registered agent for this entity. Unless otherwise noted, John Reichardt and Reichardt Duck Farm Inc. shall hereinafter be collectively referred to as "RDF." The purpose of this letter is to provide RDF with notice of the violations of the Clean Water Act occurring at the Petaluma Facility, including, but not limited to, unpermitted discharges of liquid manure and waste water from the Facility into local surface waters.

  RDF is in ongoing violation of the substantive and procedural requirements of the Clean Water Act, 33 U.S.C. § 1251 *et seq*.

  Pursuant to Section 309(d) of the Act (33 U.S.C. § 1319(d)) and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the Act subjects RDF to a penalty for all violations occurring during the period commencing five years prior to the date of the Notice Letter. These provisions of law authorize civil penalties of up to $64,618 per day per violation for all Clean Water Act violations occurring after November 2, 2015.

  In addition to civil penalties, CATs will seek injunctive relief preventing further violations of the Act pursuant to Sections 505(a) and (d) (33 U.S.C. §1365(a) and (d)) and such other relief as permitted by law. Lastly, Section 505(d) of the Act (33 U.S.C. § 1365(d)) permits prevailing parties to recover costs and fees, including attorneys' fees.

  The Clean Water Act requires that sixty (60) days prior to the initiation of a citizen-enforcement action under Section 505(a) of the Act (33 U.S.C. § 1365(a)), a citizen enforcer

Notice of Violation and Intent to File Suit
March 17, 2023
Page 2

must give notice of its intent to file suit. Notice must be given to the alleged violator, the U.S. Environmental Protection Agency, and the Chief Administrative Officer of the water pollution control agency for the State in which the violations occur. *See* 40 C.F.R. § 135.2. As required by the Act, this letter provides statutory notice of the violations that have occurred, and continue to occur, at the Facility. 40 C.F.R. § 135.3(a). At the expiration of sixty (60) days from the date of this letter, CATs intends to file suit under Section 505(a) of the Act in federal court against RDF for violations of the Clean Water Act.

I.  **Background.**

   A.  **Californians for Alternatives to Toxics**

CATs is a non-profit association dedicated to the preservation, protection and defense of the environment, wildlife and natural resources of California waters, including the waters into which RDF discharges polluted storm water. Members of CATs enjoy the waters that the Facility discharges into, including Laguna Lake, Chileno Creek, Walker Creek, Tomales Bay and the Pacific Ocean ("Impacted Waters"). Members of CATs use and enjoy the Impacted Waters for fishing, estuarine habitat and the rare, threatened and endangered species it supports, the wildlife habitat, marine habitat, and other designated beneficial uses. The discharge of pollutants from the Facility into the Impacted Waters impairs each of these uses. Further, discharges of polluted storm water from the Facility are ongoing and continuous. Thus, the interests of CATs' members have been, are being, and will continue to be adversely affected by RDF's failure to comply with the Clean Water Act and the General Permit.

   B.  **The Clean Water Act.**

Congress enacted the CWA in 1972 in order to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251. The Act prohibits the discharge of pollutants into United States waters except as authorized by the statute. 33 U.S.C. § 1311; *San Francisco Bay Keeper, Inc. v. Tosco Corp*., 309 F.3d 1153, 1156 (9th Cir. 2002). The Act is administered largely through the NPDES permit program. 33 U.S.C. § 1342. In 1987, the Act was amended to establish a framework for regulating storm water discharges through the NPDES system. Water Quality Act of 1987, Pub. L. 100-4, § 405, 101 Stat. 7, 69 (1987) (codified at 33 U.S.C. § 1342(p)); *see also Envtl. Def. Ctr., Inc. v. EPA*, 344 F.3d 832, 840-41 (9th Cir. 2003) (describing the problem of storm water runoff and summarizing the Clean Water Act's permitting scheme). The discharge of pollutants not specifically allowed by a NPDES permit is illegal. *Ecological Rights Found. v. Pacific Lumber Co*., 230 F.3d 1141, 1145 (9th Cir. 2000).

