# EXHIBIT 3

# Reichardt Duck Farm, Inc.

California Industrial Storm Water Permit

Storm Water Pollution Prevention Plan
SWPPP

6/23/15

# Industrial Facility

- WDID 249I014770
- Reichardt Duck Farm Inc.
- 3770 Middle Two Rock Road
- Petaluma CA 94952

- John Reichardt - General Manager
- 707 762-6314
- Normal Operating Hours M-F 8 am-4:30 pm.

# Table of Contents

- Facility Name and Contact Information – Slide 2

- Site Map – Slide 4

- List of Industrial Materials – Slide 6

- Description of Potential Pollution Sources – Slide 13

- Assessment of Potential Pollution Sources – Slide 16,32,38

- Minimum BMPs -  Slide 14

- Advanced BMPs – Slide 15

- Monitoring Implementation Plan – SWPPP page 3

Site Map



Site Boundary

SE corner Sampling Point

©2015 Google    Google earth

4



Industrial Activity
Duck Farm

N

Slide 5

©2015 Google

Google earth

# Industrial Materials

- Gasoline
- Diesel
- Oil
- Chlorine

- Gasoline, diesel and oil are stored at the gas station.
- Diesel is also stored at the hatchery generator, farm generator and the plant generator.
- Chlorine is stored about 50 feet south of the gas station in the Chlorine Containment.
- (See slide 44).



N

Wastewater Processing Area

Unnamed creek

Slide 7

©2015 Google      Google earth



Digestion/ winter storage ponds

Site Boundary

N

©2015 Google     Google earth

9





Dry litter storage

11



Phytoremediation

Site Boundary

N

©2015 Google          Google earth

12

# Possible Pollutants

- Nutrients

- Sediment

- Oil and Grease

- Chlorine

# Minimum BMPs

- Nutrient reduction
- Irrigation optimized for nutrient uptake in plants
- Erosion control
- Oil and grease collection points
- Chlorine Containment
- Spill contingencies

# Advanced BMPs

- Phytoremediation

- Aerobic bacteria generators for nutrient reduction

- NitroHammer for ammonia reduction and nitrification
  - See Dr. Daniel Wickham's Pond Remediation report in SWPPP

15

- Nutrient reduction
  - o Rotary screening for solids removal
  - o Removal of compostable materials.
  - o Settling of solids
    - o Saw tooth weirs
  - o Digestion
  - o Phytoremediation
  - o Aerobic bacteria generator
  - o Nitrification
  - o Roofs over manured areas

16





# Rotary Screens -
# Manure separators



BMP: Nutrient removal

Dry stack litter is removed from site at this bermed area.

Drainage

N

Drainage

Runoff from stored litter

Berm

Berm

Catch pond

Slide 20

©2015 Google    Google earth

# Duck trailer floors to prevent manure from polluting roadway.




# Dry stack litter removal



# Saw Tooth Weirs –
# Even out the flow for better settling








# Poplars for phytoremediation



4 Acres



10 Acres

# Advanced BMP: Aerobic Bacteria Generator



See Dr. Daniel Wickham's Pond Remediation Report

# Advanced BMP:ABG Tank 1



# Advanced BMP:ABG Tank 2



# Advanced BMP: NitroHammer for Nitrification / Ammonia Removal from Martin's Pond



Under Construction

# Irrigation optimized

**Traveling Irrigator**

**Adjustable to meet soil and plant conditions**




- Erosion control
  - Sediment traps
  - Rainwater diversion
  - Settling basin



Storm water discharge locations

Sediment traps

N

Slide 33

©2015 Google        Google earth



Sediment traps

BMP: Sediment Removal

©2015 Google          Google earth

# Erosion Control -
# Sediment traps where storm water enters the creek

 

# Rainwater catch pond/ Sediment basin

 

# Erosion Control
# Rainwater diversion



# Oil and Grease Collection and Chlorine Containment

- Shop drain

- Shop oil catch

- Gas station containment

- Chlorine containment



# Shop and Gas Station and Chlorine Storage



# Oil and Grease
# Shop Drain



Oil catch

# Oil and Grease
# Shop oil catch



# Gas Station
## Concrete driveway slopes to containment.



# Chlorine Containment



# Spill Contingency



Gate opens to sewer



Rotating elbow "valve" allows storm water to be stored or released



N

©2015 Google        Google earth



Roofs over duck raising areas

Slide 47

©2015 Google



Flow of wastewater from Processing Plant

N

Slide 48

©2015 Google        Google earth

# Repaired gutters






Roads

N

Slide 50

©2015 Google

Google earth



Roads

N

©2015 Google

Google earth



Upland runoff

©2015 Google

©2015 Google          Google earth

Imagery Date: 4/20/2013     38°14'30.58" N  122°44'39.83" W  elev     0 ft

# Storm Water Discharges to Laguna Lake.



SE Corner

# Storm Water Equipment

- Storm Water equipment:
  – Generators
  – Honda pumps
  – Spare Barnes pumps
  – Hoses
- Spill gates.
- Pumps can be reconfigured for a storm. See block diagram of "Heavy storm configuration"

## HEAVY STORM CONFIGURATION



# Storm Water Team

- John Reichardt, General Manager
- Philip Reichardt, Assistant Manager (lives on site)
- Leland Trumbo, Wastewater operator (lives on site)
- Gary Cheda, Erosion control, phytoremediation
- Heriberto Calvillo, Sewer maintenance (weekend supervisor)
- Garry Mahrt, Rangeland manager, consultant
- Curtis Ashbeck – SludgeHammer representative, consultant
- Dr. Daniel Wickham –President SludgeHammer Group, consultant

- ©2015 Google        Google earth