# EXHIBIT 4

# REICHARDT DUCK FARM, INC.

# STORM WATER POLLUTION PREVENTION PLAN

## June 23, 2015

# Storm Water Pollution Prevention Plan
# Reichardt Duck Farm, Inc.
# June 23, 2015

Potential Pollution Sources

    Two basic types of potential storm water pollution exist at this facility: poultry waste from duck raising operation and sediment from unpaved farm roads and eroding streams and hillsides.
    Poultry waste could pollute the waterways via a malfunction in the manure handling and storage operation. Some of the liquid manure produced is also used on site for the production of fodder crops. Inappropriate application of manure on these crops could also cause runoff into waterways.

Overview of System

    All manure and litter in the dry stack area is sold and used off site. The dry stack storage area is contained and graded so all contaminants in runoff water is piped to the wastewater ponds.
    The flush system uses about 100,000 gallons per day, five days a week. This water can be either fresh water, recycled wastewater or a combination of both. After flushing, the manure and water pass through two rotary screen separators, and then enter a one million gallon settling pond on the North side of Middle Two Rock Road.  A series of saw-toothed weirs in the settling pond allows the water to move forward, leaving the manure behind. The solids are transported by truck to the dry stack litter storage area. The remaining water is then pumped to the 10 million gallon anaerobic digestion pond on the south side of Middle Two rock Road. Wastewater from the digestion pond can then gravity flow to a 5 million gallon storage pond and then gravity flow to another 10 million gallon storage pond. The water can then be used in the flush system or applied to adjacent acreage (240 acres) plus neighboring 400 acres.
    The liquid storage in the waste system is about 23 million gallons. This is applied to crop and pasture land at annual rates of 1-3" per year. The rate of application varies according to nutrient content of the water, soil tests, cropping history and current crop needs. The digestion pond creates about one million gallons of sludge per year. The sludge is sold to be used as fertilizer.

Monitoring Implementation Plan

The following monitoring procedures are currently being conducted:
1. Required sampling from two Qualifying Storm Events between July 1 and December 31 and two QSEs between January 1 and June 30.

    A Qualifying Storm Event is a precipitation event that:
    1. Produces a discharge for at least one drainage area; and,
    2. Is preceded by 48 hours with no discharge from any drainage area.

2. Weekly assessment of waste water pond freeboard.

3. Soil testing for N, P, K and Na every 3 years in February.

4. Determine nitrogen concentration in waste water to be land applied.

Best Management Practices Development

Currently waste management meetings are held once per quarter. These are mainly strategic in nature at this point. Management practices in place at Reichardt Duck Farm are:

| PROBLEM | ACTION | SUCCESS CRITERIA |
|---|---|---|
| Sediment from roads. 7/1/99 | Use better gravel (i.e. blue shale) for roadway maintenance. | Observe turbidity of runoff water. |
| Sediment from eroding waterways. 7/1/99 | Re-vegetate riparian areas. | Observe turbidity of runoff water and stability of stream banks and bottoms. |
| High water table and nutrient loading of lower swale. 6/30/00 | Plant trees and hydrophilic plants in swale. Relocate irrigation system to another area.   See Slides 25,26 | Soil tests and water tests for nutrient levels. |
| Nutrient loading of pasture. 6/30/00 6/22/05 | Expand area available for waste application. Improve irrigation system. Increase crop production and removal (i.e. harvest). | Soil testing. |
| Duck raising areas have exposed manured areas requiring runoff to be caught. 6/30/00 | Cover duck raising areas.   See Slide 47 | Pond freeboard increased. |

| PROBLEM | ACTION | SUCCESS CRITERIA |
| --- | --- | --- |
| Moving ducks in open bottom trailers gets manure on roadways. 6/30/00 | Installed manure catching floors under duck moving trailers.<br>See Slide 21 | No nutrients in farm runoff water. Stormwater testing for N. |
| Nutrient loading of pasture is too high. 6/15/02 8/04 | Manure separators remove two truckloads of manure daily.<br>See Slide 19 | Nutrient levels in field runoff within acceptable limits. Stormwater testing for N. |
| Nutrient loading of pasture is too high. 11/23/13 | Manure settling pond improved with weirs and cleaning of settling chambers.<br>See Slide 23 | Nutrient levels in field runoff within acceptable limits. Stormwater testing for N. |
| Nutrient loading of pasture is too high. 4/27/06 | Increase acreage, irrigate additional pastures. | Nutrient levels in field runoff within acceptable limits. Stormwater testing for N. |
| Nutrient loading of pasture is too high. Irrigation rate is too high. 4/27/06 | Travelling irrigators reduce application rate.<br>See Slide 31 | Nutrient levels in field runoff within acceptable limits. Stormwater testing for N. |
| Sediment from roadways. 7/02 | Sediment settling basin added.<br>See Slide 36 | TSS levels within acceptable limits. |
| Sediment from roadways. 7/02 | Sediment traps added to locations where storm water enters the creek.<br>See Slides 33,34,35 | TSS levels within acceptable limits. |
| Nutrient loading of pasture is too high. 2/13 | Dry stack litter is removed from farm to be used as fertilizer.<br>See Slide 22 | Nutrient levels in field runoff within acceptable limits. Stormwater testing for N. |
| Sediment from roadways. 4/15 | Rainwater diverted to sediment basin.<br>See Slide 37 | TSS levels within acceptable limits. |

