# EXHIBIT 5

6-11-18

Reichardt Duck Farm, Inc.

**Assessment of Potential Pollutant Sources**

    i. The areas of the facility with likely sources of pollutants in industrial storm water discharges and authorized NSWDs are the duck raising areas.

    ii. Pollutants likely to be present in storm water discharges and authorized NSWDs are nitrogen and phosphorus.

    iii. Less than 500 cubic yards of used bedding containing manure is stored at any time. Water that runs off of raising areas is contained in storage ponds. We have about 20 million gallons of stored water at end of the winter storage season. This water is irrigated onto our fields to grow grass for dairy and beef operations. These fields are leased to neighboring farms.

    iv. All water that becomes exposed to pollutants is contained in our storage ponds until irrigated. This water goes through a series of digesting ponds to decrease the nitrogen load before irrigation.

    v. Exposed water that runs off the growing area is contained in our storage ponds as a part of the digesting system. This water is irrigated onto our fields for the purpose of growing grass.

    vii. Our existing BMPs are being evaluated on a consistent basis. The digested water in our storage system is utilized as flush water. We strive to maintain a high quality flush water as it affects the health of the ducks we grow.

    viii. We constantly look for improved ways to improve water quality of our flush water, as it affects the duck health. The irrigated water is improved at the same time. This is a win-win situation.

    ix. Nitrogen levels are reduced in our digestion system to a degree that they grow grass efficiently and also allow us to use this water as flushing water. Pondbots have been successfully integrated in our system to reduce nitrogen readings to historically low levels. This benefits our process as well as the receiving waters.