ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel. (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>    Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT** |

WHEREAS, Plaintiff Californians for Alternatives to Toxics ("Plaintiff") filed its complaint ("Complaint") in this action on December 21, 2022; and

WHEREAS, by stipulation the Complaint was deemed served on January 15, 2023.

WHEREAS, Defendants filed an answer to the Complaint on February 15, 2023.

WHEREAS, on March 17, 2023, Plaintiff issued a new Notice of Violations and Intent to File Suit ("Second NOV") alleging violations of the Clean Water Act not addressed by the Complaint.

STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT

WHEREAS, Plaintiff now seeks to amend the Complaint to include the new allegations set forth in the Second NOV more than 21 days after Defendants filed their responsive pleading;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) allows a party to amend its pleading with the opposing party's written consent.

THEREFORE, IT IS STIPULATED that Plaintiff may file an amended complaint.

Dated: May 17, 2023                     LAW OFFICES OF ANDREW L. PACKARD

        /s/ William Carlon
William N. Carlon
Attorney for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

Dated: May 17, 2023                          ABBOTT & KINDERMANN, INC.

/s/ Glen Hansen
Glen Hansen
Attorney for Defendants
REICHARDT DUCK FARM, INC., and
JOHN REICHARDT

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(h) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: May 17, 2023                    By: /s/ William Carlon