1  ANDREW L. PACKARD (State Bar No. 168690)
   WILLIAM N. CARLON (State Bar No. 305739)
2  Law Offices of Andrew L. Packard
   245 Kentucky Street, Suite B3
3  Petaluma, CA 94952
   Tel: (707) 782-4060
4  E-mail: andrew@packardlawoffices.com
           wncarlon@packardlawoffices.com
5
   WILLIAM VERICK (State Bar No. 140972)
6  Klamath Environmental Law Center
   1125 Sixteenth Street, Suite 204
7  Arcata, CA 95521
   Tel. (707) 630-5061
8  Email: wverick@igc.org
9
   Attorneys for Plaintiff
10 CALIFORNIANS FOR
   ALTERNATIVES TO TOXICS
11

12                    **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14  CALIFORNIANS FOR                          Case No: 3:22-CV-09065-AGT
      ALTERNATIVES TO TOXICS, a non-
15    profit corporation,

16           Plaintiff,                       **DECLARATION OF WILLIAM N.
                                              CARLON IN SUPPORT OF SECOND
17  v.                                        JOINT STATEMENT RE DISCOVERY
                                              DISAGREEMENT NO 1
18  REICHARDT DUCK FARM, INC., and            (INTERROGATORIES)**
    JOHN REICHARDT,
19
             Defendants.
20

21

22  I, William N. Carlon, declare:

23        1.      I am an attorney with the Law Offices of Andrew L. Packard, counsel of

24  record for Plaintiff Californians for Alternatives to Toxics.

25        2.      On April 13, 2023, I met via telephone call with Glen Hansen, counsel for

26  Defendants Reichardt Duck Farm, Inc. and John Reichardt, to discuss the discovery dispute

27  arising out of Plaintiff's Request for Inspection of Land and Property Pursuant to Federal

28  Rule of Civil Procedure 34 ("Request").

                                      - 1 -

3.     On Friday, March 31, 2023, counsel for Defendants provided the biosecurity plan, a true and correct copy of which is attached hereto as **Exhibit 1**.

4.     On Monday, April 3, 2023, Andrew Packard emailed counsel for Defendants explaining Plaintiff's position that there was not anything in the biosecurity plan that would prohibit Plaintiff's agents from exiting the van to inspect the biosecure areas of the Facility, so long as the Parties could put together an attestation regarding the restrictions imposed by the biosecurity plan.  The email also asked for defense counsel's availability for the Court-ordered meeting to confer about whether Plaintiff could comply with the biosecurity plan.

5.     On April 6, 2023, having received no response to the April 3rd email, Mr. Packard followed up the April 3rd email with another request to meet and confer, stressing that time is of the essence given that we were in the last few weeks of the wet season.

6.     On April 6, 2023, we received a response from Mr. Hansen, stating that they "must review [Plaintiff's] responses with [Defendants'] biosecurity expert," but not agreeing to meet and confer.

7.     On April 7, 2023, Mr. Packard responded to Mr. Hansen, pointing out that the Court had ordered the Parties to meet and confer, and that Dr. Bland's input was not necessary to discuss the contents of the biosecurity plan that Defendants had produced. Plaintiff also highlighted that, because it rained on April 7th, there had been at least three discharge events from the Facility during the pendency of Defendants' motion for a protective order, and that further delay will prejudice Plaintiff's ability to gather evidence in the case.

8.     Mr. Hansen responded the same day, ignoring Mr. Packard's request to schedule a meeting, and informed us that he had spoken with Dr. Bland, and that Defendants could get us a response by Monday, April 10th.

9.     On April 12th, Mr. Hansen provided his declaration – apparently Defendants had concluded at this point that meeting and conferring further was futile – that attached, among other things, a letter from Dr. Bland.  Notably, Defendants did not respond to

Plaintiff's repeated requests for a meeting to confer about whether Plaintiff could comply with the biosecurity plan.

10.     By April 13th, Plaintiff was able to get Defendants to agree to have a telephone call to discuss the matter.  On April 13th, the Parties had a telephone call, but were unable to resolve the dispute.

11.     In the course of the April 13th meeting, Defendants took the position that Plaintiff's agents could not comply with the biosecurity plan, and could therefore not exit Defendants' van during an inspection.  Defendants counsel stated that Defendants rely on Dr. Bland's interpretation of the Biosecurity Plan, not any specific section of the plan itself. When asked for a list of the protocols and procedures that Plaintiff would have to comply with in order for its agents to be allowed to exit the van to inspect biosecure areas, Defendants' counsel referred Plaintiff to the entirety of Dr. Bland's letter.  When asked for specific references to the Biosecurity Plan that would prohibit Plaintiff's access as requested, Defendants' counsel referred Plaintiff to the entirety of Dr. Bland's letter.  When asked for a specific reference to the Biosecurity Plan that sets forth the protocols and procedures for guests and visitors to the duck farm, counsel for Defendants stated that there isn't "a page that says that," and that such protocols are derived from Dr. Bland's interpretation of the Plan.

12.     On April 17th, Defendants transmitted a follow-up letter from Dr. Bland, dated April 14, 2023, which was apparently drafted to respond to Plaintiff's April 3rd email.  Dr. Bland cites to pages two, three and eight of the biosecurity plan (which include sections on "Bird and Animal Exclusion," "Employee Biosecurity at Reichardt Duck Farm," and an employee policy statement on "Bioscurity Training," respectively).

13.     The Bird and Animal Exclusion section does not appear to be relevant to this discussion.  That section addresses fencing, "Tube Dudes," and lasers to scare away birds and animals.

14.     The Employee Biosecurity section describes the biosecurity protocols for

employees of the duck farm.  Of the eight protocols identified, at least five are ones Plaintiff could reasonably comply with, such as (1) parking their personal cars across the street at the office parking lot, (3) using foot pans as necessary (though Plaintiff has already agreed not to enter any building, except for the office, which Plaintiff's agents have already entered without incident), (4) Plaintiff's agents could wear clean company-provided coveralls for the inspection of biosecure areas, (5) Plaintiff's agents could use hand sanitizer as necessary (though again, this condition appears to apply to only the entry/exit of buildings, see above), and (6) Plaintiff's agent could agree not to drive their cars on the ranch.  The remaining protocols, 2, 7, and 8 relate to directions for punching in to the time clock, parking directions for employees working on weekends, and a protocol involving boots to reduce cross-contamination between the farm and the plant (which Plaintiff's agent will not enter).

15.     The Biosecurity Training section consists of a one-page policy statement that employees must apparently sign, acknowledging that they have read and understand the statement.  The statement includes additional restrictions not identified in the Employee Biosecurity section, including (1) employees must not keep poultry or birds of any kind at home, live on property with poultry or be involved with raising or associated with poultry of any kind outside of their duties with Reichardt Duck Farm"; (2) Reichardt employees are not allowed to work for any other poultry-related business such as chicken or turkey farms, hatcheries, feed mills, pet store, poultry processing plant, etc."; (3) "All employees and visitors must wash their hand and change into clean uniforms provided by RDF or flock owners. A brush is provided for scrubbing hands and fingernails"; (4) "All hatchery employees entering the hatchery must change from street clothing into RDF provided uniforms and foot wear at designated change stations; (5) "Whenever individuals pass the hand wash stations they must wash their hands with the disinfectant soap provided"; (6) "Upon entering areas containing eggs or ducklings, a smock and hair cover must be work in addition to the provided uniforms, and removed when exiting the area"; and, (7)

"Visitors are required to follow the specific bio-security instructions provided by hatchery management."

16.     On April 19, 2023, Mr. Hansen belated produced additional pages of the biosecurity plan that had not been produced on March 31, 2023.  The production consisted of two pages.  The first page contained the section of the biosecurity plan entitled "Biosecurity for Guests at Reichardt Duck Farm" and includes three protocols: "(1) All guests are to sign in at the office, the green building across the street from the mailbox; (2) Office staff will sign the guest in and have them fill out the Biosecurity Statement. We need to determine if the guest has been to a farm or exposed to something we wouldn't want to bring into the farm; and, (3) Most guests will require an escort."  The second page consisted of the "Biosecurity Statement" identified above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 25, 2023, at Napa, California.

