ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>    Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., et al,<br><br>    Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**AMENDED NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Alex G. Tse |

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The Notice of Settlement filed yesterday (Dkt. 62) misstated the anticipated date on which the regulatory agencies' statutory 45-day review period will end. The review period is anticipated to end on about **November 11, 2023**, not October 11, 2023.

Date: September 28, 2023         LAW OFFICES OF ANDREW L. PACKARD

*/s/ Andrew L. Packard*

Andrew L. Packard
Attorneys for Plaintiff
Californians for Alternatives to Toxics