ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel. (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR ATTORNEYS' FEES AND COSTS BY FORTY (40) DAYS; ORDER THEREON;** |

WHEREAS, this action was settled pursuant to a Consent Decree entered herein on November 22, 2023 ("Decree") (Dkt. No. 68);

WHEREAS, the Decree requires Defendants to reimburse CAT's fees and costs in an amount to be decided upon Plaintiff's application to the Court;

AND WHEREAS, FRCP Rule 54 imposes a 14-day deadline on the filing of such motion, and the parties wish to extend this deadline by a period of forty (40) days;

THEREFORE, IT IS STIPULATED that Plaintiff's deadline for filing its motion for attorneys' fees and costs shall be extended by a period of forty (40) days, from December 6, 2023 to January 15, 2024.

Dated: November 29, 2023       LAW OFFICES OF ANDREW L. PACKARD

                                            /s/ Andrew L. Packard
                                            Andrew L. Packard
                                            Attorney for Plaintiff
                                            CALIFORNIANS FOR ALTERNATIVES TO TOXICS

Dated: November 29, 2023       ABBOTT & KINDERMANN, INC.

                                            /s/ Diane G. Kindermann Henderson
                                            Diane G. Kindermann Henderson
                                            Attorney for Defendants
                                            REICHARDT DUCK FARM, INC., and JOHN REICHARDT

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(h) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: November 29, 2023       By: /s/ Andrew L. Packard

## ORDER

IT IS HEREBY ORDERED that Plaintiff CAT's deadline for filing its motion for attorneys' fees and costs shall be extended by a period of forty (40) days, from December 6, 2023 to January 15, 2024.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Magistrate Judge Alex G. Tse
UNITED STATES DISTRICT COURT