ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
              wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel. (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation, | Case No: 3:22-CV-09065-AGT |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR ATTORNEYS' FEES AND COSTS BY FORTY (40) DAYS; ORDER THEREON;** |
| v. | |
| REICHARDT DUCK FARM, INC., and JOHN REICHARDT, | |
| Defendants. | |

WHEREAS, this action was settled pursuant to a Consent Decree entered herein on November 22, 2023 ("Decree") (Dkt. No. 68);

WHEREAS, the Decree requires Defendants to reimburse CAT's fees and costs in an amount to be decided upon Plaintiff's application to the Court;

AND WHEREAS, FRCP Rule 54 imposes a 14-day deadline on the filing of such motion, and the parties wish to extend this deadline by a period of forty (40) days;

- 1 -

THEREFORE, IT IS STIPULATED that Plaintiff's deadline for filing its motion for attorneys' fees and costs shall be extended by a period of forty (40) days, from December 6, 2023 to January 15, 2024.

Dated: November 29, 2023                 LAW OFFICES OF ANDREW L. PACKARD

                                          /s/ Andrew L. Packard
                                         Andrew L. Packard
                                         Attorney for Plaintiff
                                         CALIFORNIANS FOR ALTERNATIVES TO
                                         TOXICS

Dated: November 29, 2023                 ABBOTT & KINDERMANN, INC.

                                         /s/ Diane G. Kindermann Henderson
                                         Diane G. Kindermann Henderson
                                         Attorney for Defendants
                                         REICHARDT DUCK FARM, INC., and
                                         JOHN REICHARDT

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(h) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: November 29, 2023                 By: /s/ Andrew L. Packard

STIPULATION EXTENDING
FILING DEADLINE FOR FEE MOTION                              Case No: 3:22-CV-09065-AGT

## **ORDER**

IT IS HEREBY ORDERED that Plaintiff CAT's deadline for filing its motion for attorneys' fees and costs shall be extended by a period of forty (40) days, from December 6, 2023 to January 15, 2024.

IT IS SO ORDERED.

Dated:  November 30, 2023

_____

Hon. Magistrate Judge Alex G. Tse
UNITED STATES DISTRICT COURT

- 3 -