ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061
Fax: (707) 630-5064
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REICHARDT DUCK FARM, INC., et al,<br><br>　　　　　Defendants. | Case No. 3:22-cv-09065-AGT<br><br>**DECLARATION OF CHRISTOPHER SPROUL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　　February 16, 2024<br>Time:　　　10:00 a.m.<br>Location:　 Courtroom A – 15th Floor<br>Honorable Magistrate Judge Alex G. Tse |

I, CHRISTOPHER SPROUL, hereby declare:

　　　1.　　The facts set forth in this declaration are based on my personal knowledge; if called to testify as a witness, I could and would competently testify thereto under oath.  As to

those matters that reflect a personal opinion, they reflect my personal opinion and judgment upon the matter.

2. I am more than eighteen years old, am competent to testify, and have personal knowledge of the matters stated in this declaration.

3. I am an attorney licensed to practice law in the State of California. I am the senior lawyer in Environmental Advocates, a public interest law firm. I make this declaration based upon my personal knowledge, unless otherwise stated, and I am competent to testify to the matters set forth herein.

4. I make this declaration to in support of Plaintiff's Motion for Attorney's Fees and Costs pursuant to 33 U.S.C. § 1365(d).

I. BIOGRAPHICAL INFORMATION

5. I earned my Juris Doctor from the University of California, Berkeley in June 1986 and a Master of Arts degree in political science from the University of California, Santa Barbara in August 1982.

6. I have been a member of the California Bar since December 1986. I am also a member of several other federal bars, including the bars for the U.S. Supreme Court, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the District of Columbia, and the U.S. District Court for the District of Hawaii.

7. I have directed or co-directed Environmental Advocates for 21 years. I have exclusively represented tribal governments, non-profit environmental organizations, and individuals seeking to advance environmental protection through judicial litigation and administrative advocacy under the major state and federal environmental and transparency laws, including the Clean Water Act ("CWA"), Endangered Species Act ("ESA"), Clean Air Act ("CAA"), Resource Conservation and Recovery Act ("RCRA"), National Environmental Policy Act ("NEPA"), the Coastal Zone Management Act ("CZMA"), the California Environmental

Quality Act ("CEQA"), Freedom of Information Act ("FOIA"), the California Public Records Act ("PRA"), and other state and federal laws, including the Administrative Procedure Act ("APA") and California Code of Civil Procedure sections 1094.5 and 1085.

8. During my time as the head of Environmental Advocates, I have represented environmental organization clients in many CWA, ESA, RCRA, CAA, NEPA, CZMA, FOIA, and/or APA citizen suits against various federal agencies, state agencies, businesses, and municipalities. I currently am lead counsel or co-lead counsel in several cases in active litigation and additional cases involving consent decree compliance monitoring. I have also provided advice to several environmental organization clients concerning the potential for various other citizen suit enforcement actions for violations of various environmental and transparency laws. I have also presented public hearing testimony and drafted written comments to government agencies concerning various environmental regulatory decisions.

9. The cases I have brought and continue to bring on behalf of my clients are typically "impact litigation," *i.e.*, cases designed to have significant effect on environmental and transparency law and policy and significantly advance transparency and environmental protection. Numerous of these actions have resulted in court orders or judicial consent decrees imposing far-reaching injunctive relief for environmental remediation and/or remedies addressing agency responsibilities under the transparency and environmental laws. Cases where I have served as lead counsel or as co-lead counsel have had a significant impact on transparency and environmental law, as they have resulted in over 80 decisions published in the Federal Reporter, Federal Supplement, LEXIS, and/or Westlaw. That many of these cases have established important precedent in environmental law and under FOIA is further reflected in the numerous subsequent citations by other decisions to the cases where I served as counsel. A partial bibliography of these cases is set forth as Exhibit 1 to this Declaration. Many of these cases have involved issues or concerns of widespread public interest and that have accordingly attracted extensive media coverage in newspapers, radio, television, and/or environmental periodicals or blogs and social media commentary.

