# Exhibit 1

## Bibliography of Cases Brought by Christopher Sproul

Note: set forth below is a list of reported rulings in cases in which Christopher Sproul served as lead counsel or co-lead counsel. A brief description of the rulings and an indication of whether the ruling has been cited by subsequent decisions is included.

### Court of Appeals Decisions

(1) *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 713 F.3d 502 (9th Cir. 2013):

-- Clean Water Act ("CWA") and Resource Conservation and Recovery Act ("RCRA") case holding defendant's stormwater discharges not subject to CWA regulation and release of wood preservatives from utility poles was not a solid waste subject to RCRA regulation.

-- Subsequently cited by 335 reported court decisions.

(2) *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 874 F.3d 1083 (9th Cir. 2017)

-- reversing District Court dismissal of plaintiff's claims in Resource Conservation and Recovery Act citizen suit.

-- Subsequently cited by 21 reported court decisions.

(3) *Friends of the River v. Nat'l Marine Fisheries Serv.*, 786 F. App'x 666 (9th Cir. 2019)

-- Endangered Species Act case reversing District Court judgment in favor of defendant National Marine Fisheries Service (NMFS) and directing District Court to enter judgment in favor of Friends of the River on claim that NMFS's 2014 Yuba River Biological Opinion was arbitrary and capricious in failing to explain switch in position from previous, more environmentally protective biological opinion.

(4) *In re Sierra Club, Inc.* 2017 U.S. Cir. LEXIS 26450 (1st Circuit May 8, 2013) (Case No. 12-1860):

-- Clean Water Act case denying petition for writ of mandamus to Petitioners Sierra Club and Our Children's Earth Foundation arguing that the EPA unreasonably delayed reissuing NPDES permits to two steam electric power plants, Mt. Tom Station in Massachusetts and

Schiller Station in New Hampshire.

(5) *Inland Empire Waterkeeper v. Corona Clay Co.*, 13 F.4th 917 (9th Cir. 2021)

-- CWA citizen suit reversing district court jury verdict in favor of defendant, finding that citizen suit enforcement for violations of procedural conditions in NPDES permit may proceed without proof of discharge violations.

-- subsequently cited by two reported decisions.

(6) *Our Children's Earth Found. v. United States EPA,* 506 F.3d 781 (9th Cir. 2007):

-- CWA citizen suit finding district court improperly dismissed certain of plaintiff's claims regarding EPA nondiscretionary CWA duties related to review of effluent guidelines.

(7) *Our Children's Earth Found. v. United States EPA,* 527 F.3d 842 (9th Cir. 2008):

-- CWA citizen suit reversing ruling *Our Children's Earth Found. v. United States EPA*, 506 F.3d 781 (9th Cir. 2007).

--Subsequently cited by 19 reported decisions.

(8) *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 581 F. Appx 693 (9th Cir. 2014):

-- ESA citizen suit granting plaintiffs' motion for attorneys fees and costs.

-- Subsequently cited by four reported court decisions.

(9) *Wishtoyo Found. v. United Water Conservation Dist.*, 795 F. App'x 541 (9th Cir. 2020)

-- Endangered Species Act case affirming District Court injunction and attorney fee and cost award.

--Subsequently cited by two reported court decisions.

(10) *Wishtoyo Found. v. United Water Conservation Dist.*, No. 19-55380, 2020 U.S. App. LEXIS 10773 (9th Cir. Apr. 6, 2020)

Endangered Species Act case establishing Wishtoyo Foundation's entitlement to attorneys fees and costs for prevailing on appeal.

**District Court Decisions**

(11)  *Cmtys. of the Better Env't v. Corteva, Inc.*, No. 19-cv-08277-JSW, 2020 U.S. Dist. LEXIS 72652 (N.D. Cal. Apr. 15, 2020)

-- granting plaintiff's motion to strike defendant's affirmative defenses in Resource Conservation and Recovery Act citizen suit.

