| Date | Task | Hours |
|---|---|---|
| 3/8/2023 | advise re strategy | 0.5 |
| 3/13/2023 | advise re site inspection | 0.6 |
| 3/13/2023 | advise re 2nd NOV | 0.3 |
| 10/12/2023 | confer re fee motion strategy | 0.2 |
| 12/11/2023 | edit MPA on fee motion | 1 |
| 12/12/2023 | edit MPA on fee motion | 0.8 |
| 12/12/2023 | TC with AP re briefing | 0.2 |
| 1/4/2024 | TC with AP re briefing | 0.3 |
| 1/8/2024 | Factual research | 0.5 |
| 1/8/2024 | Review moving papers re editing | 0.7 |
| 1/8/2024 | TC/w P. Galvin re CBD fee mots | 0.3 |
| 1/9/2024 | TC/w AP re edits | 0.4 |
| 1/9/2024 | Review Sproul Dec. | 0.8 |
| 1/9/2024 | Review, edit Packard Dec. | 1.1 |
| 1/9/2024 | TC w/ AP re edits | 0.2 |
| 1/9/2024 | edit MPA | 1.4 |
| 1/10/2024 | factual research re Richard Pearl Declaration filed in San Mateo CEQA action | 1.1 |
| 1/10/2024 | draft RJN for Pearl Declaration | 0.4 |
| **Total** | | **10.8** |