Diane G. Kindermann Henderson (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
REICHARDT DUCK FARM, INC., and
JOHN REICHARDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**DECLARATION OF JOHN REICHARDT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**Date:     February 16, 2024**<br>**Time:     10:00 a.m.**<br>**Location: Courtroom A – 15th Fl.**<br>**Judge:    Alex G. Tse** |

I, John Reichardt, declare,

1.  I am a defendant in this action and am the General Manager, and Chief Executive Officer of Defendant Reichardt Duck Farm, Inc., Inc. ("RDF"). If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except those matters alleged upon information and belief, and as to those, I believe them to be true.

2.  I have been the General Manager of RDF since 1993, and the CEO of RDF since 2003. RDF has been in existence since 1958 at its present location of 3770 Middle Two Rock Road, Petaluma, California. RDF consists of a farm of approximately 373 acres in depth, including 40 barns.  In early November 2023, approximately 170,000 ducks were raised in those

-1-

**DECLARATION OF JOHN REICHARDT IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

40 barns. Half of those ducks were egg layers, and the other half were processed on site for market in the Bay Area.

3. On or about November 14, 2023, animal rights extremists trespassed into the biosecurity areas of the RDF duck farm. Those trespassers were subsequently arrested and are being prosecuted. However, immediately after that trespass, the entire flock of ducks was infected by the Avian Influenza.

4. On November 28 and 29, 2023, at the orders of the United States Department of Agriculture and the California Department of Food and Agriculture, the entire flock of ducks at RDF was depopulated pursuant federal and state Avian Influenza protocols. 170,000 ducks had to be terminated. Federal and state agency representatives were on the Farm overseeing the depopulation mandate and subsequent decontamination of the entire RDF facility. The facility has since been decontaminated, but we are still awaiting authorization from the United States Department of Agriculture before we can again raise ducks at the facility.

5. In light of that catastrophic event, RDF is presently without any income. I, myself, have applied for and will begin Medicare on February 1, 2024, to save farm costs. There is a high probability that I will retire or go on a partial salary to save farm costs. I have been diagnosed with cancer in the last month, I think as a result of high stress. My wife and I have discussed the idea of lending the farm money to help cover expenses. The new excavator we purchased last September has been offered back to the dealership to help cover expenses. We are waiting for their response.

6. We are no longer a meat producer, at least in the near future. Therefore, we do not have processing water or liquid manure system input in the same volumes as seen before. We will be raising egg laying ducks to have a product to market for our few remaining employees.

7. We have recently spent $1,330,000 in November 2023; $843,000 in December 2023; and $953,000 in January 2024. To date we have given $320,000 to Andrew Packard and the Rose Foundation in settlement of this case.

8. We do not expect any income until July 2024, which will be approximately $130,000 per month.

-2-
**DECLARATION OF JOHN REICHARDT IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

9. We just laid off one-third (1/3) of our entire workforce at the facility, and we expect to let most of the other employees go by January 30, 2024.

10. In light of that catastrophic event and our desperate income situation, we requested in early December 2023 that plaintiff Californians For Alternatives To Toxics ("CAT") postpone the $250,000 payment to the Rose Foundation that we originally agreed to make under the Consent Decree signed in September 2023. But two weeks before Christmas, CAT flatly refused our request to postpone that payment. CAT and its counsel, Andrew Packard, refused to make any accommodation whatsoever to our current situation, and so we went ahead and made that payment to Rose Foundation on December 8, 2023.

11. There is no possible way that we are able to pay an award of $431,346.67 in attorneys' fees and costs in light of the lack of income due to the depopulation of all our ducks.

12. If any award of attorneys' fees and costs is granted at all in this matter in favor of CAT, we request that any payment of such an award be delayed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2024, at Petaluma, California.


        *John Reichardt*
        JOHN REICHARDT


DECLARATION OF GLEN C. HANSEN

I attest that John Reichardt has concurred in the filing of this document which shall serve in lieu of his signature on the document. I will retain his original signature at my office for at least one year after the final resolution of this action (including appeal, if any).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Glen C. Hansen*
GLEN C. HANSEN

**DECLARATION OF JOHN REICHARDT IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**