ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061
Fax: (707) 630-5064
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REICHARDT DUCK FARM, INC., et al,<br><br>　　　　　Defendants. | Case No. 3:22-cv-09065-AGT<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW L. PACKARD IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　　February 16, 2024<br>Time:　　　10:00 a.m.<br>Location:　Courtroom A – 15th Floor<br>Honorable Magistrate Judge Alex G. Tse |

I, ANDREW L. PACKARD, hereby declare under penalty of law that the following facts are true and correct:

1. My firm served as lead counsel for Plaintiff Californians for Alternatives to Toxics in the above-captioned action.

2. I am admitted to practice in the State of California and before the United States District Courts of California, and am a member of good standing in the state bar. I make this supplemental declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs based on my personal knowledge, and I am competent to testify to the matters set forth herein.

*Invoices*

3. In my prior declaration, filed in connection with this motion on January 11, 2024, I averred that Plaintiff has incurred $19,689.17 in litigation costs. Dkt. 73, ¶75-76. Of these costs, Defendants have objected to the payments to the two experts and one lab, in the amount of $18,569. Dkt. 92, at 16:19 – 17:5.

4. True and correct copies of all of these invoices are attached hereto as **Exhibit 15**.

*Additional Fees Associated With Reply Briefing*

5. I and my colleague, William Verick, have expended the following hours in drafting CAT's reply briefing:

Andrew Packard     10.7
William Verick      2.2
Total              12.9

These hours were expended by (one attorney) reviewing Defendants' opposition memorandum, opposition to Plaintiff's request for judicial notice, and four supporting declarations; outlining and drafting CAT's reply memorandum (one attorney); discussing various cases and revising drafts with co-counsel (two attorneys); and proofing the briefs before filing (one attorney).

6. In the exercise of billing judgment, we are reducing the total billed to the

client by each time keeper by ten percent, and applying the market rates sought in the motion.

7. CAT has therefore incurred addition fees, after filing the moving papers, in the following amount:

Andrew Packard    9.63 at $975 = $9,389.25
William Verick     1.98 at $975 = $1,930.50
Total                         $11,319.75

8. Based on the above, and by this motion, CAT is seeking re-imbursement of these additional attorneys' fees in the amount of $11,319.75.

9. The Reichardt duck farm is less than five miles from my office. On March 14, 2023, the day before the formal wet weather inspection compelled in this case, I took the picture below, depicting the Reichardt's manure spraying device in use, and a 10,000,000 gallon waste pond at capacity in the distance, in rainy weather.



10. This kind of highly efficient field investigation allowed me to photographically document the status of the Facility during the critical wet weather months of February, March and April (from the public right-of-way and without trespassing) and to ground truth the representations of Defendants' counsel and experts. This information assisted my planning for CAT's investigation, the supplemental notice and amended pleading, the discovery strategy, and ultimately, the settlement terms in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2024 in Petaluma, California.

_____
Andrew L. Packard