**EXHIBIT 15**

# IAN WREN

# APRIL 2023 INVOICE

| | |   | | |
|---|---|---|---|---|
| **INVOICE #** | 18-501 | | **INVOICE DATE** | 4/4/2023 |
| **WORK ORDER #** | 18-500 | | | |

| | | | | |
|---|---|---|---|---|
| **MAILING INFO** | Wren WS<br>PO Box 31896<br>San Francisco, CA 94131<br>Phone: (415) 810-6956 | | **BILL TO** | Andrew Packard<br>The Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA  94952 |

Technical services provided from February through March, 2023, with respect to the Reichardt Duck Farm matter, Petaluma, CA.

| HOURLY SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dry and wet weather inspections, sample prep, document review & coordination | 33.75 | $160 | $5,400.00 |
| | | | |
| SUBTOTAL | 33.75 | | $   5,400.00 |

| DIRECT COSTS | AMOUNT |
|---|---|
| Laboratory Analysis - Alpha Analytical | $1,940.00 |
| | |
| | |
| SUBTOTAL | $   1,940.00 |

**OTHER COMMENTS**

1. Total payment due in 30 days
2. Please make checks payable to Ian Wren

| **TOTAL** | **$   7,340.00** |
|---|---|

Invoice for Ian Wren, April 2023

# IAN WREN

# JUNE 2023 INVOICE

| | | | |
|---|---|---|---|
| **INVOICE #** | 18-502 | **INVOICE DATE** | 6/13/2023 |
| **WORK ORDER #** | 18-500 | | |

| | | | |
|---|---|---|---|
| **MAILING INFO** | Wren WS<br>PO Box 31896<br>San Francisco, CA 94131<br>Phone: (415) 810-6956 | **BILL TO** | Andrew Packard<br>The Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA 94952 |

Technical services provided from April through May, 2023, with respect to the Reichardt Duck Farm matter, Petaluma, CA.

| HOURLY SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Data synthesis & mapping, memorandum, document review & coordination | 13.1 | $160 | $2,096.00 |
| | | | |
| SUBTOTAL | 13.1 | | $ 2,096.00 |

| DIRECT COSTS | AMOUNT |
|---|---|
| | |
| | |
| | |
| SUBTOTAL | $ - |

**OTHER COMMENTS**

1. Total payment due in 30 days
2. Please make checks payable to Ian Wren

| | |
|---|---|
| **TOTAL** | $ 2,096.00 |

# IAN WREN

# SEPTEMBER 2023 INVOICE

| | | | | |
|---|---|---|---|---|
| **INVOICE #** | 18-503 | | **INVOICE DATE** | 9/7/2023 |
| **WORK ORDER #** | 18-500 | | | |

| | | | |
|---|---|---|---|
| **MAILING INFO** | Wren WS<br>PO Box 31896<br>San Francisco, CA 94131<br>Phone: (415) 810-6956 | **BILL TO** | Andrew Packard<br>The Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA  94952 |

Technical services provided from July through August, 2023, with respect to the Reichardt Duck Farm matter, Petaluma, CA.

| HOURLY SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Preparation for and participation in dry weather inspections, sample prep, document review & coordination | 16.3 | $160 | $2,608.00 |
| | | | |
| SUBTOTAL | 16.3 | | $   2,608.00 |

| DIRECT COSTS | AMOUNT |
|---|---|
| | |
| | |
| | |
| SUBTOTAL | $            - |

**OTHER COMMENTS**

1. Total payment due in 30 days
2. Please make checks payable to Ian Wren

| | |
|---|---|
| **TOTAL** | **$    2,608.00** |

Invoice for Ian Wren, September 2023



**Water & Environmental TECHNOLOGIES**

480 East Park Street | Butte, Montana 59701

| | |
|---|---|
| Andrew Packard Law | October 15, 2023 |
| 245 Kentucky Street, Ste B3 | Project No:   2023.1944 |
| Petaluma, CA  94952 | Invoice No:   9409 |
| | Due Date:   November 14, 2023 |

Project            2023.1944            PACKARDM01 Reichardt Duck Farm

**Professional Services from August 06, 2023 to September 30, 2023**

Task            001            Consulting

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Officer/Principal | 21.75 | 300.00 | 6,525.00 | |
| Totals | 21.75 | | 6,525.00 | |
| **Total Labor** | | | | **6,525.00** |
| | | **Total this Task** | | **$6,525.00** |
| | | **Total this Invoice** | | **$6,525.00** |

---

**To Pay by Check:** Mail to 480 E Park, Butte, MT  59701
**To Pay by *Credit Card:** https://waterenvtech.com and click on Invoice & Bid Package Pay

 *a 3% processing fee will be charged for all credit card payments

**To Pay by ACH:**  Contact accounting@waterenvtech.com to set up

WET will mail you a form to fill out. WET will **NEVER** send our banking information or ask for your banking or personal information by email.

| Date | Hours | Description |
|---|---|---|
| 8/10/2023 | 2.5 | Discussion on NO3 in soil, fate and transport, Retained on project, review site photos and video |
| 8/11/2023 | 1.5 | Call with attorneys, reserched and sent CD table with soil concentrations |
| 8/14/2023 | 1.25 | Discussion with group of attorneys, settlement structure and language |
| 8/18/2023 | 2.25 | Researched and sent CD from simiar settlelment DBD |
| 9/11/2023 | 0.75 | Call with attorneys |
| 9/12/2023 | 1 | Follow up call on ground water issues and connection to surface water |
| 9/13/2023 | 1 | Email response on Concentration in soil as part of CD |
| 9/19/2023 | 2.5 | Review draft CD and Emails comments |
| 9/20/2023 | 2.75 | Call with attorney group and add soil sampling criteria to CD language |
| 9/21/2023 | 1.75 | Research and send complete CD language to Andrew |
| 9/25/2023 | 1.5 | Call with attorneys, emails and definitions in CD language |
| 9/26/2023 | 2.5 | Modify CD language and send to attorneys, 4 calls to discuss CD Language and details during settlement negotiations |
| 9/28/2023 | 0.5 | Review Final CD for Accuracy with previous discussions. |