ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>       Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., et al,<br><br>       Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**PLAINTIFF'S NOTICE REGARDING SUBMITTED BRIEFING ON FEE MOTION**<br><br>Judge: Hon. Alex G. Tse |

Plaintiff Californians for Alternatives to Toxics ("Plaintiff") submits this Notice regarding the motion for attorney's fees and costs taken under submission on February 9, 2024. ECF. 95. Under Local Rule 7-13, a party may file to provide notice to the Court that a matter remains under submission if a matter has been under submission for more than 120 days. As of this date, 133 days have transpired since the briefs were taken under submission.

Dated: June 22, 2024         LAW OFFICES OF ANDREW L. PACKARD

                             By:   /s/ Andrew L. Packard
                                   Andrew L. Packard
                                   Attorneys for Plaintiff
                                   CALIFORNIANS FOR
                                   ALTERNATIVES TO TOXICS