UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REICHARDT DUCK FARM, INC, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-09065-AGT<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS<br><br>Re: Dkt. Nos. 93, 94 |

　　　　Plaintiff has submitted additional support and documentation in reply. Dkts. 93 & 94. Because those support documents were not submitted with the opening brief and filed in response to the opposition, Defendants did not have an opportunity to respond to that evidence in their opposition. To the extent Defendants wish to file a reply limited to those invoices, they may do so by **July 10, 2024**. That response is limited to 2 pages and restricted to the litigation costs described in Exhibit 15 (dkt. 94).

　　　　**IT IS SO ORDERED.**

Dated: July 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge