UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No. 22-cv-09065-AGT |
| Plaintiff, | |
| v. | **ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| REICHARDT DUCK FARM, INC, et al., | Re: Dkt. No. 100 |
| Defendants. | |

The Court grants plaintiff's motion for leave to file a motion for reconsideration. Plaintiff shall file its motion for reconsideration by October 4, 2024. If defendants choose to file an opposition, they must file it by October 11, 2024. If plaintiff chooses to file a reply, plaintiff must file it by October 16, 2024.

**IT IS SO ORDERED.**

Dated: September 26, 2024

Alex G. Tse
United States Magistrate Judge