Much of the responsibility for administering the NPDES permitting system has been delegated to the states. *See* 33 U.S.C. § 1342(b); *see also* Cal. Water Code § 13370 (expressing California's intent to implement its own NPDES permit program). Concentrated animal feeding operations ("CAFO"), are point sources under the Clean Water Act. 33 U.S.C. § 1362(14). As such, a CAFO is prohibited from discharging pollutants into waters of the United States under normal operating conditions and may only discharge in the event of a 25-year, 24-hour storm event if that CAFO has coverage under and complies with a general or individual NPDES

Notice of Violation and Intent to File Suit
March 17, 2023
Page 3

permit. 33 U.S.C. § 1311(a). To be considered a CAFO, a facility must first be defined as an animal feeding operation ("AFO") and meet the criteria established in the CAFO regulation. An AFO is an agricultural operation where animals are kept and raised in confined situations where the following conditions are met: (1) animals have been, are, or will be stabled or confined and fed or maintained for a total of 45 days or more in any 12-month period; and, (2) crops, vegetation, forage growth, or post-harvest residues are not sustained in the normal growing season over any portion of the lot or facility. 40 C.F.R. § 122.23(b)(1). A CAFO is an AFO that is defined as a Large CAFO or as a Medium CAFO by the terms of 40 C.F.R. § 122.23. An operation that confines ducks is considered a Large CAFO is the above conditions are met, and there are at least 30,000 ducks (if the AFO uses other than a liquid manure handling system[1]) or 5,000 ducks (if the AFO uses a liquid manure handling system). 40 C.F.R. § 122.23(b)(4)(xii) and (xiii).

      The San Francisco Bay Regional Water Quality Control Board ("Regional Board") administers the waste discharge permit program for confined animal facilities in Region 2, which includes Sonoma County and is the region in which RDF is located. The Regional Board issued the General Waste Discharge Requirements for Confined Animal Facilities Within the San Francisco Bay Region, Order No. R2-2016-0031 ("General Order"). However, the General Order is not a NPDES permit, and any CAFO who discharges or proposes to discharge pollutants to the waters of the United States are required to obtain permit coverage under a NPDES permit, and are not required to seek coverage under the General Order. Accordingly, discharges from any CAFO in Region 2 should be covered under an individual NPDES permit.

      Once regulated by a NPDES permit, permittees must comply with all terms and conditions of that permit. Permittees who violate the terms of any applicable permit are subject to citizen enforcement actions, and citizens may bring suit against a party discharging pollutants into waters of the United States without a permit. *See, e.g., Headwaters, Inc. v. Talent Irrigation Dist.*, 243 F.3d 526 (9th Cir. 2001). The Clean Water act authorizes citizens to file suit against any person alleged to be in violation of an effluent standard or limitation. 33 U.S.C. § 1365(a)(l). An "effluent standard or limitation" includes a "permit or condition thereof issued under section 1342." 33 U.S.C. § 1365(f)(6).

      According to publicly-available records, RDF lacks coverage under a general or individual CAFO NPDES permit. RDF's coverage under the General Industrial Permit – the subject of CAT's previous Notice of Violation – does not authorize the discharge of pollutants

---

[1] An AFO is considered to have a liquid-manure handling system if it uses pits, lagoons, flush systems (usually combined with lagoons), or holding ponds, or has systems such as continuous overflow watering, where the water comes into contact with manure and litter. In addition, operations that stack or pile manure in areas exposed to precipitation are considered to have liquid-manure handling systems. Duck operations are considered to use a liquid-manure handling system if (1) the ducks are raised outside with swimming areas or ponds or with a stream running through an open lot, or (2) the ducks are raised in confinement buildings where fresh or recycled water is used to flush the manure to a lagoon, pond, or other storage structure. NDPES Permit Writers' Manual for CAFOs, Chapter 2.2.4.

Notice of Violation and Intent to File Suit
March 17, 2023
Page 4

from the CAFO manure and wastewater management system, and explicitly prohibits the discharge of unauthorized non-storm water.

### C. RDF's Petaluma Facility

Information available to CATs indicates that RDF's industrial activities at the approximately 373-acre Facility include, but are not limited to: operations associated with a concentrated animal feeding operation related to the raising and slaughtering of ducks. Based on public reporting in the press about the Facility, CATs is informed, and on that basis, believes that the Facility contains approximately 200,000 to 300,000 ducks at any time. CATs is informed, and on that basis, believes that the Facility uses a liquid-manure handling system.

The Facility includes rows of houses in which ducks are confined, wastewater processing, storage, and disposal facilities, dry litter and manure processing, storage, and disposal areas, a fueling station, a shop and a network of roads that provide connectivity between the various industrial areas.