5

| PROBLEM | ACTION | SUCCESS CRITERIA |
|---|---|---|
| Sediment from roadways. 6/15 | Repair farm gutters as required to keep clean water away from roads. See Slide 49 | TSS levels within acceptable limits. |
| Nutrient loading of pasture is too high. 5/14 | Add bacteria generators to produce bacteria to reduce nutrients in irrigation water. See Dr. Dan Wickham Theory of Operation. See Slides 27,28,29 | Nutrient levels in field runoff within acceptable limits. |
| Road maintenance. 7/15 | Graveling and grading of roads. | TSS levels within acceptable limits. |
| Contaminated first flush Stormwater entering creek. 6/8/15 | Lower the culvert between the Stormwater sediment basin and the sewer system to catch contaminated runoff before it enters the creek. See Slide 45 | Test for N and TSS before releasing Stormwater. |
| Freeboard in ponds not sufficient. 6/28/15 | Decrease footprint of dry stack litter storage area. See Slide 56 | Additional water storage available in winter storage ponds. |

Reichardt Duck Farm's SWPPP was initially prepared 7/1/99.

Plan updated 6/24/10.

Plan resubmitted 6/23/15.

6

# Storm Water Pollution Prevention Plan
## Reichardt Duck Farm, Inc.

Spill Prevention and Response

Potential problem areas:

1. Clogged sewer line could cause spill of duck manure from duck growing area to creek.

BMPs
1. Sewers are maintained daily; any debris is removed and hauled to manure storage area. Heriberto Calvillo is responsible for this maintenance.
2. If a spill should occur, a diversion gate near L3 is open to the sewer during dry weather to catch the spill. In wet weather this gate is opened to catch the spill and cleanup.
3. If the spill were not caught at the L3 gate, it would be caught in the catch pond adjacent to the creek. An overflow culvert is in place to cause the spill to go into the surge pond if the volume is of considerable magnitude. This water is automatically pumped to the storage pond. An autostart generator is in place in case of a power failure. After correction of the sewer problem the catch pond is pumped and washed out.





SludgeHammer™ Group Ltd.
336 S. Division Road
Petoskey, MI  49770

Ph: 1.231.348.5866
Toll Free: 1.800.426.3349
Fax: 1.720.834.3102
www.SludgeHammer.net

nature called.  we answered.

**REICHARDT DUCK FARM**
**POND BIOREMEDIATION**
**REPORT TO WATER QUALITY BOARD**

Introduction
Reichardt Duck Farm is a large scale animal holding facility that produces up to 2 million ducks per annum.  The liquid waste from the facility is captured and passes through a multi-pond system for reuse and disposal when necessary.  Washdown water from the duck impoundments passes into a primary pond adjacent to the sheds.  This pond captures solid wastes which are removed for producing compost.  The pond is completely cleaned when excessive solids build up.

Effluent from the primary pond crosses Middle Two Rock Rd. to a series of three large holding ponds.  Pond A has a 10 million gallon capacity, Pond B has a 5.6 million gallon capacity and Pond C is 10 million gallons.  Pond C generally is maintained with 6 feet of freeboard to provide equalization storage and thus is held to 5 MG capacity.  Liquid from Pond C is pumped back to an aerated pond referred to as Martin's pond.  Martin's pond has a capacity of 2.5 million gallons and is aerated with a venturi pump operating at 40 horsepower.

Aerated liquid from this pond is exposed to chlorine for disinfection prior to reuse as washdown water in the duck impoundments, where the runoff then runs back through the treatment cycle.  Approximately 100,000 gallons of liquid with a residual chlorine of 1 ppm is used for washdown 5 days a week.  The entire system has a hydraulic residence time of approximately 82 days.

Bioremediation
In response to the Reichardt Company's request we designed a system to inoculate the wastewater treatment ponds at the farm with cultures of beneficial spore-forming facultative bacteria to investigate whether the biological activity in the pond could be enhanced.