William N. Carlon

# EXHIBIT 1

CONFIDENTIAL

Reichardt Duck Farm Biosecurity Plan 1-27-16

1. Bird and Animal Exclusion
2. Employee Biosecurity
3. Guest Biosecurity
4. Feedmill Biosecurity
5. Water supply Biosecurity
6. Biosecurity between duck growing stages
7. Biosecurity between Farm and Processing Plant
8. Biosecurity Training
9. Risk Assessment
10. Biosecurity between Duck Farm sites
11. Maps

CONFIDENTIAL

Bird and Animal Exclusion

1. Fencing at Reichardt Duck Farm is designed to exclude animals approaching from the street side. Future plans include 7' fencing on all sides of the farm.
2. Tube Dudes are a giant scarecrow-like device that works quite well at scaring birds especially turkey vultures that have bothered us in the past.
3. Agrilaser is a handheld flashlight/laser type device that scares birds roosting on wires or rooftops. It works well at scaring small birds from trees, wires and roofs. Future plans are for a programmable version that traces a pattern around the farm to continuously scare the birds away.

CONFIDENTIAL

Employee Biosecurity at Reichardt Duck Farm

1. Employees are to park their cars across the street in the office parking lot.
2. Employees are to walk from the parking lot to the time clock to punch in the time clock.
3. Employees are to use the foot pans provided at the time clock steps and use other foot pans when entering and exiting all buildings. This includes when wearing your shoes from home. Please wear shoes that you are willing to step into the Biophene solution.
4. Employees are to wear company provided coveralls when working on the farm. Clean coveralls are provided daily. If your coveralls get exposed to a questionable situation, like a sick yard of ducks, change into clean your coveralls. Most employees have more than one set with their name on them.
5. Employees are to use the hand sanitizer found at the entrance and exit of buildings when entering and when leaving.
6. Employees are not allowed to drive their cars into the ranch. Only authorized vehicles are allowed on the ranch.
7. Employees working on the weekends are to park in the parking lot across the street by the office.
8. When implemented, all employees working on the farm are to wear their black rubber boots, all employees working in the plant are to wear their white rubber boots. No black boots in the plant, no white boots on the farm. This is to reduce cross contamination.

CONFIDENTIAL

Biosecurity for Feed mill and feed drivers

After multiple discussions with Dan Figone and Bob Falco,

1. Hunt and Behrens will send Joe's delivery truck to our farms only.
2. They will have the truck washed weekly rather than monthly.
3. We will provide clean coveralls for Joe each day.
4. We will also provide clean coveralls for Penngrove site delivery.
5. H&B will provide different footwear for each site.
6. Footwear worn at the mill will not be worn on duck farm sites.

CONFIDENTIAL

Water Supply Biosecurity at Reichardt Duck Farm

1. Duck drinking water is contained in an concrete tanks with a roof and screened on all sides to keep birds and insects out.
2. The drinking water is sanitized with chlorine at about 1 ppm.
3. The output water is treated with UV light to add to the degree of sanitizing.

CONFIDENTIAL

Biosecurity between Duck Growing Stages

1. Ducks are grown in separate buildings, Starter (Brooders), Grower (# ones), and Finisher.
2. The ducks are moved between growing stages in trailers, a different trailer for each stage.
3. Trailers are washed and disinfected each day.
4. If a yard of ducks is sick, the trailer is washed and disinfected following that move.
5. Each growing stage has its own wash hoses to prevent cross contamination. Yellow for brooder, red for grower and black for finisher.
6. Hand sanitizer is provided at the entry and exit points of all growing buildings.
7. Boot wash stations are provided at the entrance and exit of each growing building.

Different people each stage
Breeders separate and ~~stop~~ different people

# CONFIDENTIAL

Biosecurity between Farm and Plant

1. Reichardt Duck Farm shares employees between farm and plant.
2. Employees wear white smocks when working in the plant and coveralls when working on the farm.
3. The smocks and coveralls are laundered daily.
4. Trial boot tests are under way to have white plant boots and black farm boots. Employees who work in both spots will have pairs of boots, one pair white for the plant, one pair black for the farm. These boots will be secured in lockers in the plant lunchroom.

# CONFIDENTIAL

## REICHARDT DUCK FARM, INC.
### Bio-Security Policy and Procedures

Reichardt Duck Farm, Inc. must maintain strict bio-security procedures throughout our system to ensure that our breeding stock is kept free of various poultry diseases. Sanitation and bio-security measures are basic to the survival of Reichardt Duck Farm, Inc.

Therefore, Reichardt Duck Farm employees must not keep poultry or birds of any kind at home, live on property with poultry or be involved with raising or associating with poultry of any kind outside of their duties with Reichardt Duck Farm. Reichardt employees are not allowed to work for any other poultry-related business such as chicken or turkey farms, hatcheries, feed mills, pet store, poultry processing plant, etc. The term "poultry" includes chickens, turkeys, ducks, geese, pigeons, parrots, canaries, parakeets or any other birds.

In addition, each Reichardt owned, leased or contracted facility has specific bio-security and sanitation procedures which must be followed without exception. No one may enter any such facility without a clear understanding of the applicable bio-security procedures. Ask your supervisor if you have any questions concerning the bio-security procedures as they apply to you.

**Any violation of the ban on associating with poultry or of facility bio-security procedures will lead to discipline which may include immediate termination of employment.**

Ranches:  All employees and visitors must wash their hand and change into clean uniforms provided by RDF or flock owners. A brush is provided for scrubbing hands and fingernails. All employees and visitors must clean and disinfect their hands and boots upon entering and exiting all duck buildings.

Vehicles and equipment will be properly washed and/or disinfected before entering the ranch and upon leaving the facility. Wheels, wheel wells, and floorboards must be cleaned and sprayed with disinfectant. The only exception is for emergency response vehicles such as ambulances and fire trucks. No personal or visitor vehicles are permitted to enter any farm facility.

Hatcheries:  All hatchery employees entering the hatchery must change from street clothing into RDF provided uniforms and foot wear at designated change stations. Whenever individuals pass the hand wash stations they must wash their hands with the disinfectant soap provided. Employees must dip their footwear in disinfectant dip pans where they are provided when in the hatchery complex. Upon entering areas containing eggs or ducklings, a smock and hair cover must be worn in addition to the provided uniforms, and removed when exiting the area. Visitors are required to follow the specific bio-security instructions provided by hatchery management.

I have read and understand the above policy statement.


Signature of Employee _____      Date _____

CONFIDENTIAL

Risk Assessment Answers ~~2-19-16~~  2-6-17

| | Location | Minimal | Medium | High |
|---|---|---|---|---|
| 1 | Proximity to public road | | | <50 yards |
| 2 | Proximity to Commercial Poultry | | 1/2 to 2 miles | |
| 3 | No. of Commercial farms within 1/2 mile | 0 | | |
| 4 | Proximity to nearest backyard poultry | | 1/2 to 2 miles | |
| 5 | Number of know backyard flocks within 1/2 mile | | 1 | |
| 6 | Proximity to nearest water body | > 100 yards | | |
| 7 | Proximity to nearest waterfowl colony | | 1 to 10 miles | |
| 8 | Proximity of nearest bird colony/nesting raptors | > 1 mile | | |
| 9 | Proximity to landfill | > 10 miles | → 3 miles | |

| | Premises Entry and Security | | | |
|---|---|---|---|---|
| 10 | Perimeter gates and fencing | Complete perimeter fence | | |
| 11 | Biosecurity Signage | Multilingual signs exist at all entries | | |
| 12 | Vehicle entry disinfectant | | ← Inadequate | |
| 13 | Entry driveway materials | Paved ← | Gravel | |
| 14 | Vehicle Parking | | Parking area | |
| 15 | Vehicle Flow | | Vehicles can cross paths | |
| 16 | Clean and dirty line | | | No |

| | People Entry/ Personel Biosecurity | Minimal | Medium | High |
|---|---|---|---|---|
| | Recording of all people entering the farm premises | | | |
| 17 | Employees | | | No |
| 18 | Employee family members | | | No |
| 19 | Poultry Haulers (Live and dead poultry) | | | No |
| 20 | Egg truck drivers | | | No |
| 21 | Feed truck drivers | | | No |
| 22 | Veterinarians | Yes | | |
| 23 | Consultants and Sales personnel | Yes | | |
| 24 | Other - Portopotti service truck | | | No |
| 25 | Inspectors | | | No |
| 26 | Vaccination crew | | NA | |
| 27 | Utility repairmen/meter readers | Yes | | |
| 28 | Mail courier (UPS Fedex) | | | ~~No~~ NA |
| 29 | Garbage/waste collector | | | No |
| 30 | Pest control professional | Yes | | |
| 31 | Electricians/plumbers/carpenters | | NA | |
| 32 | Unnecessary visitors | Not allowed | | |
| 33 | Sharing of personnel | | Between sites of this company only with proper clothing change | |
| 34 | Personal Protection Policy | | Dedicated clothing and disinfecting of hands (no shower) | |
| 35 | Personal effects (cellphones, wallets, etc.) | | | Unrestricted |