10. Prior to joining Environmental Advocates, I served as an Assistant Regional

Counsel for the United States Environmental Protection Agency ("EPA") from 1987 until 2002. During my 15-year tenure at EPA, my primary concentration was representing EPA in judicial and administrative enforcement actions brought under the environmental statutes administered by EPA. The majority of these actions were brought under the CWA, but I also worked on EPA enforcement actions brought under RCRA, the CAA, the Safe Drinking Water Act, and the Marine Protection Research and Sanctuaries Act ("MPRSA"). I also worked on several permitting matters, including litigation challenges to EPA CWA NPDES permit decisions; assisted in EPA reviews of state environmental programs; counseled EPA staff in responding to FOIA responses; participated in work groups tasked with drafting EPA regulations and proposed amendments to the CWA; and provided client counseling to numerous EPA regulatory officials concerning compliance with the CWA, ESA, CZMA, MPRSA, and the APA.

11. From 1997 to 1998, through an intergovernmental personnel agreement between EPA and the State of Hawaii, I worked for the Hawaii Attorney General as a staff attorney. In this role, I represented the Hawaii Department of Health in several water pollution enforcement actions under the Hawaii equivalent of the federal CWA, provided advice to the Department of Health concerning many regulatory matters, and provided advice to the Hawaii State Legislature concerning environmental legislation related to water pollution.

12. From 2004 to 2010, I was an Adjunct Professor at Golden Gate University School of Law in San Francisco where I taught a course on environmental litigation.

13. I also served as a law clerk to U.S. District Court Judge William J. Rea, in the U.S. District Court for the Central District of California in 1986 and 1987.

14. Over the course of my thirty-seven years practicing law, I have filed numerous motions for attorneys' fees and costs as well as numerous mediation briefs in fee negotiation matters. I have also written several declarations in support of attorney fee motions filed by other attorneys in cases in which I was not counsel of record myself. As the managing attorney at Environmental Advocates, I am also in charge of setting attorney fee hourly rates for myself and for the more junior attorneys in the firm and have done so for years in numerous state and federal courts. In carrying out these tasks, I have performed extensive reviews of fee awards in

cases involving a wide variety of complex civil litigation in the U.S. District Court for the Northern District of California and other jurisdictions as well as other market data.

15. In the course of my practice, I have developed expertise in all aspects of attorney fee recovery in environmental and transparency law public interest litigation, including pursuing attorney fee recovery via award in fee shifting motions practice. I utilized this expertise in designing and providing instruction in a California State Bar approved Mandatory Continuing Legal Education ("MCLE") course on attorney fee recovery in public interest civil litigation in June 2023.

16. In this case, I have consulted with counsel for Plaintiff regarding their fee application for their work in this matter before this Court. I have become familiar with the nature of this case, its results, and counsel's work. I also have been made aware of the lodestar requested by Plaintiff's counsel, their respective backgrounds and experience, and a description of the history of this litigation, including by my review of Plaintiff's briefing.

17. Under governing precedent, Plaintiff's attorneys are entitled to their requested rates if those rates are commensurate with the hourly rates "prevailing in the community for similar work performed by attorneys of comparable skill, experience, and reputation." *Camacho v. Bridgeport Financial, Inc.*, 523 F.3d 973, 979 (9th Cir. 2008). Based on the information regarding hourly rates that I have gathered, some of which is summarized below, my opinion is that the hourly rates requested by Plaintiff's attorneys are well within the range of market rates charged for reasonably similar services in complex federal court litigation by San Francisco Bay Area attorneys of reasonably comparable skill, experience, and reputation.