(12)  *Ecological Rights Found. v. Fed. Emergency Mgmt. Agency*, 2017 U.S. Dist. LEXIS 1054 (N.D. Cal. January 3, 2017) (Case No. 15-cv-04068-DMR):

--The parties filed a joint discovery letter in which Defendant Federal Emergency Management Agency ("FEMA") sought clawback of three documents inadvertently produced to Plaintiff Ecological Rights Foundation in response to a Freedom of Information Act ("FOIA") request. [Docket No. 34 (Jt. Letter).] Defendant's motion was denied.

--Subsequently cited by 2 reported court decisions.

(13)  *Ecological Rights Found. v. Fed. Emergency Mgmt. Agency,* 2017 U.S. Dist. LEXIS 72356 (N.D. Cal. May 11, 2017) (Case No. 16-cv-05254-MEJ):

--Order re: Cross-Motions for Summary Judgment.

(14)  *Ecological Rights Foundation v. Fed. Emergency Mgmt. Agency*, No. 16-05254, 2017 U.S. Dist. LEXIS 197451, 2017 WL 5972702 (N.D. Cal. Nov. 30, 2017)

--Order granting Plaintiff's motion for summary judgment in FOIA case.

(15)  *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 803 F. Supp. 2d 1056 (N.D. Cal. 2011) (Case # C 09-03704 SBA):

--Ruling in CWA case holding defendant's stormwater discharges not subject to CWA regulation.

--Subsequently cited by 4 reported court decisions.

(16)  *Rights Found. v. Pac. Gas & Elec. Co.*, 2010 U.S. Dist. LEXIS 54620 (N.D. *Ecological*

Cal. May 10, 2010) (Case No.# C 09-3704 SBA):

--Ruling in CWA and RCRA case denying Defendant's motion to dismiss.

--Subsequently cited by two reported court decisions.

(17) *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 2013 U.S. Dist. LEXIS 42179 (N.D. Cal. March 1, 2013) (Case No. C 10-0121 RS):

--Ruling in CWA and RCRA case, order granting defendant's motion for summary judgment on CWA claim.

--Subsequently cited by two reported court decisions.

(18) *Ecological Rights Found. v. Pac. Gas & Elec. Co.*, 2015 U.S. Dist. LEXIS 15645 (N.D. Cal. January 30, 2015) (Case No. 10-cv-00121-RS):

--Ruling in CWA and RCRA case, order granting defendant's motion for summary judgment on RCRA claim.

(19) *Ecological Rights Found. v. PG&E*, 2011 U.S. Dist. LEXIS 14140 (N.D. Cal. February 4, 2011) (Case No. C 10-0121 RS):

--Ruling in CWA and RCRA case denying defendant's motion to dismiss CWA claim and granting plaintiff's leave to amend dismissed RCRA claim.

(20) *Friends of the River v. United States Army Corps of Eng'rs*, 2016 U.S. Dist. LEXIS 162149 (E.D. Cal. November 22, 2016) (Case No. 16-cv-05052-YGR):

--Ruling in FOIA case granting defendant's motion to transfer for improper venue and denying motion to dismiss.

(21) *Humboldt Baykeeper v. Simpson Timber Co.*, 2006 U.S. Dist. LEXIS 91667 (N.D. Cal. December 8, 2006) (Case No. C 06-04188 CRB):

--Ruling in CWA citizen suit denying defendant's two motions to dismiss.

--Subsequently cited by six reported court decisions.

(22) *Our Children's Earth Found. v. Bay Area Air Quality Mgmt. Dist.*, 2011 Cal. Super. LEXIS 4596 (Cal. Super. Ct. Oct. 12, 2011) (Case No. CPF-11-511437):

--Ruling in Clean Air Act settlement agreement and stipulation for entry of order.

(23)   *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 85 F. Supp. 3d 1074 (N.D. Cal. 2015) (Case No. 14-1130 SC):

--Ruling in FOIA case granting summary judgment. The request for declaratory judgment that the agency failed to respond to the advocates' FOIA requests and internal appeals within the statutory time limits was granted.