RDF flushes the duck houses into a series of lagoons, pits, and/or holding ponds. RDF stacks and piles manure and litter in areas exposed to precipitation. An unnamed creek runs through RDF's Facility. The unnamed creek is a tributary to Laguna Lake, which discharges to Chileno Creek, which is a tributary to Walker Creek, which ultimately discharges to Tomales Bay and the Pacific Ocean ("Impacted Waters"). The Impacted Waters are waters of the United States within the meaning of the Clean Water Act.

The Tomales Bay watershed in western Marin County is one of the major estuaries on the west coast of the United States. It has a diverse ecosystem and several notable tributaries, including Lagunitas Creek, which has one of the few remaining viable coho salmon runs in central California. *Water Quality Control Plan for the San Francisco Bay Basin* ("Basin Plan") Section 4.1.3.3. The Water Board identified Tomales Bay as an area where commercial shellfishery is threatened and authorized the formation of a technical advisory committee to investigate and develop a remediation strategy. California Regional Water Quality Control Board San Francisco Bay Region Resolution 94-018. On February 8, 2007, the U.S. EPA approved the Total Maximum Daily Load ("TMDL") for pathogens in the Tomales Bay and the Basin Plan has been amended to incorporate the TMDL along with an implementation plan to achieve the TMDL. Basin Plan Section 7.3.1. "The overall goal of the Tomales Bay Watershed Pathogens Total Maximum Daily Load (TMDL) is to ensure protection of water contact recreational uses and Bay shellfish harvesting, thereby minimizing human exposure to disease-causing pathogens." *Id.*

According to the 2020-2022 303(d) List of Impaired Water Bodies, Tomales Bay and its tributaries, including Walker Creek, downstream of the Facility are impaired for: Mercury,

Notice of Violation and Intent to File Suit
March 17, 2023
Page 5

Nutrients, Sedimentation/Siltation, and Pathogens.[2]  Polluted discharges from industrial sites, such as the Facility, contribute to the degradation of these already impaired surface waters and aquatic-dependent wildlife.

## II.     RDF's Violations of the Act.

CATs is informed and believes that RDF, through its operation of the Facility, is in ongoing violation of both the substantive and procedural requirements of the Clean Water Act. These violations are ongoing and continuous.  Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, RDF is subject to penalties for violations of the Act since March 17, 2018.

### A.     RDF Discharges Pollutants from Its CAFO to Surface Waters Without a Permit.

RDF's duck farm qualifies as a Large CAFO because the operation confines at least 5,000[3] ducks for more than 45 days each year, and the areas within which the animals are confined (duck houses) do not sustain any crops, vegetation, forage growth, or post-harvest residues in the normal growing season.  Furthermore, RDF utilizes a liquid manure handling system.

RDF's improper manure management and storage practices are causing unpermitted discharges of liquid and solid animal waste.  Upon information and belief, RDF sprays liquid manure on its crop fields immediately preceding, during, and immediately after precipitation events.  Applications are also made in quantities that exceed any notion of an "agronomic rate." RDF applies liquid manure to its fields in such quantities and under such conditions that cause the liquid manure to run off the fields via swales, drainages, ditches, and/or other discrete conveyances into surface waters adjacent to the fields.  CATs is informed and believes that RDF sprays liquid manure on fields that are saturated and located on hillsides that drain to in-field watercourses that drain to local surface waters.

RDF's manure storage ponds are undersized and the duck houses are in such disrepair that the Facility is unable to retain the 25-year, 24-hour storm event.  Thus, RDF disposes of liquid manure from its lagoons in anticipation of storm events in order to maintain freeboard, and not for agricultural purposes.

---

[2] 2020-2022 Integrated Report – All Assessed Waters, *available at* https://gispublic.waterboards.ca.gov/portal/apps/webappviewer/index.html?id=e2def63ccef54eedbee4ad726ab1552c (last accessed March 16, 2023).

[3] CATs is informed and believes that RDF confines well over 30,000 ducks, approximately 100,000 at any given time, and would qualify as a Large CAFO under either 40 C.F.R. § 122.23(b)(4)(xii) or (xiii).