The primary component of the inoculation system is the SludgeHammer Aerobic Bacterial Generator.  This is a device that is designed to provide an environment for culturing specific strains of *Bacillus* species within a wastewater containment vessel.  In this instance a 1,000 gallon water tank was fitted with the SludgeHammer unit and placed adjacent to the primary solids pond.  The unit was inoculated with a packet of SludgeHammer Blend™ bacterial culture.  The SludgeHammer unit is a column 3 feet high with a diameter of 1 foot that has a micro-fine bubble diffuser at the base (see

8

slides).  The column has perforations at the base that allow water to enter the column as the bubble

stream rises.  This circulates 15,000-20,000 gallons of liquid through the column when powered with an 80 watt linear air pump.  Inside the unit is a coil of cuspated plastic that provides about 120 sq.ft. of surface area for bacterial attachment.  The bacterial inoculum is packaged in a porous bag that is set inside a 4" pipe inside the SludgeHammer column.  This provides a refuge for what becomes a "mother culture" of bacteria.  Since the liquid flow is highly aerobic inside the column, and contains an abundant food for the bacteria in the form of organic material from the waste, the bacteria can increase in numbers rapidly.

The system at Reichardt's was constructed so that the inoculator tank could be fed with effluent from the receiving waste pond at a rate that allowed the contents to overflow back into the solids pond with the maximal number of bacterial propagules.  This rate was chosen to provide a hydraulic residence time of about 2 days to provide adequate time for growth and reproduction.

Inoculation at the Reichardt ponds began on March 21, 2014.

Results

The historical data record for the Reichardt ponds is unfortunately incomplete but one can follow certain trends as they relate to the biological inoculum.  The February and March samples are just prior to the inoculation program and can be taken as a baseline.  These samples show some reduction in BOD as it passes on to Pond C (3300 mg/l to 710 mg/l), as well as some reduction in Total Nitrogen as it passes through Martin's pond (1100 mg/l to 520 mg/l).

The June samples show a substantial reduction in BOD in the settling pond from 3300 to 420 mg/l, but this increases again in November to 1100 mg/l, although this is still well below the original February sample.  Unfortunately no baseline BOD measurements for the aerated Martin's pond existed however the Total nitrogen data show a substantial reduction from 520 mg/l to 384 after inoculation.

Figure 1.  Grab samples from the Reichardt Duck treatment ponds.

|  |  | Sequential | data (mg/l) |  |  |
|---|---|---|---|---|---|
| Date | Parameter | Settling Pond out | Pond A out | Pond C out | Martin's Pond out |
| 2/20/2014 | BOD | 3300 | 3000 |  |  |
|  | Total N |  |  |  |  |
| 3/18/2014 | BOD |  |  | 710 |  |
|  | Total N | 1100 |  |  | 520 |
| 6/16/2014 | BOD | 420 |  |  |  |
|  | Total N | 1200 |  |  | 480 |
| 11/11/2014 | BOD | 1100 | 670 | 300 | 170 |
|  | Total N | 1100 | 910 | 840 | 384 |

9

An indirect measure of BOD reduction in the washdown water taken from Martin's Pond is the chlorine usage necessary to maintain the required 1 mg/l residual for use.  Prior to inoculation the farm used 165 gallons of chlorine solution per week.  Currently the farm is using only 50 gallons/week to achieve the same result.  This is a 70% reduction.  Given that chlorine is an oxidizing agent, the reduction in chlorine usage is a direct reflection of oxygen demand that the liquid possesses.  The equivalent BOD reduction would be from an initial BOD in Martin's pond of 567 mg/l to the current 170 mg/l.

Discussion
The system installed at Reichardt's is obviously a minimalist approach involving just the simple inoculation with facultative bacteria without any infrastructure change.  This is a widely used approach and the SludgeHammer system really only differs in that it sets up a chemostatic grow-out facility for the desirable organisms rather than requiring the continual purchase of new bacterial culture.

One of the desired outcomes relates to solids in the lower holding ponds.  At the onset of treatment Pond A had an extensive scum layer.  Within two weeks of inoculation the pond demonstrated increased fermentative activity, even though water temperatures were still relatively low.  Figure 2 below is a photograph taken of the pond surface on March 24, 2014.



This scum layer had virtually disappeared by April 2, 2014 (Figure 3).



Proposed Activities
Several aspects of the pilot project showed positive effects, however, the Reichardt management wanted to continue the improvements and expressed a willingness to work with us in certain innovative treatment options that could be of value to agricultural operations more broadly.  One of our primary focuses in wastewater management is reductions of nutrients, particularly nitrogen.  As can be seen from the data above the inoculation resulted in a reduction of total nitrogen in the wastewater as it moved through the treatment scheme.  The solids receiving pond has a consistent concentration of approximately 1100 mg/l.  At 100,000 gpd for five days a week this represents a load of 412.50 kg/day (910 lb/day) and an annual load of 107,250 kg (235,950 lb.).