CONFIDENTIAL

Employee and visitor direct/indirect exposure to birds and bird products:

| # | | | | |
|---|---|---|---|---|
| 36 | At home | No exposure of any kind | | |
| 37 | Feed/pet stores | 72 hours | | |
| 38 | Swap meets | 72 hours | | |
| 39 | Live bird markets | 72 hours | | |
| 40 | Fairs (bird exhibits) | 72 hours | | |
| 41 | Zoos - Bird exhibit areas | 72 hours | | |
| 42 | Vet clinics | 72 hours | | |
| 43 | Neighbors and friends backyard birds | 72 hours | | |
| 44 | Cockfights | No exposure of any kind | | |
| 45 | Bird hunting and fishing | 72 hours, no hunting clothes or gear on site | | |
| 46 | Utility repairmen/meter readers | 72 hours, dedicated clothing | | |
| 47 | Service crews and Veterinarians | 72 hours, dedicated footwear and clothing | | |
| 48 | Drivers of hauling or delivery trucks | | | Unrestricted |
| 49 | Housing of employees, their familys, others | | | Yes |
| 50 | Other businesses on premises | No other businesses on the premises | | |

| # | Poultry houses | Minimal | Medium | High |
|---|---|---|---|---|
| 51 | Distance between houses | | | <15 yards |
| 52 | Barn vent and exhaust maintenance | Done periodically | | |
| 53 | Clean and dirty areas in poultry house entry | | | Not defined |
| 54 | Entry and exit surface | | Gravel | |
| 55 | Footbath refreshing frequency | | Footbaths are used and changed daily | |
| 56 | Clothing and footwear requirements | | Designated outerwear changed and laundered daily | |
| 57 | Drinkers and watering system are protected from wild bird and vermin | | | |
| 58 | Poultry access to outdoors | | Most houses have no access to outside | |
| 59 | Housing type/construction | | Open sided with screens | |

| # | Pests, Wildlife, and Domestic Animals | | | |
|---|---|---|---|---|
| 60 | Wild bird presence,ducks,geese, crows, turkeys | | | Yes |
| 61 | Wild bird access | | | Layers but changing |
| 62 | Spilled feed cleaned up immediately | | | No |
| 63 | Standing water, ponds, or other bodies of water | | | Yes |
| 64 | Wild bird deterrents | Often utilized | | |
| 65 | Other poultry kept on premises | No | | |
| 66 | Other birds kept on premises | No | | |
| 67 | Rodent Control Program | Routine weekly rodent control | | |
| 68 | Vegetation / harborage within 3 yards | | Infrequent removal | |
| 69 | Fly control program weekly | | | No |
| 70 | Other animal access, dogs,cats,livestock, wildlife | | Other animals are restricted from poultry houses | |

CONFIDENTIAL

Truck traffic, Feed, Poultry haulers, Dead-bird haulers, Garbage pickup

| | | | | |
|---|---|---|---|---|
| 71 | Gate Entry Protocol - Trucks are met and work observed for biosecurity | | ← | No |
| 72 | Cleaning and Disinfection Protocols | | Feed and offal trucks cleaned and sanitized | |
| 73 | Shared trucks | No sharing of trucks | | |
| 74 | Feed delivery site | | Feed truck goes on farm to deliver feed | |
| 75 | Dead haul access | | | Bins near poultry houses |
| 76 | Garbage Truck Access | Garbage pickup is outside perimeter fence | | |
| 77 | Pullet houling trucks | | N.A. | |
| 78 | Manure, egg shells, animal materials from other premises | Not allowed | | |

Tools and equipment

| | | | | |
|---|---|---|---|---|
| 79 | Tools and Equipment Entering and Exiting | | N.A. | |
| 80 | Sharing of Equipment | ← | N.A. | |
| 81 | Tools and Equipment Cleaned and Disinfected between farm building use | | | No |
| 82 | Tools and Equipment Maintenance | Farm maintains equipment onsite | | |
| 83 | Transport trailers | Cleaned and disinfected on the farm | | |
| 84 | Cleaning Protocol | | Chlorinated water removes organic material before disinfectant | |
| 85 | Disinfectant selection | Claims to be effective against HPAI | | |
| 86 | Disinfectant use | Discarded if expired | | |
| 87 | Water source for wet cleaning | Deep well treated | | |
| 88 | High pressure sprayer | Always use high pressure sprayer | | |

Carcass/Manure/Garbage Storage

| | | | | |
|---|---|---|---|---|
| 89 | Disposal Method of Dead Birds | | | Rendering truck |
| 90 | Dead Bird Storage Site | | | Uncovered stored near poultry |
| 91 | Manure /Litter Handling | Composting started | | |

CONFIDENTIAL

| | Flock Health | Minimal | Medium | High |
|---|---|---|---|---|
| 92 | Surveillance | | | Visual with no lab |
| 93 | Bird observation | Birds are monitored daily. | | |
| 94 | Record keeping | Poultry production, feed consumption, and mortality are kept and reviewed daily. | | |
| 95 | Vaccine/Medication storage | Vaccines, medications are handled according to label. Expiration dates are reviewed periodically. | | |
| 96 | Sequence of bird inspections/vaccinations | Birds are visited in the following order: youngest to oldest and healthy to sick birds. | | |
| 97 | Flock movement/management | | Multi age farm, but individual houses are all in, all out | M26 |
| 98 | Primary drinking water source | Deep well treated | | |
| 99 | Source of birds | | Birds are hatched on site from our own breeding stock | |
| 100 | Dead bird removal | | Dead birds are removed from houses twice daily, but not placed in secure containers away from poultry houses. | |
| 101 | Investigation of Sick birds or increased mortality | | Excess mortality and unexplained clinical signs are investigated within 24 hours. No lab. | |

| | Biosecurity Assessments | | | |
|---|---|---|---|---|
| 102 | Frequency of employee biosecurity training | 3 or more times per year or more | | |
| 103 | Frequency of on-site biosecurity assessments | 3 or more times per year or more | | |
| 104 | Experience level of personnel performing assessment | Highly experienced, our veterinarian | | |

| | Egg-Layer Biosecurity | | | |
|---|---|---|---|---|
| 105 | Location of Egg Processing Plant | On site | | |
| 106 | Type and location of Egg Processing | Egg processing on same farm, not shared by other farms | | |
| 107 | Sales of eggs from farm pemises | No egg sales from the farm | | |
| 108 | Personnel movement between egg processing | No contact with an egg processing facility | | |
| 109 | Trucks to transport eggs | On site processing, not using trucks | | |
| 110 | Types of egg flats used | Disposable egg flats used only once | | |
| 111 | Identification and disinfection of egg racks/pallets/cases | Egg racks/pallets/cases not used | | |
| 112 | Egg flat washer | Only disposable flats | | |
| 113 | Eggs brought from other farms | | Eggs from other farms of the same company are brought onto this farm | |
| 114 | Sales of spent hens to the public from farm premises | No sales of spent hens | | |
| 115 | Spent hens haulers | | Cleaned and disinfected offal truck hauls spent hens | |
| 116 | Spent hens are hauled directly to live bird market? No | | | |
| 117 | Spent hens brought onto farm | Spent hens are never brought onto this farm | | |

CONFIDENTIAL

**Hatchery Specifics**

| # | | | | |
|---|---|---|---|---|
| 118 | Shower in and out, laundry room, log books | | Not present, but dedicated clothes used | |
| 119 | Hatchery flow | From dirty (egg room) to clean chick processing room) limiting cross contamination and reverse flow | | |
| 120 | Positive pressure from clean to dirty rooms | Present | | |
| 121 | Hatchery mortality and associated material | | Not processed, picked up by rendering plant | |
| 122 | Water for washing machines | *Deep well treated* ← | Deep well untreated | |
| 123 | Egg and chick truck disinfection | | Manual wash after collecting eggs and chick deliveries | Josue? |
| 124 | Are you part of NPIP? | | | No |
| 125 | Presence of health assessment and vaccination program created and assessed by a veterinarian | Yes | | |
| 126 | Egg flats and egg baskets | | Washed and disinfected flats are used to incubate eggs, baskets washed and disinfected after each use. | |
| 127 | Flats and box storage | | Kept inside hatchery without much control other than rodent control | *Some shed storage* |
| 128 | Cleaning and disinfection written protocol | *Written protocol?* | Protocol is not present | |
| 129 | Re-evaluation of a biosecurity protocol exclusive for the hatchery | | | Not present |