## II.   ANDREW L. PACKARD

18. Andrew L. Packard, lead counsel in this action, has 30 years of experience as of the time this motion is filed. As detailed in his concurrently filed declaration, Mr. Packard has extensive experience in environmental litigation, particularly under the CWA. I am knowledgeable about Mr. Packard's highly developed environmental citizen suit skill through discussions with him and with other environmental law specialists practicing in the Northern District. I have also worked jointly with Mr. Packard in advising environmental non-profit

clients regarding CWA case campaigns and related high-level strategy aimed at protecting the environment and clean water through litigation campaigns. I am aware of his skills in claim assessment and case strategy, knowledge of the substantive law and of civil procedure, facility with negotiation and framing settlement agreements/consent decrees, and managerial skills in directing the work of more junior attorneys. I am further aware from talking with colleagues that Mr. Packard enjoys a reputation for environmental citizen suit expertise, as reflected in numerous successful citizen suit case outcomes, many of which I have relied on in my own cases. I am aware that Mr. Packard has set his hourly rate at $975 per hour as an appropriate 2023 rate to claim in the San Francisco Bay Area legal market for an attorney of his level of skill, years of experience, and reputation for environmental law expertise.[1] This rate is commensurate with, even lower than, rates found reasonable in Northern District of California attorneys fee award decisions for attorneys with his level of skill, experience, and reputation working on cases involving complex civil litigation. In evaluating this hourly rate, I have reviewed market data and attorney fee awards in cases decided over the last few years involving various types of complex civil litigation in the U.S. District Court for the Northern District of California, which are described below.

19. In the chart below, I have set forth the rates that the Court found reasonable in the representative Northern District cases that I have relied on as support for Mr. Packard's rate and then what those rates would be as an inflation-adjusted 2023 attorney fee rate (assuming a very modest inflation rate of 3%). This is a very conservative inflation assumption; available data suggests that inflation in the legal market has certainly equaled and likely exceeded 3% in recent years. The average of these historical rates is $1,107.68 per hour, before correcting for inflation. Utilizing a 3% per year inflation adjustment, the average of the attorney hourly rates from the cases below is $1,191.12 per hour. This is substantially above Mr. Packard's rate of $975 per hour. Mr. Packard's $975 per hour rate is also substantially below the midpoint of these rates

---

[1] Although Plaintiff is of course entitled to seek 2024 hourly rates given that their attorneys' fees are being resolved in 2024, I am aware that, in the exercise of billing judgment, Plaintiff has chosen to only seek recovery of attorneys' fees at their 2023 rates. I have therefore been asked to opine as to the reasonableness of their 2023 hourly rates herein.

($1,082.50 per hour historically found reasonable and $1,168.11 per hour as conservatively adjusted for inflation). If I were setting a rate for Mr. Packard as an attorney at my law firm, I would also set his rate at approximately $975 per hour. Given that his rate of $975 per hour requested in this motion is consistent with that rate, it is, in my opinion, a reasonable rate consistent with the prevailing market rate in 2023 for an attorney of his experience, skill, and reputation in the Northern District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Hourly Rate Conservatively Adjusted for Inflation (3% per year) | Year of Rate | Case Citation |
|---|---|---|---|---|
| Adam Gutride (26 years) | $1,050.00 | $1,147.36 | 2020 | *Carlotti v. Asus Comput. Int'l*, No. 18-03369-DMR, 2020 U.S. Dist. LEXIS 108917 (N.D. Cal. June 22, 2020) |
| Arthur Stock (33 years) | $914.00 | $941.42 | 2022 | *Chess v. Volkswagen Grp. of Am., Inc.*, No. 17-07287-HSG, 2022 U.S. Dist. LEXIS 164145 (N.D. Cal. Sep. 12, 2022) |
| Gregory Coleman (33 years) | $1,100 | $1,133.00 | 2022 | *Chess v. Volkswagen Grp. of Am., Inc.*, No. 17-07287-HSG, 2022 U.S. Dist. LEXIS 164145 (N.D. Cal. Sep. 12, 2022) |
| Ann Marie Mortimer (29 years) | $1,085.00 | $1,151.08 | 2021 | *Facebook, Inc. v. Sahinturk*, No. 20-08153-JSC, 2022 U.S. Dist. LEXIS 108565 (N.D. Cal. June 17, 2022) |
| Ann Marie Mortimer (30 years) | $1,165.00 | $1,199.95 | 2022 | *Facebook, Inc. v. Sahinturk*, No. 20-08153-JSC, 2022 U.S. Dist. LEXIS 108565 (N.D. Cal. June 17, 2022) |
| Joel Bernstein (27 years) | $995 | $1,087.26 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |

| Mark J. Dearman (27 years) | $1,025.00 | $1,120.05 | 2020 | *In re Facebook Biometric Info. Privacy Litig.,* 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
|---|---|---|---|---|
| Jason A. Forge (27 years) | $1,100.00 | $1,202.00 | 2020 | *In re Facebook Biometric Info. Privacy Litig.,* 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Paul J. Geller (27 years) | $1,325.00 | $1,447.86 | 2020 | *In re Facebook Biometric Info. Privacy Litig.,* 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Jonathan Gardner (29 years) | $1,050 | $1,147.36 | 2020 | *In re Facebook Biometric Info. Privacy Litig.,* 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Travis E. Downs III (30 years) | $1,070.00 | $1,169.22 | 2020 | *In re Facebook Biometric Info. Privacy Litig.,* 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Randi D. Bandman (31 years) | $1,070.00 | $1,169.22 | 2020 | *In re Facebook Biometric Info. Privacy Litig.,* 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Stewart, Ellen A. Gusikoff (31 years) | $1,080.00 | $1,180.15 | 2020 | *In re Facebook Biometric Info. Privacy Litig.,* 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| James I. Jaconette (26 years) | $995.00 | $1,055.60 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Jason A. Forge (28 years) | $1,100.00 | $1,166.99 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Darren J. Robbins (28 years) | $1,325.00 | $1,405.69 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |

| Samuel H. Rudman (29 years) | $1,325.00 | $1,405.69 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
|---|---|---|---|---|
| Steven G. Kobre (27 years) | $1,275 | $1,393.23 | 2020 | *Schneider v. Chipotle Mexican Grill, Inc.*, 337 F.R.D. 588 (N.D. Cal. 2020) |
| Laurence D. King (32 years) | $910 | $994.38 | 2020 | *Schneider v. Chipotle Mexican Grill, Inc.*, 337 F.R.D. 588 (N.D. Cal. 2020) |
| Matthew I. Menchel (33 years) | $1,275 | $1,393.23 | 2020 | *Schneider v. Chipotle Mexican Grill, Inc.*, 337 F.R.D. 588 (N.D. Cal. 2020) |
| Michael Sobol (33 years) | $1,025.00 | $1,055.75 | 2022 | *Vianu v. AT&T Mobility LLC,* No. 19-03602-LB, 2022 U.S. Dist. LEXIS 203520 (N.D. Cal. Nov. 8, 2022) |
| Edward Colbert (33 years) | $1,110.00 | $1,238.06 | 2019 | *Vineyard House, LLC v. Constellation Brands United States Operations, Inc.,* No. 19-01424-YGR, 2021 U.S. Dist. LEXIS 141106 (N.D. Cal. July 28, 2021) |

20. The 21 additional data points in the chart below further support the reasonableness of Mr. Packard's rate of $975 per hour. The attorneys in these cases had between 5 and 19 years *less* experience than Mr. Packard, and the Courts found that rates exceeding Mr. Packard's rate of $975 per hour were reasonable for those attorneys after conservatively correcting for inflation. Indeed, the Courts found rates exceeding Mr. Packard's rate, even without correcting for inflation at all, reasonable for attorneys with as many as 17 years less experience, in other words less than half as much experience as Mr. Packard.

| **Name of Attorney and Years of Experience When Requesting Rate** | **Hourly Rate Found Reasonable** | **Hourly Rate Conservatively Adjusted for Inflation (3% per year)** | **Year of Rate** | **Case Citation** |
|---|---|---|---|---|