--Subsequently cited by ten reported court decisions.

(24)   *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 2015 U.S. Dist. LEXIS 94997 (N.D. Cal July 20, 2015) (Case No. 14-4365 SC; Case No. 14-1130 SC):

--Additional ruling in FOIA case partially granting summary judgment concerning National Marine Fisheries Service FOIA violations.

--Subsequently cited by three reported court decisions.

(25)   *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 2015 U.S. Dist. LEXIS 143392 (N.D. Cal. October 21, 2015) (Case No. 14-4365 SC; Case No. 14-1130 SC; Case No. 15-2558 SC):

--Additional ruling in FOIA case resolving remaining summary judgment issues.

--Subsequently cited by one reported court decisions.

(26)   *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 2016 U.S. Dist. LEXIS 7312 (N.D. Cal. January 20, 2016) (Case No. 14-cv-01130-WHO; Case No. 14-cv-04365 WHO):

--Additional ruling in FOIA case resolving remaining summary judgment issues.

(27)   *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.,* 2017 U.S. Dist. LEXIS 29130 (N.D. Cal. March 1, 2017) (Case No. 14-cv-01130-WHO*)*:

--Ruling in FOIA case granting plaintiffs' attorney's fees and costs.

(28)   *Our Children's Earth Found. v. United States EPA,* 2005 U.S. Dist. LEXIS 45796 (N.D. Cal. May 20, 2005) (No. C 04-2132 PJH):

--Order in Clean Water Act case, where the U.S. Environmental Protection Agency ("EPA")'s motion for judgment on the pleadings and the parties' various motions for

summary judgment. The court granted in part and denied in part EPA's motion for judgment on the pleadings, denied plaintiffs' motion for summary judgment, and granted defendants' and intervenors' motions for summary judgment.

--Subsequently cited by one reported court decision.

(29)  *Our Children's Earth Found. v. United States EPA,* 2008 U.S. Dist. LEXIS 81893 (D. Haw. Oct. 15, 2008) (Civ. No. 08-00426 SOM/KSC):

--Ruling in CWA citizen suit denying motion to relate cases.

(30)  *Our Children's Earth Found. v. United States EPA,* 2016 U.S. Dist. LEXIS 40558 (N.D. Cal. January 21, 2016) (Case No. 13-cv-02857-JSW (KAW):

--Ruling in CWA and Administrative Procedure Act (APA) case granting plaintiff's attorney's fees and costs (heeding plaintiffs' objections to magistrate judge's recommendations for substantially smaller award of fees and costs).

(31)  *Our Children's Earth Found. v. U.S. EPA,* 2016 U.S. Dist. LEXIS 40626 (N.D. Cal. March 25, 2016) (Case No. 13-cv-02857-JSW):

--magistrate judge recommendations for granting but substantially reducing plaintiff's attorneys fees and costs (recommendations objected to by plaintiffs generally not followed in ruling referred to above).

(32)  *Our Children's Earth v. Leland Stanford Junior Univ.,* 2015 U.S. Dist. LEXIS 176517 (N.D. Cal. December 11, 2015) (Case No. 13-cv-00402-EDL):

--Ruling in Endangered Species Act ("ESA") case denying Defendant Leland Stanford Junior University's motion for stay, granting defendant partial summary judgment, and though denying summary judgment to plaintiffs, establishing the legal liability of plaintiffs ESA section 9 claim.

(33)  *Our Children's Earth v. Leland Stanford Junior Univ.,* 2015 U.S. Dist. LEXIS 188302 (N.D. Cal. October 29, 2015) (Case No. 13-cv-00402-EDL):

--Ruling in ESA case on Motion to Compel Discovery. While the Court denied Plaintiff's

motion to compel, it required that information directly relevant to the pending stay motion in the case be equally available to Plaintiffs as to Defendant.

(34) *Pacificans for a Scenic Coast v. Cal. DOT,* 204 F. Supp. 3d 1075 (N.D. Cal. 2016) (Case No. 15-cv-02090-VC):

--Ruling in ESA and APA case granting plaintiffs partial summary judgment.