Notice of Violation and Intent to File Suit
March 17, 2023
Page 6

      The pollutants that have been, are being, and will continue to be discharged include facility waste water, process water, wash water, liquid and solid animal wastes, debris, sediment, chemicals, and deceased duck s or parts thereof.  Animal waste contains, among other pathogens and pollutants, fecal coliform and *E. coli* bacteria, nitrogen, phosphorus, suspended solids, and pharmaceuticals.

      Discharges of liquid and solid animal waste, wastewater, process water, wash water, debris, sediment, deceased ducks or parts thereof, fuel and chemicals resulting from RDF's improper manure application and storage practices, and improper operational practices, as described above, have occurred and continue to occur regularly, each time RDF sprays liquid manure on its fields before, during, and after Significant Rain Events.[4]  In addition to the recurring discharges described above, upon information and belief, unpermitted discharges resulting from the improper manure management and storage practices described above have occurred on at least the following specific dates:

- March 12, 2023
- March 13, 2023
- March 15, 2023
- March 16, 2023
- March 17, 2023

**III.   Persons Responsible for the Violations.**

      CATs puts RDF on notice that they are the persons and entities responsible for the violations described above.  If additional persons are subsequently identified as also being responsible for the violations set forth above, CATs puts RDF on formal notice that it intends to include those persons in this action.

**IV.   Name and Address of Noticing Parties.**

      The name, address and telephone number of each of the noticing parties is as follows:

Patricia Clary, Executive Director
Californians for Alternatives to Toxics
600 F Street, Suite 3 #911
Eureka, CA 95521
(707) 834-4833

---

[4] Significant Rain Events are identified in Attachment 1 to this letter.

Notice of Violation and Intent to File Suit
March 17, 2023
Page 7

## V. Counsel.

CATs has retained legal counsel to represent it in this matter. Please direct all communications to:

Andrew L. Packard
William N. Carlon
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
(707) 782-4060
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

## VI. Conclusion

CATs believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit. We intend to file a citizen suit under Section 505(a) of the CWA against RDF and their agents for the above-referenced violations upon the expiration of the 60-day notice period. If you wish to pursue remedies in the absence of litigation, we suggest that you initiate those discussions within the next 20 days so that they may be completed before the end of the 60-day notice period. We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

_____
William N. Carlon
Law Offices of Andrew L. Packard
Counsel for CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

Notice of Violation and Intent to File Suit
March 17, 2023
Page 8

## SERVICE LIST

**VIA CERTIFIED MAIL**

Michael Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Martha Guzman, Regional Administrator
U.S. Environmental Protection Agency, Region IX
75 Hawthorne Street
San Francisco, CA 94105

Merrick B. Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Eileen Sobeck, Executive Director
State Water Resources Control Board
P.O. Box 100
Sacramento, CA 95812

Eileen White, Executive Officer
San Francisco Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612

ATTACHMENT 1
**Notice of Intent to File Suit, Reichardt Duck Farm**
**Significant Rain Events,* March 17, 2018 – March 17, 2023**