After treatment nitrogen had reduced to 384 mg/l in the washdown water from Martin's pond.  This represents a 65% reduction in TN.  The annual load is now being reduced by 69,715 kg (153,350 lbs).  The sampling program did not elucidate the mechanism for this loss but the facultative bacteria in the blend, particularly the *Bacillus* species, are known denitrifying species.  Much of our work in the septic industry shows that these bacteria can denitrify even under highly aerobic conditions.  This counters much of the basic theory of denitrification that suggests this process is an anaerobic reaction.  While this is probably true for the denitrification of nitrate ($NO_3$) it does not follow for

11

denitrification of nitrite ($NO_2$).  We have seen that under high BOD conditions the heterotrophic facultative aerobes will dominate and exclude the autotrophic *Nitrosomonas* and *Nitrobacter* species that oxidize ammonia to nitrate.  Nitrogen will remain as ammonia even under highly aerobic conditions.  However, there will always be some *Nitrosomonas* coming into the system from external sources so some level of oxidation of ammonia to nitrite ($NO_2$) will occur.  If there is a significant concentration of denitrifying Bacillus species in the blend a competition between them and the weaker *Nitrobacter* species will occur for the $NO_2$.  Nitrobacter will oxidize $NO_2$ to $NO_3$ which is relatively stable.  *Bacillus* will use the oxygen from $NO_2$ for its own oxidative metabolism but reduces it to $N_2$ gas, which can escape into the atmosphere.  It can do this even in the presence of aerobic $O_2$ for the simple reason that it can obtain the same number of oxygen atoms, two, with either source, but with $NO_2$ the organism does not have to break a double bond as it does with $O_2$ and will  preferentially use the oxygen from $NO_2$.

Part of the reason a more complete oxidation of ammonia does not occur at Reichardt's is that, given the competitive exclusion of *Nitrosomonas* by *Bacillus* there are simply not enough of them present.  We have experimented with a concept that allows us to grow ammonia oxidizers in conjunction with denitrifiers.  It involves creating a separate device within the system that allows a long enough hydraulic retention time that carbon becomes depleted, thus favoring the autotrophic *Nitrosomonas* over the heterotrophic *Bacillus*.

Floating Denitrification Device
At Reichardt's we propose to do this as follows:  A large containment vessel will be constructed that will float at the surface and close off a 24' x 16' x 7' deep section of Martin's pond,, with a volume of approximately 20,000 gallons.  This unit will be placed over the rising air stream from the venture aerator so the contents remain aerobic.  Liquid will be introduced from outside the unit at a rate of approximately 2,000 gpd so that the hydraulic retention time inside the containment is at least 10 days.  This will favor *Nitrosomonas* inside and each time this liquid is introduced a similar volume, enriched with *Nitrosomonas* will move out into the treatment pond where it can co-exist with *Bacillus* for the denitrification reaction.

Floating Pond Aerator
Reichardt's has another pond that is used to store potable water for the duck operation.  This pond receives runoff from adjacent pasture land and is subject to eutrophication because of this.  During the summer this pond develops serious algae blooms.  Because of this load it is difficult to maintain a residual chlorine level for safe consumption by the ducks.  The blooms also will contain high concentrations of blue-green algae which can be directly toxic.

A prototype unit was constructed in February of 2015 that incorporated the features of the Aerobic Bacterial Generator into a floating unit similar to the one described above for Martin's pond.  It differs, however, in that it contains its own aeration unit that is driven by solar power.  The unit floats in the pond and the flow of liquid through the unit passes through a fiber matrix that provides a vast surface area for a fixed bacterial film to develop.  The unit directs the flow out one side so that when anchored in the center

12

of the pond, the unit migrates in a circular pattern over the pond, increasing the mixing area by an enormous amount.



Reichardt's management has already noted that the pond did not develop any algae blooms this season.  In fact it has led to the establishment of rooted vegetation along the periphery of the pond that has never been seen.

Reichardt's are planning to introduce similar floating units in Pond A and will be installing these over this year.

Conclusion
Reichardt Farm has been proactive in pursuing improvements in their wastewater treatment and the pursuit has already paid off in unexpected manners.  The reduction in chlorine use was unanticipated but not only reduced cost but also reduced the risk potential in the use of this caustic compound.  It is hoped that the attempt to reduce ammonia in Martin's pond will have similar salutary effects in the duck growing facility, with improvements in the health of the flock.

More important will be demonstrations of methods that help reduce nutrient loading by animal holding facilities.  Nitrate contamination is a widespread problem throughout the world and improvements in the basic biology of processes that reduce nitrogen load can work synergistically with new methods for engineering systems which apply this biology.  Reichardt's is making a major contribution to this effort.


Submitted by:

President, SludgeHammer Group