**Breeder specifics**

| # | | | | |
|---|---|---|---|---|
| 130 | Shower in and out laundry room, log books | | Not present, but dedicated clothes are used | |
| 131 | Barn floor substrate | | | No flooring/substrate |
| 132 | Do you follow NPIP guidelines? | | | No |
| 133 | How often do you utilize the 3 week "down time" period between breeder flocks? | Very often | | |
| 134 | How often do you monitor cleaning and disinfection by laboratory testing and swabbing? | | | Never |
| 135 | Do you have a vaccination plan? | | Yes, but no serolgical checks | |
| 136 | Are your breeder flocks all in all out? | Yes | | |
| 137 | Vaccination/moving crews | Internal, comply with biosecurity protocols | | |
| 138 | Management (egg collection, sanitation, cooler, nest management | | | No protocols |

CONFIDENTIAL

| | Broiler specifics | | | |
|---|---|---|---|---|
| 150 | Do you grow broilers all-in all-out? | Yes | | ~~M26, No~~ |
| 151 | "Downtime" period | | | < 10 days |
| 152 | How often are your flocks inspected by an experienced supervisor? | ← | Weekly | |
| 153 | Do you check antibody titers in preprocessed flocks? | | | No |
| 154 | Are moving and service crews subject to stringent biosecurity measures? | | Yes, but it is not written in a protocol | |
| 155 | Do you take the "cake" off the litter on each flock? | N.A. wire flooring | | |
| 156 | How many times do you reuse litter for your flocks? | Never | | |
| 157 | Frequency of unauthorized visitors | Never | | |
| 158 | Litter removal | Composted | | |
| 159 | If contracted, does the contractor associate with different companies? | | | Yes |
| 160 | Do you hire external crews for cleaning between flocks? | No, own people do it. | | |
| 161 | Is equipment, feed pans, medication buckets, feed room, and work room cleaned and disinfected between flocks? | Yes | | |
| 162 | How often is the house washed and disinfected? | Between flocks | | |
| 163 | Do you use seasonal labor? | No | | |
| 164 | Do you provide boots and dedicated clothes for laborers? | Yes | | |


cdfa
CALIFORNIA DEPARTMENT OF
FOOD & AGRICULTURE

# Poultry Facility Biosecurity Risk Assessment Guide

Disease risk cannot be completely eliminated from a poultry premises.  Well before a disease outbreak event, premises management personnel, in consultation with a veterinarian, should conduct a biosecurity risk assessment of all facilities they manage and the biosecurity practices at each location.  It is important to evaluate the level of risk, and then determine measures needed to address and improve the risk areas of concern, in advance of a possible avian disease outbreak.

## GENERAL INFORMATION

|  | | Minimal Biosecurity Risk | Medium Biosecurity Risk | High Biosecurity Risk | Ref |
|---|---|---|---|---|---|
| **Location** | | | | | |
| 1 | Proximity of poultry to public road | Greater than 100 yards | 50 -100 yards | Less than 50 yards | i |
| 2 | Proximity to nearest unrelated commercial poultry operation | Greater than 2 miles | 1/2 mile to 2 mile | Less than 1/2 mile | i, ii |
| 3 | Number of commercial poultry farms within ½ mile | None | 1 | More than 1 | vi |
| 4 | Proximity to nearest backyard poultry | Greater than 2 miles | 1/2 mile to 2 mile | Less than 1/2 mile | ii |
| 5 | Number of known backyard poultry flocks within ½ mile | None | 1 | More than 1 | i,ii |
| 6 | Proximity of nearest body of water (pond, stream, slough) to poultry houses | Greater than 100 yards | 50 -100 yards | Less than 50 yards | i |
| 7 | Proximity to nearest waterfowl sanctuary or colony | Greater than 10 miles | 1 mile to 10 miles | Less than 1 mile | ii |
| 8 | Proximity of nearest bird colony/nesting site (e.g. raptors) | Greater than 1 mile | 400 yards to 1 mile | Less than 400 yards | ii |
| 9 | Proximity to nearest landfill | Greater than 10 miles | 1 mile to 10 miles | Less than 1 mile | ii |
| **Premises Entry/Security** | | | | | |
| 10 | Perimeter Fencing And Gates | Complete Perimeter Fence present. Driveway is gated and always locked or guarded | Perimeter fencing and gate present, but not always locked or guarded. Or fence not complete | There is no perimeter fencing or gate | i |

 Minimal     ☐ Medium     ■ High

1

| | | | | | |
|---|---|---|---|---|---|
| 11 | Biosecurity Signage | Multilingual signage readable from road is posted at all possible points of entry | Multilingual biosecurity signage not found at all possible points of entry | No biosecurity signage or signage only in English | i,ii |
| 12 | Vehicle Entry and Disinfection | Freshly stocked vehicle disinfection station with high pressure sprayer at the gate for all vehicles | Inadequate vehicle disinfection station | No vehicle disinfection station or not used | ii |
| 13 | Entry Driveway Materials | Paved with no potholes | Gravel | Dirt | i |
| 14 | Vehicle Parking | Designated parking area is paved and clearly identified outside the perimeter fence | Parking area is paved and clearly identified inside the perimeter fence | There is not a designated parking area | i |
| 15 | Vehicle Flow | Designated one way traffic onto premises and off premises | Vehicles can cross paths going both directions but enter and exit through designated road | No designated traffic flow on or off the premises through any possible road | i |
| 16 | Clean and dirty areas at entry to premises | Clearly defined, visible, and maintained clean/dirty line | Inadequate/intermittent use | No clean/dirty line | ii, vii |

## People Entry/Personnel Biosecurity (Employees, vaccination crews, beak trimming crews, truck drivers, etc.)

| | Recording of ALL people entering the farm premises (All employees, delivery drivers, and visitors are required to sign premises logbook): | | | | |
|---|---|---|---|---|---|
| 17 | Employees | Yes | N.A. | No | i, ii |
| 18 | Employee family members | Yes | N.A. | No | i, ii |
| 19 | Poultry haulers (live and dead poultry) | Yes | N.A. | No | i, ii |
| 20 | Egg truck drivers | Yes | N.A. | No | i, ii |
| 21 | Feed truck drivers | Yes | N.A. | No | i, ii |
| 22 | Veterinarians | Yes | N.A. | No | i, ii |
| 23 | Consultants and sales personnel | Yes | N.A. | No | i, ii |
| 24 | Inspectors | Yes | N.A. | No | i, ii |
| 25 | Vaccination/ beak trimming/insemination crews | Yes | N.A. | No | i, ii |
| 26 | Utility repairmen/meter readers | Yes | N.A. | No | i, ii |
| 27 | Mail courier (e.g. UPS, FedEx) | Yes | N.A. | No | i, ii |
| 28 | Garbage/waste collector | Yes | N.A. | No | i, ii |

▨ Minimal          ▢ Medium          ▨ High

2

| | | Minimal | Medium | High | |
|---|---|---|---|---|---|
| 29 | Pest control professional | Yes | N.A. | No | i, ii |
| 30 | Electricians/plumbers/ carpenters | Yes | N.A. | No | i, ii |
| 31 | Other? (List here): _____ _____ | Yes | N.A. | No | i, ii |
| 32 | Unnecessary visitors (not there for farm operation) | Unnecessary visitors are prohibited from entry onto the farm | Unnecessary visitors may visit but must wear dedicated or disposable clothing provided by the farm and must wash hands and eyeglasses | There is no restriction on who may enter the farm | ii |
| 33 | Sharing of personnel | Personnel are dedicated to work on this farm only and not shared with any other farm or off-site facility | Personnel are shared between this farm and other farms of this same company, but not with any off-site facility | Personnel are shared between this farm and a farm of another company, or shared with an off-site facility | ii, iii |
| 34 | Personal Protection Policy | Shower-in policy with disposable or dedicated clothing and footwear before entry | Disposable or dedicated clothing and footwear and required washing/disinfecting of hands before entry (no shower-in policy) | Personnel lack disposable or dedicated clothing and footwear and/or do not practice washing/disinfecting of hands before entry | i |
| 35 | Personal effects (e.g. cellphones, wallets, etc.) | Personnel not allowed to bring personal items onto the farm | Personnel bring personal items onto the farm, but must leave them in a designated locker or break room where handwashing is required upon leaving | Personnel bring personal items onto the farm unrestricted | ii |
| **Employee and visitor direct/indirect exposure to birds and bird products:** | | | | | |
| 36 | At home | No exposure to birds of any kind | Individuals may own birds, but must not have direct exposure to birds within 48 hours | No restrictions on bird contact | i, ii |
| 37 | Feed stores/pet stores | No contact with other birds within 72 hours prior to entry | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |

 Minimal        Medium       High

3

| 38 | Swap Meets | No contact with other birds within 72 hours prior to entry | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |
|----|------------|------------|------------|------------|------|
| 39 | Live Bird Markets | No contact with other birds within 72 hours prior to entry | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |
| 40 | Fairs (bird exhibit areas) | No contact with other birds within 72 hours prior to entry | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |
| 41 | Zoos (bird exhibit areas) | No contact with other birds within 72 hours prior to entry | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |
| 42 | Vet clinics | No contact with other birds within 72 hours prior to entry | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |
| 43 | Neighbors and friends backyard birds | No contact with other birds within 72 hours prior to entry | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |
| 44 | Cockfights | No contact with other birds within 72 hours prior to entry | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |
| 45 | Bird hunting or fishing | No contact with other birds within 72 hours prior to entry; hunting clothes and gear not permitted on farm premises | No contact with other birds within 48 hours prior to entry | No restrictions on contact with other birds | i, ii |
| 46 | Utility repairmen and meter readers | Are not allowed to visit another poultry facility within 72 hours, and may only enter poultry areas with dedicated clothing and footwear and clean equipment | Are not allowed to visit another poultry facility within 48 hours, and may only enter poultry areas with dedicated clothing and footwear and clean equipment | No restrictions | ii |
| 47 | Policy for service crews and Veterinarians | Clean clothing and footwear dedicated only for this ranch and have required downtime of 72 hours between visits to different poultry ranches | Clean clothing and footwear dedicated only for this ranch and have required downtime of 48 hours between visits to different poultry ranches | No restrictions | ii |

 Minimal           Medium          ■ High

| 48 | Drivers of hauling or delivery trucks | Do not leave the truck cab while farm employees load or offload deliveries, away from poultry houses whenever possible | Leave the truck cab, but must put on disposable outerwear and footwear (or booties), wash hands and eyeglasses before helping load or unload, away from poultry houses when possible | Help load and unload while wearing street clothes, sometimes near poultry houses | ii |
| 49 | Housing of employees, their families, and others | No housing onsite (within fence perimeter or adjacent to poultry facility) of employees or others | Onsite housing of employees only | Onsite housing of employees and their families (including children) or other people | ii |
| 50 | Other businesses on the premises | No other businesses on the premises | No other businesses on the premises within the security perimeter fence | Another business on the premise allowing for traffic of people on and off-site | ii |

## Poultry Houses

| 51 | Distance Between Houses | At least 30 yards between poultry houses | 15-30 yards between poultry houses | Less than 15 yards between poultry houses | ii |
| 52 | Barn Vent and Fan Exhaust Maintenance | Done periodically to eliminate nesting birds and other vermin when observed | Done once a year | Maintained only during downtime (between flocks) | ii |
| 53 | Clean and dirty areas in poultry house entry | Clearly defined, visible, and maintained | Inadequate/intermittent use | Not defined | ii, ix |
| 54 | House entrance surface | Each house entry/exit has a cement pad/metal grate | Each house entry/exit has a wooden pallet or other similar hard surface, or gravel | Each house entry/exit is dirt | ii |
| 55 | Entry and Exit Footbath Disinfectant Refreshing Frequency | Footwear is scrubbed clean and then spray disinfected (disinfectant is always kept stocked) | Footbaths are used (changed daily or when visibly soiled) | Footbath not used or seldom changed | ii |
| 56 | Clothing and Footwear Requirements | Each house has its own designated outerwear and dedicated footwear (Disposable or freshly laundered) | Designated outerwear is only available in one area on the premises | Designated outerwear is not available | ii |

 Minimal   Medium    High

5

| 57 | Watering system | Drinkers and watering system are protected from wild bird and vermin access | N.A. | Drinkers and watering system are not protected from wild bird and vermin access | iv |
| 58 | Poultry Access to Outdoors | No access to outdoors | N.A. | Poultry access to outdoors or some loose or stray poultry seen inside the poultry houses | ii |
| 59 | Housing Type/Construction | Closed house | Modified open sided with curtains | Open-sided | ii, iii |

| Minimal | | Medium | | High | 6 |

## Pests, Wildlife, and Domestic Animals

| | | | | | |
|---|---|---|---|---|---|
| 60 | Wild bird presence (especially wild ducks, geese, swans, egrets, herons, crows, pheasants, quail, chukars, wild turkeys) | Wild birds have not been seen landing on or feeding on the premises | N.A. | Wild birds have been seen landing on, defecating on, or feeding by the poultry houses | ii, iv, x |
| 61 | Wild Bird Access | Building design restricts wild bird access and no evidence of wild birds | Occasional sightings of wild birds flying through poultry houses, but are immediately removed and bird entryways are fixed/patched | Building design allows open access to wild birds and these are often found nesting inside poultry houses or along perches on immediate exterior of houses | i, iii,iv |
| 62 | Spilled Feed | Feed storage containers covered and feed spills are cleaned up immediately, and not fed to poultry | Feed storage containers and delivery systems covered but spills not immediately cleaned up, but not fed to poultry | Feed storage containers and delivery systems not covered and spills not cleaned up, or spilled feed fed to poultry | i |
| 63 | Standing Water, Ponds, or other water bodies on Farm | Water not allowed to pool or stand for more than 48 hours | Water not allowed to pool or stand for more than 72 hours | Allow standing water and/or ponds on the farm | iv |
| 64 | Wild Bird Deterrents (e.g. scare devices) | Often utilized, maintained and moved around | Occasional use | Never used | iv |
| 65 | Other poultry kept on premises aside from the primary production species (e.g. Domestic ducks, geese, gamebirds, fancy chickens, or game fowl, etc.) | Other poultry types are not kept on the premises | N.A. | Other poultry types are kept on the premises | ii |
| 66 | Other birds (non-poultry) kept on premises (e.g. finches, parrots, budgies, etc.) | Other birds (non-poultry) are not kept on the premises | N.A. | Other birds are kept on the premises | ii |
| 67 | Rodent Control Program | Routine weekly rodent control and monitoring in poultry houses and feed storage areas | Rodent control used, but no monitoring | No rodent control or monitoring | i |
| 68 | Vegetation/Harborage Areas | Frequent trimming/removal of vegetation areas from | Infrequent trimming/removal of vegetation areas | No trimming/removal of vegetation areas | i,v |

 Minimal      Medium     High

7

|  |  | the within 3 yards of the barns | within 3 yards of the barns | within 3 yards of the barns |  |
|---|---|---|---|---|---|
| 69 | Fly Control Program | Routine weekly fly control and monitoring and no evidence of flies | Flies are controlled, but no monitoring and evidence of flies | no fly control or monitoring | i |
| 70 | Other Animal Access (e.g. dogs, cats, livestock, or wildlife) | Other animals are restricted from this premises | Other animals are restricted from poultry houses, feed storage areas, and dead bird storage | Other animals are seen in poultry houses | ii |

## Truck Traffic ( Feed, Poultry Haulers, Dead Bird Haulers, Garbage pick-up)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 71 | Gate Entry Protocol | All trucks are inspected at the gate and all work is observed to enforce biosecurity | All trucks are inspected at the gate, no biosecurity follow-up | Trucks are not met or inspected at the gate | i |
| 72 | Cleaning and Disinfection Protocols | All truck wheels, wheel wells, and undercarriage are washed, sanitized and inspected for cleanliness before entering and exiting the premises | Only trucks belonging to other companies have wheels and wheel wells washed, sanitized and inspected for cleanliness before entering and exiting the premises. | No cleaning or disinfecting | i, ii |
| 73 | Shared Trucks | No sharing of trucks with other farms | Sharing of trucks only with farms of the same company | Sharing of trucks with farms of a different company | ii |
| 74 | Feed Delivery Site | Feed truck delivers feed from outside the perimeter | Feed truck goes on-farm to deliver feed | Feed truck goes on farm to deliver feed and must access the poultry house(s) | i, ii |
| 75 | Dead Haul Truck Access | Dead haul trucks never enter the premises, but collect from bins outside perimeter fence | Dead haul trucks collect from bins inside perimeter fence | Dead haul trucks collect from bins near poultry houses | iv |
| 76 | Garbage Truck Access | Garbage pick-up is outside the perimeter fence | Garbage pick-up is inside the perimeter near the gate and tires and wheel wells cleaned and disinfected | Garbage pick-up is inside the perimeter near the poultry areas | ii |