| Name | Rate | Adjusted | Year | Case |
|---|---|---|---|---|
| Mark Poe (18 years) | $1,000.00 | $1,092.73 | 2020 | *Adtrader, Inc. v. Google LLC*, No. 17-07082-BLF, 2020 U.S. Dist. LEXIS 71654 (N.D. Cal. Mar. 16, 2020) |
| Randolph Gaw (18 years) | $1,000.00 | $1,092.73 | 2020 | *Adtrader, Inc. v. Google LLC*, No. 17-07082-BLF, 2020 U.S. Dist. LEXIS 71654 (N.D. Cal. Mar. 16, 2020) |
| Marie McCrary (12 years) | $950.00 | $1,038.09 | 2020 | *Carlotti v. Asus Comput. Int'l*, No. 18-03369-DMR, 2020 U.S. Dist. LEXIS 108917 (N.D. Cal. June 22, 2020) |
| Matthew McCrary (11 years) | $925.00 | $1,010.77 | 2020 | *Carlotti v. Asus Comput. Int'l*, No. 18-03369-DMR, 2020 U.S. Dist. LEXIS 108917 (N.D. Cal. June 22, 2020) |
| Seth Safier (22 years) | $1,050.00 | $1,147.36 | 2020 | *Carlotti v. Asus Comput. Int'l*, No. 18-03369-DMR, 2020 U.S. Dist. LEXIS 108917 (N.D. Cal. June 22, 2020) |
| James E. Barz (22 years) | $1,025.00 | $1,120.05 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Jay Edelson (23 years) | $1,150.00 | $1,256.64 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Nicole Zeiss (24 years) | $950 | $1,038.09 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Shawn A. Williams (25 years) | $1,100.00 | $1,202.00 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Stuart Davidson (24 years) | $970.00 | $1,059.95 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Nicholas I. Porritt (25 years) | $1,000.00 | $1,060.90 | 2021 | *Kuraica v. Dropbox, Inc.*, No. 19-06348-BLF, 2021 U.S. Dist. LEXIS |

| | | | | |
|---|---|---|---|---|
| | | | | 235394 (N.D. Cal. Dec. 8, 2021) |
| Damali Taylor (12 years) | $935.00 | $991.94 | 2021 | *Mogan v. Sacks, Ricketts & Case LLP*, No. 21-08431-TSH, 2022 U.S. Dist. LEXIS 83681 (N.D. Cal. May 9, 2022) |
| Damali Taylor (13 years) | $1,015.75 | $1,046.22 | 2022 | *Mogan v. Sacks, Ricketts & Case LLP*, No. 21-08431-TSH, 2022 U.S. Dist. LEXIS 83681 (N.D. Cal. May 9, 2022) |
| Reed W. L. Marcy (25 years) | $950.00 | $978.50 | 2022 | *Nucci v. Rite Aid Corp.*, No. 19-01434-LB, 2022 U.S. Dist. LEXIS 94936 (N.D. Cal. May 26, 2022) |
| Debra J. Wyman (24 years) | $945.00 | $1,002.55 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Douglas R. Britton (25 years) | $970.00 | $1,029.07 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Joseph D. Daley (25 years) | $970.00 | $1,029.07 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Peter Borkon (25 years) | $950.00 | $1,007.86 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Javier Bleichmar (23 years) | $985.00 | $1,044.99 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Joseph Fonti (22 years) | $985.00 | $1,044.99 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.,* No. 19-04744-WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |

| Hartley M.K. West (23 years) | $995 | $1,087.26 | 2020 | *Schneider v. Chipotle Mexican Grill, Inc.*, 336 F.R.D. 588 (N.D. Cal. 2020) |

### III.   WILLIAM N. CARLON

21.     William N. Carlon was a senior associate at the Law Offices of Andrew L. Packard through 2023, until recently setting up his own firm. Mr. Carlon earned a Bachelor of Arts degree in Communications from the University of California, Davis in 2010. Subsequently, and prior to law school, he worked for a year and a half at the Butte County District Attorney's Office. In 2015, he graduated from University of Oregon School of Law and was admitted to the California bar. During law school, he worked as a summer associate at the Crag Law Center in Portland, Oregon, and externed at the U.S. District Court for the District of Oregon, in Eugene, Oregon. He has represented Californians for Alternatives to Toxics and the California Sportfishing Protection Alliance in several CWA enforcement actions against industrial facilities that discharge storm water in violation of their permit requirements.