--Subsequently cited by two reported court decisions.

(35) *Pacificans for a Scenic Coast v. Cal. DOT,* 2016 U.S. Dist. LEXIS 55672 (N.D. Cal. April 25, 2016) (Case No. 15-cv-02090-VC):

--Ruling in ESA and APA case where the Court granted in part and denied in part motion to supplement the record.

(36) *Pacificans For A Scenic Coast v. Cal. DOT*, No. 15-02090, 2017 U.S. Dist. LEXIS 199145 (N.D. Cal. Nov. 22, 2017)

--Ruling in ESA and APA case granting Plaintiffs motion for attorneys fees and costs.

(37) *San Francisco Baykeeper v. W. Bay Sanitary Dist.,* 791 F. Supp. 2d 719 (N.D. Cal. 2011) (Case No. C-09-5676 EMC*)*:

--Ruling in CWA citizen suit partially granting summary judgment to plaintiff.

--Subsequently cited by 49 reported court decisions.

(38) *San Francisco Baykeeper v. W. Bay Sanitary Dist.,* 2011 U.S. Dist. LEXIS 138093 (N.D. Cal. December 1, 2011) (Case No. C-09-5676 EMC):

--Ruling in CWA citizen suit granting plaintiff interim attorneys fees based on holding that plaintiff had established prevailing party status under 33 U.S.C. § 1365(d) after obtaining partial summary judgment establishing defendant's CWA liability.

(39) *San Francisco Baykeeper v. West Bay Sanitary Dist.,* 2011 U.S. Dist. LEXIS 2577 (N.D. Cal. January 11, 2011) (No. C-09-5676 EMC):

--Ruling in CWA case declining to exercise supplemental jurisdiction over state law claims and resolving various case management issues.

(40) *San Francisco Baykeeper v. West Bay Sanitary Dist.,* 2011 U.S. Dist. LEXIS 143789

(N.D. Cal. December 14, 2011) (Civil Case No.: C-09-05676 EMC):

--Order requiring payment of Plaintiff's interim fees and costs award in CWA case.

(41) *Sierra Club v. City & County of Honolulu, 415 F. Supp. 2d 1119,* (D. Hawaii, 2005) (CV NO 04-00463 DAE-BMK):

--Ruling in CWA citizen suit partially granting defendant's motion to dismiss claims on res judicata grounds (note: ruling reversed in relevant part by subsequent decision) and denying motion for summary judgment on finding of disputed material facts.

(42) *Sierra Club v. City & County of Honolulu, 486 F. Supp. 2d 1185* (D. Hawaii, April 16, 2007) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA case granting plaintiffs' motion to reconsider the court's previous denial of plaintiffs' summary judgment on their third and fourth causes of action.

(43) *Sierra Club v. City & County of Honolulu,* 2007 U.S. Dist. LEXIS 67595 (D. Hawaii, September 11, 2007) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA citizen suit, the Court denied Defendant's City and County of Honolulu's Motion to Stay without prejudice.

(44) *Sierra Club v. City & County of Honolulu,* 2007 U.S. Dist. LEXIS 80452 (D. Hawaii, October 30, 2007) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA citizen suit granting in part and denying in part plaintiffs' motion for partial summary judgment on plaintiffs' third, fourth and eighth claims.

(45) *Sierra Club v. City & County of Honolulu,* 2008 U.S. Dist. LEXIS 14533 (D. Hawaii, February 26, 2008) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA case reversing previous dismissal of plaintiffs' claims on res judicata grounds.

(46) *Sierra Club v. City & County of Honolulu,* 2008 U.S. Dist. LEXIS 37896 (D. Hawaii, May 7, 2008) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA citizen suit, where the Court denied Defendant City and County of Honolulu's Motion to Dismiss Plaintiffs' First and Second claims for Relief.

--Subsequently cited by three reported court decisions.