| | | | |
|---|---|---|---|
| March 21, 2018 | February 10, 2019 | January 9, 2020 | March 6, 2021 |
| March 22, 2018 | February 13, 2019 | January 14, 2020 | March 9, 2021 |
| April 6, 2018 | February 14, 2019 | January 16, 2020 | March 10, 2021 |
| April 7, 2018 | February 15, 2019 | January 17, 2020 | March 15, 2021 |
| April 12, 2018 | February 16, 2019 | January 22, 2020 | March 19, 2021 |
| April 16, 2018 | February 26, 2019 | January 26, 2020 | April 26, 2021 |
| April 17, 2018 | February 27, 2019 | January 29, 2020 | September 19, 2021 |
| October 2, 2018 | March 2, 2019 | March 7, 2020 | October 18, 2021 |
| October 3, 2018 | March 6, 2019 | March 14, 2020 | October 20, 2021 |
| November 22, 2018 | March 7, 2019 | March 15, 2020 | October 21, 2021 |
| November 23, 2018 | March 10, 2019 | March 25, 2020 | October 22, 2021 |
| November 24, 2018 | March 20, 2019 | March 29, 2020 | October 24, 2021 |
| November 28, 2018 | March 21, 2019 | March 30, 2020 | October 25, 2021 |
| November 29, 2018 | March 23, 2019 | April 5, 2020 | November 2, 2021 |
| November 30, 2018 | March 25, 2019 | April 6, 2020 | November 4, 2021 |
| December 1, 2018 | March 26, 2019 | April 7, 2020 | November 9, 2021 |
| December 5, 2018 | March 27, 2019 | May 12, 2020 | December 12, 2021 |
| December 15, 2018 | March 28, 2019 | May 14, 2020 | December 13, 2021 |
| December 17, 2018 | March 29, 2019 | May 17, 2020 | December 14, 2021 |
| December 19, 2018 | April 5, 2019 | May 18, 2020 | December 16, 2021 |
| December 21, 2018 | April 6, 2019 | November 14, 2020 | December 22, 2021 |
| December 24, 2018 | April 16, 2019 | November 18, 2020 | December 23, 2021 |
| December 25, 2018 | May 16, 2019 | December 12, 2020 | December 24, 2021 |
| January 5, 2019 | May 17, 2019 | December 13, 2020 | December 25, 2021 |
| January 6, 2019 | May 19, 2019 | December 14, 2020 | December 26, 2021 |
| January 7, 2019 | May 20, 2019 | December 17, 2020 | December 27, 2021 |
| January 9, 2019 | November 27, 2019 | December 26, 2020 | December 29, 2021 |
| January 10, 2019 | December 1, 2019 | December 31, 2020 | January 4, 2022 |
| January 12, 2019 | December 2, 2019 | January 2, 2021 | January 7, 2022 |
| January 15, 2019 | December 4, 2019 | January 5, 2021 | March 4, 2022 |
| January 16, 2019 | December 5, 2019 | January 7, 2021 | March 15, 2022 |
| January 17, 2019 | December 7, 2019 | January 8, 2021 | March 28, 2022 |
| January 18, 2019 | December 8, 2019 | January 23, 2021 | April 11, 2022 |
| January 20, 2019 | December 11, 2019 | January 25, 2021 | April 15, 2022 |
| January 21, 2019 | December 12, 2019 | January 27, 2021 | April 16, 2022 |
| January 31, 2019 | December 18, 2019 | January 28, 2021 | April 19, 2022 |
| February 2, 2019 | December 19, 2019 | January 29, 2021 | April 21, 2022 |
| February 3, 2019 | December 22, 2019 | February 2, 2021 | April 22, 2022 |
| February 4, 2019 | December 25, 2019 | February 12, 2021 | June 5, 2022 |
| February 5, 2019 | December 30, 2019 | February 15, 2021 | June 6, 2022 |
| February 9, 2019 | January 8, 2020 | February 19, 2021 | September 18, 2022 |

* Dates gathered from publicly available rain and weather data collected at stations located near the Facility.

**ATTACHMENT 1**
**Notice of Intent to File Suit, Reichardt Duck Farm**
**Significant Rain Events,* March 17, 2018 – March 17, 2023**

| | |
|---|---|
| September 19, 2022 | March 1, 2023 |
| November 2, 2022 | March 5, 2023 |
| November 7, 2022 | March 6, 2023 |
| November 8, 2022 | March 8, 2023 |
| November 9, 2022 | March 10, 2023 |
| December 1, 2022 | March 12, 2023 |
| December 4, 2022 | March 13, 2023 |
| December 5, 2022 | March 14, 2023 |
| December 6, 2022 | |
| December 9, 2022 | |
| December 10, 2022 | |
| December 11, 2022 | |
| December 12, 2022 | |
| December 27, 2022 | |
| December 28, 2022 | |
| December 29, 2022 | |
| December 30, 2022 | |
| December 31, 2022 | |
| January 1, 2023 | |
| January 3, 2023 | |
| January 4, 2023 | |
| January 5, 2023 | |
| January 6, 2023 | |
| January 7, 2023 | |
| January 8, 2023 | |
| January 9, 2023 | |
| January 10, 2023 | |
| January 11, 2023 | |
| January 12, 2023 | |
| January 13, 2023 | |
| January 14, 2023 | |
| January 15, 2023 | |
| January 16, 2023 | |
| January 19, 2023 | |
| February 3, 2023 | |
| February 5, 2023 | |
| February 11, 2023 | |
| February 24, 2023 | |
| February 25, 2023 | |
| February 27, 2023 | |
| February 28, 2023 | |

**ATTACHMENT 1**

* Dates gathered from publicly available rain and weather data collected at stations located near the Facility.