Minimal       Medium       High

8

| | | | | |
|---|---|---|---|---|
| 77 | Pullet hauling trucks | Pullet trucks are cleaned and disinfected before allowed onto farm and pullets are offloaded only by this farm's personnel while the driver remains inside the cab | Pullet trucks are cleaned and disinfected before allowed onto farm and pullets are offloaded with the help of the driver (wearing disposable coveralls and boots, discarded in bin at the exit) | Pullet trucks are not cleaned and disinfected before allowed onto farm. Pullets offloaded by hauler and/or other nonemployees of this farm | ii |
| 78 | Manure, egg shells, and animal material from other premises | These materials are not allowed onto the premises | These materials are allowed only after heat treated or composted to kill any virus/bacteria | These materials are allowed onto the premises untreated | ii |

## Tools and Equipment

| | | | | |
|---|---|---|---|---|
| 79 | Tools and Equipment Entering/Exiting Farm | Tools and equipment are cleaned and disinfected before entering/exiting the farm | Tools and equipment are cleaned and disinfected before use but not when entering. | Tools and equipment are not cleaned or disinfected upon entry/exit | i |
| 80 | Sharing of equipment (e.g.composting/ cleaning equipment, manure machines, etc.) | Equipment is not shared with other farms | Equipment is shared only with farms of this same company | Equipment is shared with farms belonging to different companies | ii |
| 81 | Tools and Equipment Use on Farm | All tools and equipment are cleaned and disinfected when moved between farm buildings | All tools and equipment are cleaned, but not disinfected when moved between farm buildings | Tools and equipment are not cleaned or disinfected when moved between farm buildings | i |
| 82 | Tool and Equipment Maintenance | Farm maintains and repairs its equipment onsite | Repairmen coming onto the farm to repair equipment wear dedicated or disposable clothing and boots/boot covers and wash their hands prior to entry | Farm sends equipment offsite for maintenance or repairmen not wear dedicated or disposable clothing | i |
| 83 | Transport cages (pullets, spent hens, etc.) | Always cleaned and disinfected on/off the farm | Always cleaned, but not disinfected on/off the farm | Not cleaned or disinfected on/off the farm | ii |

 Minimal     Medium    High

9

## Cleaning and Disinfecting

| | | | | | |
|---|---|---|---|---|---|
| 84 | Cleaning Protocols | Soap and hot water are used to remove visible organic material before disinfectant is applied | N.A. | Organic material is not removed prior to applying disinfectant | i |
| 85 | Disinfectant Selection | Disinfectants are selected based on label claims and minimally affected by organic matter | N.A. | Disinfectants are not selected based on label claims that are effective against HPAI and highly affected by organic matter | i |
| 86 | Disinfectant use | Disinfectants are replaced after expiration date and used according to label with appropriate concentration and changed before it loses potency | Use of expired disinfectant or improperly mixed disinfectant | Not using disinfectant | ii |
| 87 | Water Source for "wet cleaning" | Deep well treated or municipal | Deep well untreated | Surface water | iv |
| 88 | High pressure sprayer | Always use a high pressure disinfectant sprayer | Use a high pressure disinfectant sprayer some of the time | Don't have a high pressure sprayer | ii |

## Carcass/Manure/Garbage Storage

| | | | | | |
|---|---|---|---|---|---|
| 89 | Disposal method of dead birds | Onsite composting, burial, or cremation (if permitted) | N.A. | Rendering truck hauls dead birds | ii |
| 90 | Dead Bird Storage Site | Secure covered bins stored greater than 100 yards from poultry houses and located outside the perimeter fence | Secure covered bins located inside the perimeter fence near the front gate | No bins or uncovered bins accessible to scavengers stored near poultry houses | i |
| 91 | Manure/Litter Handling | Treated before leaving the farm | N.A. | Not treated before leaving the farm | i |

## Flock Health

| | | | | | |
|---|---|---|---|---|---|
| 92 | Surveillance | Routine use of State laboratory (CAHFS) and/or an approved company laboratory for monitoring flock health by serology and dead bird submissions | Dead bird submission to laboratory only in case of increased mortality | Visual surveillance without laboratory use | ii |

■ Minimal    □ Medium    ■ High

10

| 93 | Bird Observation | Birds are monitored daily | Birds monitored sporadically | Birds not observed | i, ii |
| 94 | Record keeping | Poultry production, feed consumption, and mortality records are maintained reviewed daily | Poultry production, feed consumption, and mortality records are kept, but not reviewed daily | Poultry production, feed consumption, and mortality records are not kept | i, ii |
| 95 | Vaccine/ Medication Storage | Vaccines/ Medications are recorded, stored and handled according to label Expiration dates reviewed periodically | N.A. | Vaccines/ Medications not recorded, not stored and handled according to label Expiration dates not reviewed periodically | i |
| 96 | Sequence of bird inspections/vaccinations | Birds are visited in the following order: youngest to oldest and healthy to sick birds | N.A. | No sequence in order of handling birds | ii, v |
| 97 | Flock Movement/Management | All-in and all-out for whole farm management is strictly practiced | Multi-age farm but individual houses are all-in and all-out | Multi-age houses | i |
| 98 | Primary Drinking Water Source | Deep well treated or municipal | Deep well untreated | Surface water | iv |
| 99 | Source of Birds | Birds are acquired from NPIP certified primary or multiplier breeders and hatcheries | N.A. | Birds are acquired from non-NPIP certified breeders and hatcheries | ii |
| 100 | Dead Bird removal | Dead birds are removed from the houses daily and placed in secure covered containers away from poultry houses | Dead birds are removed from the houses daily but not placed in secure covered containers away from poultry houses | Dead birds not removed from houses daily | i |
| 101 | Investigation of Sick Birds or Increased Mortality | Excess mortality and unexplained clinical signs are investigated within 24 hours and birds submitted to lab | Excess mortality and unexplained clinical signs are investigated within 72 hours and birds submitted to lab | Excess mortality and unexplained clinical signs are not investigated | ii |

## Biosecurity Assessments

| 102 | Frequency of employee biosecurity training | Three times per year or more often | Once or twice a year | No biosecurity training program | ii |
| 103 | Frequency of on-site biosecurity assessments | Three times per year or more often | Once or twice a year | No biosecurity assessments performed | ii |

 Minimal    Medium   High

11

| 104 | Experience level of personnel performing assessment | Highly-experienced | Intermediate | Novice | ii |

## EGG-LAYER BIOSECURITY

| 105 | Location of egg processing plant | Onsite and only used by the farm | Off-site and used by all farms within the company | Share processing plant with other companies | ii |
| 106 | Type and location of Egg Processing | In-line egg processing on same premises, not shared by other farms | Off-line egg processing at another site used by only this company's farms | Off-line egg processing shared by other companies' farms (at this site or another site) | ii, iii |
| 107 | Sales of eggs from the farm premises | No sales of eggs directly from the farm | Sales of eggs from the farm are outside of the perimeter fence | General public walks or parks inside the perimeter fence to buy eggs | ii |
| 108 | Personnel movement between egg processing facilities and layer facilities | No contact with an egg processing facility within 72 hours prior to entry of layer facility | No contact with an egg processing facility within 48 hours prior to entry of layer facility | No restrictions on movement between egg facilities | ii |
| 109 | Trucks to transport eggs | On-site processing, not using trucks | Off-site processing | Off-site processing, using shared trucks | ii |
| 110 | Type of egg flats used | Disposable paper egg flats used only once | Plastic egg flats properly identified, cleaned and disinfected, and always returned to flock of origin | Re-using disposable paper egg flats or using plastic egg flats without complete cleaning and disinfection and not always returned to flock of origin | ii, viii |
| 111 | Identification and disinfection of Egg racks/pallets/cases | Egg racks/pallets/cases properly identified and cleaned and disinfected before returning to flock of origin | Egg racks/pallets/cases not properly identified but properly cleaned and disinfected before returning to farm | Egg racks/pallets/cases not identified nor always returned to flock of origin; not always properly cleaned and disinfected | ii |
| 112 | Egg flat washer | Egg flat washer monitored for adequate washing time, temperature, pressure, appropriate disinfectant and concentration | Egg flat washer not monitored | No egg flat washer | ii |
| 113 | Eggs brought from other farms | Eggs from other farms are never brought onto this farm | Eggs from other farms of the same company are brought onto this farm | Eggs from other farms of different companies are brought onto this farm for repackaging | ii |

| Minimal | Medium | High |

12

| 114 | Sales of spent hens to the public from the farm premises | No sales of spent hens directly to the public from the farm | Sales of spent hens on premises, but public is not allowed to touch poultry prior to purchase | General public walks or parks inside the perimeter fence and walks into the poultry areas to select or touch and buy spent hens | ii |
|---|---|---|---|---|---|
| 115 | Spent hen haulers | Spent hens are not hauled from the site (disposed of on site) | Cleaned and disinfected hauling trucks are loaded with spent hens by farm employees | Hauling truck is not completely cleaned and disinfected before allowed on farm and/or non-employees of this farm help to load the spent hens | ii |
| 116 | Spent hens hauled directly to live bird markets | Spent hens are not hauled to live bird markets | Spent hens are hauled from this farm to live bird markets; truck and cages are cleaned and disinfected before returning | Spent hens are hauled from this farm to live bird markets; truck and cages are not cleaned and disinfected before returning | ii |
| 117 | Spent hens brought onto farm | Spent hens from other farms are never brought onto this farm | N.A. | Spent hens from other farms are brought onto this farm | ii |