22.     Since joining the firm eight years ago, Mr. Carlon has successfully served as counsel in dozens of cases involving citizen enforcement of the CWA, and participated in negotiating the terms of settlements, as well as drafting settlement agreements, for several cases brought under the CWA's citizen suit provision. As detailed in Mr. Packard's concurrently filed declaration, Mr. Carlon has extensive experience in environmental litigation, particularly under the CWA.

23.     In this case, Mr. Carlon was tasked with developing the evidentiary record, obtaining documents through the California Public Records Act, drafting the Citizen Suit Notice Letters and Complaints, assisting with developing and propounding discovery, conducting legal and factual research, and briefing.

24.     I am aware that the Law Offices of Andrew L. Packard has set Mr. Carlon's 2023 San Francisco Bay Area hourly rate at $700 per hour. This rate is easily defensible as it is considerably lower than rates found reasonable in Northern District of California attorneys fee decisions for attorneys with his level of experience working on cases involving complex civil litigation. In evaluating this hourly rate, I have reviewed market data and attorney fee awards in

cases decided in the past few years involving various types of complex civil litigation in the U.S. District Court for the Northern District of California, which are described below. A $700 per hour rate is substantially lower than the rates awarded to several lawyers with comparable experience in recent cases and is consistent with the average of the below awarded rates. Accordingly, in my opinion, this is a reasonable market-based 2023 rate for his work in this case.

25. Specifically, to evaluate Mr. Carlon's 2023 rate, I collected data from numerous cases decided in the U.S. District Court for the Northern District of California in the past few years showing hourly rates that were awarded or found to be reasonable for attorneys with a range of 7-9 years of experience. The following chart shows the data points that I relied on. Averaging the historically awarded hourly rates together results in an average of $681.58 per hour for an attorney with comparable years of experience to Mr. Carlon. I have further adjusted these historic rates for inflation, assuming a very conservative 3% inflation rate, to derive the equivalent of inflation-adjusted 2023 rates. Utilizing this 3% per year inflation adjustment, the average of the attorney hourly rates awarded in the cases below is $727.26 per hour. Mr. Carlon's $700 per hour rate is below the average of the average historically awarded rates and the average inflation adjusted rate, which is $704.42. It is also as much as $185 per hour less than rates found reasonable for comparably experienced attorneys before correcting for inflation and $238.90 per hour less than rates found reasonable for comparably experienced attorneys after conservatively correcting for inflation. If I were setting a rate for Mr. Carlon as an attorney at my law firm, I would set his rate at approximately $700 per hour. Given that his rate of $700 per hour is consistent with that rate, it is, in my opinion, a reasonable rate consistent with the prevailing market rate in 2023 for an attorney of his experience, skill, and reputation in the Northern District of California.

| Name of Attorney and Years of Experience When Requesting Rate | Hourly Rate Found Reasonable | Hourly Rate Conservatively Adjusted for Inflation (3% per year) | Year of Rate | Case Citation |
|---|---|---|---|---|

| Name | Rate | Adjusted Rate | Year | Case |
|---|---|---|---|---|
| William Ladnier (7 years) | $575.00 | $592.25 | 2022 | *Chess v. Volkswagen Grp. of Am., Inc.*, No. 17-07287-HSG, 2022 U.S. Dist. LEXIS 164145 (N.D. Cal. Sep. 12, 2022) |
| Jeff R. R. Nelson (7 years) | $725.00 | $769.15 | 2021 | *Facebook, Inc. v. Sahinturk*, No. 20-08153-JSC, 2022 U.S. Dist. LEXIS 108565 (N.D. Cal. June 17, 2022) |
| Jeff R. R. Nelson (8 years) | $865.00 | $890.95 | 2022 | *Facebook, Inc. v. Sahinturk*, No. 20-08153-JSC, 2022 U.S. Dist. LEXIS 108565 (N.D. Cal. June 17, 2022) |
| Jesse Medlong (8 years) | $840.00 | $865.20 | 2022 | *Hamilton Clark Sustainable Capital, Inc. v. Am. Biodiesel, Inc.*, No. 22-05274-WHO, 2023 U.S. Dist. LEXIS 20509 (N.D. Cal. Feb. 7, 2023) |
| J. Aaron Lawson (7 years) | $550.00 | $601.00 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| John H. George (7 years) | $560.00 | $611.93 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Ross Kamhi (8 years) | $550 | $601 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| J. Dominic Larry (8 years) | $550.00 | $601.00 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| David I. Mindell (8 years) | $685.00 | $748.52 | 2020 | *In re Facebook Biometric Info. Privacy Litig.*, 522 F. Supp. 3d 617 (N.D. Cal. 2021) |
| Rachel E. Kaufman (9 years) | $730.00 | $797.69 | 2020 | *Izor v. Abacus Data Sys.*, No. 19-01057-HSG, 2020 U.S. Dist. LEXIS 239999 (N.D. Cal. Dec. 21, 2020) |