(47)  *Sierra Club v. City & County of Honolulu,* 2008 U.S. Dist. LEXIS 64262 (D. Hawaii, August 18, 2008) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA case, order granting in part and denying in part without prejudice Plaintiffs' motion for partial summary judgment on Plaintiffs' first and second claims; and order denying Defendant's motion to dismiss Plaintiffs' second claim.

--Subsequently cited by three reported court decisions.

(48)  *Sierra Club v. City & County of Honolulu,* 2008 U.S. Dist. LEXIS 94061 (D. Hawaii, November 18, 2008) (CV. NO. 04-00463 DAE-BMK):

--Ruling in CWA case, denying Plaintiff's motion for permanent injunctive relief.

(49)  *Sierra Club v. City & County of Honolulu,* 2009 U.S. Dist. LEXIS 285 (D. Hawaii, January 6, 2009) (CV. NO. 04-00463 DAE-BMK):

--Ruling in in CWA case granting CCH's motion for partial reconsideration and/or revision and made the requested revisions.

(50)  *Sierra Club v. Ga. Power Co., 365 F. Supp. 2d 1283* (N.D. GA. July 12, 2003) (CIVIL ACTION NO. 3:02-CV-151-JTC):

--Ruling in Clean Air Act ("CAA") citizen suit denying defendant's motion to dismiss claims

(51)  *Sierra Club v. Ga. Power Co., 365 F. Supp. 2d 1287* (N.D. GA. June 10, 2004) (CIVIL ACTION NO. 3:02-CV-151-JTC):

--Ruling in CAA citizen suit granting partial summary judgment to defendant.

--Subsequently cited by three reported court decisions.

(52)  *Sierra Club v. Ga. Power Co., 365 F. Supp. 2d 1297* (D N.D. GA. 2004) (CIVIL ACTION NO. 3:02-CV-151-JTC*)*:

--Ruling in CAA citizen suit granting partial summary judgment to plaintiffs and partial summary judgment to defendant.

(53)  *Sierra Club v. Ga. Power Co.,* 2007 U.S. Dist. LEXIS 100219 (N.D. GA. January 11,

2007) (CIVIL ACTION NO. 3:02-CV-151-JTC):

--Ruling in CAA citizen suit partially granting defendant summary judgment.

--Subsequently cited by three reported court decisions.

(54)   *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.* 2007 U.S. Dist. LEXIS 81636 (E.D. Cal. Oct. 16, 2007) (Case NO. CIV. S-06-2845 LKK/JFM):

--Order in APA, ESA, and FOIA case granting in part and denying in part federal defendants to dismiss the plaintiffs' second, third, fifth, and eighth claims.

--Subsequently cited by two reported court decisions.

(55)   *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.,* 2008 U.S. Dist. LEXIS 107177 (E.D. Cal. June 20, 2008) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in FOIA case ordering Defendants to produce Vaughn declarations or indices addressing the deliberative process privilege asserted for documents responsive to FOIA request.

--Subsequently cited by 15 reported court decisions.

(56)   *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.,* 2008 U.S. Dist. LEXIS 78328 (E.D. Cal. Aug. 25, 2008) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA and APA case denying plaintiff's motion to compel discovery, but reminding federal defendants of their obligation to provide in the administrative record all documents directly or indirectly considered by the decisionmaker.

--Subsequently cited by three reported court decisions.

(57)   *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.,* 2009 U.S. Dist. LEXIS 42347 (E.D. Cal. May 6, 2009) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA and APA case partially granting plaintiffs' motion to compel discovery.

--Subsequently cited by one reported court decision.

(58)   *South Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 257 F.R.D. 607 (E.D. Cal. 2009) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA case denying motion for preliminary injunction without prejudice.

--Subsequently cited by 15 reported court decisions.

(59)    *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 2012 U.S. Dist. LEXIS 42287 (E.D. Cal. Mar. 26, 2012)

-- ruling in ESA and APA case granting plaintiffs' motion for attorneys fees and costs and awarding $1,875,951.20 in attorneys fees and costs to plaintiffs.