 Minimal      Medium      High      13

## MEAT-TYPE BIRDS

## Hatchery Specifics

| | | Minimal | Medium | High | |
|---|---|---|---|---|---|
| 118 | Shower in and out and laundry room | Present in Breeder hatcheries, available in broiler hatcheries for emergencies | Not present but available, dedicated clothes and shoes used | Not present, no PPE used | xi, xii |
| 119 | Hatchery flow | From dirty (egg room) to clean (chick processing room) limiting cross contamination / reverse flow | From dirty to clean but products have to pass clean rooms to be shipped or disposed | No clear flow | xi, xii |
| 120 | Positive pressure from clean to dirty rooms and sealed doors | Present | Sealed doors only | None | xi, xii |
| 121 | Hatchery mortality and associated material (i.e. egg shells, fluff) | Stored and processed in an environmentally approved system and then disposed in landfill or rendering facility | Not processed, picked up by rendering or disposed in landfill | Disposed with regular trash | xi, xii |
| 122 | Water for washing and machines | Deep well treated or municipal | Deep well untreated | Surface water | xi, xii |
| 123 | Egg and chick truck disinfection | Automatic disinfection Arc for entrance, internal disinfection, full wash after delivering chicks or picking up eggs | Manual wash after collecting eggs and chick deliveries | Not used | xi, xii |
| 124 | Are you part of the NPIP program? | Yes | N.A. | No | xi, xii |
| 125 | Presence of health assessment and vaccination program created and assessed by a veterinarian | Yes | N.A. | No | xi, xii |
| 126 | Egg flats and egg baskets | Only new flats, baskets washed and disinfected in every use | Washed and disinfected flats are used to collect and incubate eggs, baskets washed and disinfected in every use | Disposable flats are reused | xi, xii |

 Minimal  Medium ▉ High

14

| | | Minimal | Medium | High | |
|---|---|---|---|---|---|
| 127 | Flats and box storage | They are stored in a vermin proof, dry room inside the hatchery, room is checked periodically for contamination | Kept inside the hatchery without much control other than rodent control | Stored outside in a shed without vermin control | xi, xii |
| 128 | Cleaning and disinfection written protocol | Protocol is present and re-evaluated, Rooms and machines are microbiologically tested after C&D periodically | Protocol os present, not re-evaluated and no testing after procedures | Protocol is not present | xi, xii |
| 129 | Re-evaluation of a biosecurity protocol exclusive for hatchery | Present and evaluated every year | Present, not evaluated | Not present | xi, xii |

## Breeder Specifics

| | | Minimal | Medium | High | |
|---|---|---|---|---|---|
| 130 | Shower in and out, laundry room, log books | Present and used at all times | Not present but available, dedicated clothes and shoes used | Not present, no protective equipment used | xii, xiii |
| 131 | Barn floor substrate | Concrete flooring | Other (non-concrete) flooring | No flooring substrate | xii, xiii |
| 132 | Do you follow NPIP guidelines? | Yes | N.A. | No | xii, xiii |
| 133 | How often do you utilize the 3 week "down time" period in breeder flocks? | Very often | Sometimes | Never | xii, xiii |
| 134 | How often do you monitor cleaning and disinfection by laboratory testing and swabbing? | Very often | Sometimes | Never | xii, xiii |
| 135 | Do you have a vaccination plan? | Yes, with serological checks reviewed by a veterinarian | Yes, but no serological checks | No vaccination plan | xii, xiii |
| 136 | Are your breeder flocks all in all out? | Yes | Yes, but we spike our males | No | xii, xiii |
| 137 | Vaccination/moving crews | Internal, comply with biosecurity protocols | External, comply with biosecurity protocols | External, not sure if they comply | xii, xiii |
| 138 | Management (egg collection, sanitation, cooler, nest management) | Protocols exist and are reinforced at all times | Protocols exist but not checked | No protocols | xii, xiii |

 Minimal    Medium     High

## Breeder and Commercial Turkey Specifics

| | | | | | |
|---|---|---|---|---|---|
| | **Breeders and Artificial Insemination (AI):** | | | | |
| 139 | Do you feed males prior to semen collection? | No | N.A. | Yes | xiv, xv, xvi |
| 140 | Is visual inspection of semen for fecal contamination performed? | Yes | N.A | No | xiv, xv, xvi |
| 141 | Are breeders, including males, tested for transmissible diseases? | Yes | N.A. | No | xiv, xv, xvi |
| 142 | Do AI crews follow a strict written biosecurity protocol? Is it enforced? | Yes | Yes, but no enforcement | No | xiv, xv, xvi |
| 143 | Does the AI crew shower between farms? | Yes | Just change clothing and shoes | No | xiv, xv, xvi |
| 144 | Is the AI equipment dedicated for each farm? | Yes | N.A. | No | xiv, xv, xvi |
| 145 | Do you have Stud farms with strict biosecurity rules? (shower in/out, age separation, Mycoplasma and AI periodical testing, etc.?) | Yes | N.A | No | xiv, xv, xvi |
| 146 | Do you have an egg disinfection protocol on breeding farms? | Yes | N.A. | No | xiv, xv, xvi |
| | **Commercial Turkeys:** | | | | |
| 147 | Do you have brooding farms and finishing barns? Are those separate biosecurity units? | Yes | Same farm, but separated by increased distance | No | xiv, xv, xvi |
| 148 | Do you grow turkeys with access to outside? | No | N.A. | Yes | xiv, xv, xvi |
| 149 | Do you have a written protocol for moving birds? | Yes | N.A. | No | xiv, xv, xvi |

 Minimal         Medium        High

## Broiler Specifics

| | | Minimal | Medium | High | |
|---|---|---|---|---|---|
| 150 | Do you grow broilers all-in all-out? | Yes | N.A. | No | Xiii, xvii |
| 151 | "Downtime" period | 14 days or more | Between 10 and 14 days | Less than 10 days | Xiii, xvii |
| 152 | How often are your flocks inspected by an experienced supervisor? | Daily | Weekly | More than weekly intervals | Xiii, xvii |
| 153 | Do you check antibody titers in pre-processed flocks? | Yes, regularly | Yes, without a fixed schedule | No | Xiii, xvii |
| 154 | Are moving and service crews subject to stringent biosecurity measures? | Yes, it is written in a protocol | Yes, but it is not written in a protocol | No | Xiii, xvii |
| 155 | Do you take the "cake" off the litter on each flock? | Yes | Every other flock | No | Xiii, xvii |
| 156 | How many times do you reuse your litter for your flocks? | 5 | 10 | More than 10 | Xiii, xvii |
| 157 | Frequency of unauthorized visitors | Never | Sometimes | Often | Xiii, xvii |
| 158 | Litter removal | Composted | Sometimes stockpiled | Removed and piled outside of the barns | Xiii, xvii |
| 159 | If contracted, does the contractor associate with different companies? | No | N.A. | Yes | Xiii, xvii |
| 160 | Do you hire external crews for cleaning between flocks? | No, own people do it | Sometimes | Always | Xiii, xvii |
| 161 | Is equipment, feed pans, medication buckets, feed room and work room cleaned and disinfected between flocks | Yes | Only when litter are replaced | No | Xiii, xvii |
| 162 | How often is the house washed and disinfected? | Between flocks | Only when litter is removed | Never | Xiii, xvii |

 Minimal      Medium     High     17

| 163 | Do you use seasonal labor? | No | Occasionally | Yes | Xiii, xvii |
| 164 | Do you provide boots and dedicated clothes for laborers? | Yes | N.A | No | Xiii, xvii |

## END OF RISK ASSESSMENT GUIDE



Minimal          Medium          High

18

**Literature Cited**

[i] Bowes, Victoria, DVM, MSc, ACPV. B.C. 2004. Poultry Industry Enhanced Biosecurity Initiative Producer Self-Assessment Guide. Animal Health Centre, BCMAL. Abbotsford, British Columbia.