| Brent Robinson (9 years) | $690.00 | $710.70 | 2022 | *Nucci v. Rite Aid Corp.*, No. 19-01434-LB, 2022 U.S. Dist. LEXIS 94936 (N.D. Cal. May 26, 2022) |
|---|---|---|---|---|
| Thayne Stoddard (7 years) | $655.00 | $694.89 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*, No. 19-04744 WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| William Green (8 years) | $495.00 | $525.15 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*, No. 19-04744 WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Brian E. Cochran (9 years) | $760.00 | $806.28 | 2021 | *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*, No. 19-04744 WHA, 2022 U.S. Dist. LEXIS 47749 (N.D. Cal. Mar. 17, 2022) |
| Avery Halfon (7 years) | $505.00 | $520.15 | 2022 | *Vianu v. AT&T Mobility LLC*, No. 19-03602-LB, 2022 U.S. Dist. LEXIS 203520 (N.D. Cal. Nov. 8, 2022) |
| Jeremy Boczko (7 years) | $685.00 | $770.97 | 2019 | *Vineyard House, LLC v. Constellation Brands United States Operations, Inc.*, No. 19-01424-YGR, 2021 U.S. Dist. LEXIS 141106 (N.D. Cal. July 28, 2021) |
| Armin Ghiam (7 years) | $795.00 | $843.42 | 2021 | *Vineyard House, LLC v. Constellation Brands United States Operations, Inc.*, No. 19-01424-YGR, 2021 U.S. Dist. LEXIS 141106 (N.D. Cal. July 28, 2021) |
| Jeremy Boczko (8 years) | $850.00 | $928.82 | 2020 | *Vineyard House, LLC v. Constellation Brands United States Operations, Inc.*, No. 19-01424-YGR, 2021 U.S. Dist. LEXIS 141106 (N.D. Cal. July 28, 2021) |

| Jeremy Boczko (9 years) | $885.00 | $938.90 | 2021 | *Vineyard House, LLC v. Constellation Brands United States Operations, Inc.*, No. 19-01424-YGR, 2021 U.S. Dist. LEXIS 141106 (N.D. Cal. July 28, 2021) |
|---|---|---|---|---|

26. Finally, judges in this Court have sometimes relied on the "Laffey Matrix," available at http://www.laffeymatrix.com/see.html, in checking the reasonableness of attorneys' hourly rates. *See, e.g., Vasquez v. Libre By Nexus, Inc.*, No. 17-00755-CW, 2023 U.S. Dist. LEXIS 11334, at *42 n.7 (N.D. Cal. Jan. 23, 2023). While these Laffey Matrix rates are based on data for complex federal litigation in Washington, D.C., they do provide a sense of scale for complex federal litigation in other major urban areas. The Laffey Matrix provides for 2023 hourly rates of $1,057 per hour for attorneys with 20+ years of experience, and $777 per hour for attorneys with 8-10 years of experience. *See* http://www.laffeymatrix.com/see.html. Counsel's rates here are all lower than the Laffey Matrix rates by between $77 to $82 per hour, which is further evidence as to their reasonableness.

Pursuant to 29 U.S.C § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 11th of January, 2024.

*Christopher A. Sproul*
Christopher Sproul