(60)    *South Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 2012 U.S. Dist. LEXIS 157183 (E.D. Cal. Nov. 1, 2012) (NO. CIV. S-06-2845 LKK/JFM):

--Order in ESA case denying Plaintiffs' motion for a supplemental order directing the Federal Defendants to pay the attorneys' fees and costs awarded by the court pending appeal.

(61)    *S. Yuba River Citizens League v. NMFS*, 629 F. Supp. 2d 1123 (E.D. Cal. 2009) (NO. CIV. S-06-2845 LKK/JFM)*:*

--Ruling in ESA citizen suit granting defendant's motion to compel plaintiffs' response to expert discovery and denying preliminary injunction motion without prejudice pending completion of discovery (note: preliminary injunction subsequently granted by later ruling).

--Subsequently cited by 13 reported court decisions.

(62)    *S. Yuba River Citizens League v. NMFS*, 723 F. Supp. 2d 1247 (E.D. Cal. 2010) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit granting plaintiffs summary judgment that National Marine Fisheries Service biological opinion was arbitrary and capricious, but declining to grant judgment that the biological opinion was void ab initio.

--Subsequently cited by 23 reported court decisions.

(63)    *S. Yuba River Citizens League v. NMFS*, No. 06-2845, 2010 U.S. Dist. LEXIS 125403 (E.D. Cal. Nov. 16, 2010) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit denying motion for preliminary injunction without prejudice

(note: partial injunction was ordered in response to subsequent motion in this case) and dismissing certain claim without prejudice as prudentially moot.

--Subsequently cited by one reported court decisions.

(64) *S. Yuba River Citizens League v. NMFS*, No. 06-2845, 2011 U.S. Dist. LEXIS 49164 (E.D. Cal. April 28, 2011) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit setting appropriate timeline for remand to NMFS to complete a new biological opinion concerning federal action on the Yuba River.

(65) *S. Yuba River Citizens League v. NMFS*, 804 F. Supp. 2d 1045 (E.D. Cal. 2011) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit partially granting motion for injunction imposing remedy to ESA-listed species pending issuance of new biological opinion for federal action.

--Subsequently cited by six reported court decisions.

(66) *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 851 F. Supp. 2d 1246 (E.D. Cal. 2012) (NO. CIV. S-06-2845 LKK/JFM):

--Ruling in ESA citizen suit denying plaintiffs' motion for partial reconsideration of final remedy order and dismissal of one asserted claim.

--Subsequently cited by two reported court decisions.

(67) *S. Yuba River Citizens League v. NMFS*, No. 13-00059, 2013 U.S. Dist. LEXIS 114477 (E.D. Cal. Aug. 13, 2013) (No. 2:13-cv-00059-MCE-EFB; No. 2:13-cv-00042-MCE-CKD (Related Cases)):

--Ruling in ESA citizen suit granting voluntary dismissal and denying motion for attorneys fees and costs.

(68) *S. Yuba River Citizens League v. Nat'l Marine Fisheries Serv.*, 2015 U.S. Dist. LEXIS 11423 (E.D. Cal. Jan. 29, 2015) (No. 2:13-cv-00059-MCE-EFB):

--Ruling in ESA and APA case granting voluntary dismissal and denying plaintiffs' motion for attorneys fees and costs.

(69) *Suncoast Waterkeeper v. City of Gulfport*, 2017 U.S. Dist. LEXIS 65959 (M.D. Fl. May

1, 2017) (CASE NO. 8:17-cv-35-T-24 MAP):

--Ruling in CWA citizen suit denying defendant's motion to dismiss.

(70) *Suncoast Waterkeeper v. City of Gulfport*, 2017 U.S. Dist. LEXIS (M.D. Fl. May 9, 2017) (CASE NO. 8:17-cv-35-T-24 MAP):

--Ruling in CWA citizen suit denying Plaintiffs' Motion for Rule 11 Sanctions.