[ii] CDFA Avian Influenza Biosecurity Task Force (2002-2003 Exotic Newcastle Disease Veterans).

[iii] USDA APHIS VS. 2015. Epidemiologic and Other Analyses of HPAI-Affected Poultry Flocks: July 15, 2015 Report.

[iv] USDA APHIS VS. July 2015. "Prevent Avian Influenza at Your Farm: Improve Your Biosecurity with Simple Wildlife Management Practices."

[v] CDFA. 2015. Industry Biosecurity Plan Example.

[vi] Select Agent Program Checklist for HPAI

[vii] USDA APHIS VS. November 2013 (Draft). "Highly Pathogenic Avian Influenza Standard Operating Procedure: 9. Biosecurity". SOP Number 0009.

[viii] USDA APHIS VS. Highly Pathogenic Avian Influenza Secure Egg Supply Plan – *Summary of Products and Permitting Requirements*. FAD PReP Foreign Animal Disease Preparedness & Response Plan. Secure Food Supply Plan.

[ix] BC Poultry Association Biosecurity Committee and Dr. Bill Cox (editor). 2006. BC Poultry Biosecurity Reference Guide.

[x] National Flyway Council. June 2015. Surveillance Plan for Highly Pathogenic Avian Influenza in Waterfowl in the United States.

[xi] Hill, D. Biosecurity in hatcheries. In: Biosecurity in the Poultry Industry. S. Shane, ed. American Association of Avian Pathologists, Keneth square, PA. pp 75-78. 1995.

[xii] Rosales, G.A., and E. Jensen Special considerations for primary breeders. In: A Practical Guide for Managing Risk in Poultry Production. R.L. Owen, ed. American Association of Avian Pathologists Jacksonville, FL. pp 225-248. 2011.

[xiii] Hofacre, C.L., and G.A. Rosales Prevention and control of disease in primary and multiplier broiler breeder operations. In: Biosecurity in the poultry industry. S. Shane, ed. American Association of Avian Pathologists, Keneth Square, PA. pp 79-84. 1995.

[xiv] Ghazikhanian, G.Y. Prevention and control of diseases in primary and multiplier turkey breeder operations. In: Biosecurity in the poultry industry. S. Shane, ed. American Association of Avian Pathologists, Keneth Square, PA. pp 95-100. 1995.

[xv] Wojcinski, H. Special considerations for turkeys. In: A Practical Guide for Managing Risk in Poultry Production  R.L. Owen, ed. American Association of Avian Pathologists, Jacksonville, FL. pp 249-256. 2011.

[xvi] P., W.D. Principles of disease prevention in commercial turkeys. In: Biosecurity in poultry premises S. Shane, ed. American Association of Avian Pathologists, Keneth Square PA. pp 101-103. 1995.

[xvii] Dekich, M.A. Principles of disease prevention in integrated broiler operations In: Biosecurity in the poultry industry. S. Shane, ed. American Association of Avian Pathologists, Keneth Square, PA. pp 85-94. 1995.

v1 08/2015



**Poultry Facility Biosecurity Risk Assessment Guide**

*"We will always be one step ahead"*

## General Principles of Biosecurity

The term "biosecurity" refers to a set of management and physical measures designed to reduce the risk of introduction, establishment and spread of animal diseases, infections or infestations to, from and within an animal population[1]. An overall set of biosecurity management practices uses a combination of physical barriers (things) and directed actions (people) in a specific way that should prevent the introduction of, or limit the spread of, infectious disease causing agents (bacteria & viruses) into a group of susceptible poultry. **High biosecurity risks are an industry-wide concern.**

Biosecurity encompasses 3 basic components:

1) **Isolation.** The principle of **isolation** refers to the confinement of animals within a controlled environment. A fence keeps your birds in, but it also keeps other animals out. Isolation also applies to the practice of separating birds by age group. In large poultry operations, all-in/all-out management styles allow simultaneous depopulation of facilities between flocks and allow time for periodic clean-up and disinfection to break the cycle of disease.

2) **Traffic Control.** This includes both the traffic onto your farm and the traffic patterns within the farm.

3) **Sanitation.** This addresses the disinfection of materials, people and equipment entering the farm and the cleanliness of the personnel on the farm.

## How to Use This Guide

This Guide allows the producer or farm manager the opportunity to assess their current level of on-farm biosecurity. Your answers will provide you with an idea of where there are areas of weakness that require attention or practices that fall below current industry standards. You should develop a plan to address those specific areas that need improvement. Remember that your entire biosecurity program is only as good as its weakest point.

Simply go down the list and determine the criteria that best fits your current biosecurity practices. Each response is rated as **Minimal Biosecurity Risk, Medium Biosecurity Risk, or High Biosecurity Risk.**

## Terminology

**Risk-** refers to the likelihood of the occurrence and the likely magnitude of the biological and economic consequences of an adverse event or effect to animal or human health1.

**High Biosecurity Risk -** Based on current knowledge, this biosecurity practice (or lack thereof) puts your flock at an extremely high risk of disease introduction. Consultation with your poultry veterinarian is recommended to determine if your biosecurity protocols in these areas should be or can be changed to better protect your flock and the rest of the industry.

**Medium Biosecurity Risk-** Based on current knowledge, your farm has moderate biosecurity practices in place to prevent introduction of disease. However, there is room for improvement and you may consider consultation with your poultry veterinarian to review these practices and assess the value of making changes to further safeguard your flocks.

**Minimal Biosecurity Risk-** Based on current knowledge, these biosecurity practices are outstanding and you have reduced the risk of introducing infectious disease into your flock. Efforts should be directed toward improving the biosecurity practices that score in the previous

The following self-assessment was inspired by the Poultry Industry Enhanced Biosecurity Initiative Producer Self-Assessment Guide.

[1] World Organization for Animal Health, OIE. Terrestrial Animal Health Code.

# Poultry Facility Biosecurity Risk Assessment Guide
### 8/20/2015

# Table of Contents

**General**
- Location ………………………………………………………………………pg 1
- Premise Entry/Security ………………………………………………………pg 1
- People Entry/Personnel Biosecurity ………………………………………pg 2
- Employees & Visitors ………………………………………………………pg 3
- Poultry Houses…………………………………………………………………pg 5
- Pest, Wildlife, and Domestic Animals ……………………………………pg 7
- Truck Traffic …………………………………………………………………pg 8
- Tools and Equipment ………………………………………………………pg 9
- Cleaning and Disinfectant …………………………………………………pg 10
- Carcass/Manure/Garbage Storage ………………………………………pg 10
- Flock Health …………………………………………………………………pg 10
- Biosecurity Assessments……………………………………………………pg 11

**Egg-Layer Biosecurity** ………………………………………………………pg 12

**Meat Type Biosecurity**
- Hatchery Specific ……………………………………………………………pg 14
- Breeder Specific ……………………………………………………………pg 15
- Breeder and Commercial Turkeys ………………………………………pg 16
- Broiler Biosecurity …………………………………………………………pg 17

CONFIDENTIAL

Biosecurity for Guests at Reichardt Duck Farm

1. All guests are to sign in at the office, the green building across the street from the mailbox.
2. Office staff will sign the guest in and have them fill out the Biosecurity Statement. We need to determine if the guest has been to a farm or exposed to something we wouldn't want to bring into the farm.
3. Most guests will require an escort.

CONFIDENTIAL

# REICHARDT DUCK FARM, INC.

## Bio-Security Statement

Bio-security and sanitation is an integral part of our breeding program. As part of this program, we ask all visitors who may come into contact with our birds to answer the following questions. We thank you for your cooperation.

1. Name: _____
   Company: _____
   City: _____   Country: _____

2. Purpose of visit: _____
   _____
   _____

3. Have you been in contact with any live birds in the last 72 hours?
   (  ) Yes                          (  ) No

4. If so, what type of birds?
   (  ) Commercial chickens or turkeys      (  ) Game birds
   (  ) Breeder chickens or turkeys         (  ) Ducks
   (  ) Wild birds or backyard birds        (  ) Exotic species

5. Have you visited any hatchery, feed mill or processing plant in the last 72 hours?
   (  ) Yes                          (  ) No

6. In the past 72 hours, have you visited a pet store, lab, zoo, park, fair, school project, 4H/FFA project, wildlife preserve, lake or other areas where animals, especially birds are present?
   (  ) Yes                          (  ) No

7. Have you had any gastrointestinal problems in the last 72 hours?
   (  ) Yes                          (  ) No

I declare the above is accurate and true to the best of my knowledge.

Signature: _____      Date: _____

RDF employee responsible for the visit: _____

04/03/06