(71) *Suncoast Waterkeeper v. City of St. Petersburg*, 2018 U.S. Dist. LEXIS 10622 (M.D. Fla. Jan. 22, 2018)

--order denying defendant's motion to stay case in CWA citizen suit.

(72) *Suncoast Waterkeeper v. City of St. Petersburg*, 2018 U.S. Dist. LEXIS 9849 (M.D. Fla. Jan. 22, 2018)

--order granting in part and denying in part plaintiff's motion to strike defendant's affirmative defenses in CWA citizen suit.

(73) (*Suncoast Waterkeeper v. City of St. Petersburg*, No. 8:16-cv-3319-T-27AEP, 2018 U.S. Dist. LEXIS 9849 (M.D. Fla. Jan. 22, 2018)

--ordered denying defendant's motion for summary judgment in CWA citizen suit.

(74) *Suncoast Waterkeeper v. City of St. Petersburg*, No. 8:16-cv-3319-T-27AEP, 2020 U.S. Dist. LEXIS 54877 (M.D. Fla. Mar. 30, 2020)

--awarding attorneys fees and costs to the plaintiff environmental organizations in Clean Water Act citizen suit.

-- Subsequently cited by one reported decision.

(75) *United States v. City & County of Honolulu,* 2007 U.S. Dist. LEXIS 54402 (D. Haw., July 26, 2007) (CIVIL NO. 07-00235DAE-KSC):

--Ruling in CWA action brought by the U.S. Environmental Protection granting intervention to nonprofit environmental groups represented by Mr. Sproul.

(76) *United States v. City & County of Honolulu*, 2007 U.S. Dist. LEXIS 100224 (D. Haw. November 21, 2007) (CIVIL NO. 07-00235DAE-KSC):

--Ruling in CWA action brought by the U.S. Environmental Protection Agency adopting

14

conditions of intervention for nonprofit environmental groups represented by Mr. Sproul.

--Subsequently cited by three reported court decisions.

(77) *United States v. City & County of Honolulu*, 2007 U.S. Dist. LEXIS 90532 (D. Haw. Dec. 10, 2007) (CIVIL NO. 07-00235DAE-KSC):

--Order adopting magistrate's findings and recommendation.

(78) *United States v. City & County of Honolulu*, 2007 U.S. Dist. LEXIS 100226 (D. Haw., December 23, 2007) (CIVIL NO. 07-00235DAE-KSC):

--Ruling amending magistrate's findings and recommendations.

(79) *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx), 2017 U.S. Dist. LEXIS 153184 (C.D. Cal. Sep. 8, 2017)

--Ruling in ESA case granting in part plaintiffs' motion in limine.

(80) *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx), 2017 U.S. Dist. LEXIS 213759 (C.D. Cal. Dec. 1, 2017)

--Ruling in ESA case granting in part plaintiffs' motion for summary judgment.

(81) *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx), 2018 U.S. Dist. LEXIS 174505 (C.D. Cal. Sep. 23, 2018)

– post trial order in ESA case granting plaintiffs their requested injunction.

 ---Subsequently cited by one reported court decision.

(82) *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx), 2018 U.S. Dist. LEXIS 222582 (C.D. Cal. Dec. 1, 2018)

-- final posttrial judgment granting Plaintiffs' requested ESA injunction.

(83) *Wishtoyo Found. v. United Water Conservation Dist.*, No. CV 16-3869-DOC (PLAx), 2019 U.S. Dist. LEXIS 39927 (C.D. Cal. Mar. 5, 2019)

-- awarding attorneys $2,922,974.25 in fees and $297,328.76 in cost to plaintiffs.

--Subsequently cited by three reported court decisions.

(84) *Wright v. Dunbar,* 1 Fed. Appx. 656 (January 8, 2001) (No. 99-15792, No. 99-16207):

--decision in case asserting CWA claims and claims arising under 42 U.S.C. § 1983

affirming summary judgment in favor of state defendants (note: Mr. Sproul represented the state defendants in this matter).

--Subsequently cited by one reported court decision.