**EXHIBIT B**

LAW OFFICES OF
ANDREW L. PACKARD
245 KENTUCKY STREET, SUITE B3, PETALUMA, CA 94952
PHONE (707) 782-4060   FAX (707) 782-4062
INFO@PACKARDLAWOFFICES.COM

May 30, 2025

*Via Electronic Mail Only*
Diane G. Kindermann
Glen C. Hansen
Abbott & Kindermann, Inc
2100 21st Street
Sacramento, California 95818
DKindermann@aklandlaw.com
ghansen@aklandlaw.com

      Re:    *Californians for Alternatives to Toxics v. Reichardt Duck Farm, Inc., John Reichardt;* United Stated District Court, Northern District of California, Case No. 3:22-cv-09065-AGT; Further Meet and Confer Regarding Compliance with Consent Decree Entered November 22, 2023 ("Decree") (Dkt. 68)

Dear Diane and Glen,

    CAT has now completed its review of Defendants' 2024-2025 Storm Water Monitoring conducted under the Decree, and is writing to request additional compliance documents, and to schedule a meet and confer call pursuant to the Dispute Resolution terms of the Decree. As described in more detail below, CAT wishes to meet and confer to discuss the planning documents mandated under the Decree, the infrastructural upgrades mandated under the Decree (monitoring wells and flow meters), and the Decree's requirements for the 2025 Action Memorandum due on July 15, 2025.

**Planning Documents Requested**

    Regarding the initial drafts of the Facility's first Waste Management Plan, Nutrient Management Plan, and Monitoring and Reporting Plan for Land Application Areas (collectively, the "Planning Documents"), our efforts to meet and confer over the last eighteen months have not been productive. In fairness to all parties, the discussions were largely frustrated by the lack of clarity around (a) which drafts of the Planning Documents were actually in effect, since all of them underwent significant revisions through multiple iterations; and (b) whether the Facility was going to return to full scale operations (*i.e.*, pre-Avian flu). While we appreciate the fact that Defendants still may not know (or wish to share) their future plans for the Facility, we hope they can appreciate CAT's interest in ensuring that all of the Planning Documents are now in order and fully compliant with the Decree in the event that Defendants were to return to full operations tomorrow.

Diane Kindermann
Glen C. Hansen
May 30, 2025
Page 2

    Therefore, CAT is requesting copies of:

(1) Defendant's current draft Waste Management Plan ("WMP")(see Section I.2.(d) of the Decree);
(2) Defendant's current draft Nutrient Management Plan ("NMP")(see Section I.2.(e) of the Decree;
(3) Defendant's current draft Monitoring and Reporting Plan for Land Application Areas ("MRP") (see Section I.2.(f) of the Decree); and,
(4) Defendants' current Storm Water Pollution Prevention Plan ("SWPPP"), if it is not the most recent iteration uploaded to SMARTS.

It is CAT's intention to have its experts review and provide feedback on each of the Planning Documents to ensure that the Facility is in compliance with the requirements of the Decree and the Clean Water Act.

**Infrastructural Improvements for Discussion at the Meet and Confer**

    Our ongoing field investigations indicate that Defendants have re-initiated their practice of spraying wastewater containing manure onto the pasturelands at the Facility. Accordingly, CAT is requesting a preliminary written status update on the following compliance issues in advance of the meet and confer to ensure full compliance with the Decree:

(a) **Installation of Eight Groundwater Monitoring Wells.** Section I.2.(m) of the Decree required Defendants to "monitor groundwater for Nitrate and Total Coliform Bacteria consistent with the minimum requirements in Attachment A of the *General Waste Discharge Requirements for Confined Animal Facilities within the San Francisco Bay Region.*" Specifically, Defendants were to "install eight (8) individual boreholes for the purposes of groundwater monitoring of the first water table encountered……Four will be placed immediately down-gradient of the wastewater treatment storage Ponds A, B, and C; four farther down-gradient; or at other locations to be mutually determined by the parties, to sample for the constituents above."

Please provide a written description of the actions undertaken by Defendants to comply with Section I.2.(m).

(b) **Installation of Flow Meters and Moisture Measuring.** Section I.2.(n) required Defendants to "ensure that all application of the Facility's wastewater to land, whether part of the Facility or off-site, is measured by flow meters." To effectuate these required measurements, Defendants were supposed to equip "[a]ll application areas with at least two (2) moisture sensor stations, each of which shall include a data logger with sensors at 1-foot, 2-foot and 3-foot depths" and to "incorporate flow metering of irrigation water for the purpose of documenting irrigation water applied to specific fields.

Diane Kindermann
Glen C. Hansen
May 30, 2025
Page 3

> Defendants also agree to incorporate soil moisture data collection into the NMP as appropriate for site-specific conditions to be developed during the NMP process."

Please provide a written description of the actions undertaken by Defendants to comply with Section I.2.(n).

**<u>2025 Action Memorandum (including all "additional measures that will be taken")</u>**

Self-monitoring reports under the Industrial General Permit are deemed "conclusive evidence of an exceedance of a permit limitation." *Sierra Club v. Union Oil*, 813 F.2d 1480, 1493 (9th Cir. 1988). Attached hereto as **Exhibit 1** is a compilation of Defendants' storm water sampling results over the past two wet seasons. These sample results indicate that the concentrations of Fecal Coliform, E. Coli, Ammonia, TKN, N+N, and Phosphorous in Defendants' discharges continues to chronically exceed the evaluation levels set forth in the IGP and the Decree.

As a result, Defendants will need to prepare another Action Memorandum this year to describe the <u>additional BMPs</u> they will be developing and implementing before the next Wet Season. CAT wishes to avoid the acrimonious process that happened last year, when Defendants' Action Memorandum asserted that no testing of any kind will warrant engagement in the IGP's iterative process, or compliance with the Decree, stating:

> The observed test results do not provide meaningful opportunity to determine the impact of the Facility independent of the natural environment and provides **no meaningful opportunities for action**. RDF already prevents the accumulation of material that may contain pathogens outside of the intended areas, that are contained within the designated manure, composting, and wastewater containment areas....no additional measures are warranted because the natural environment cannot be disinfected without unintended harm.

(emphasis added). These statements merely reflect your expert's unsupported views attributing Defendants' pollution problems to "the natural environment." They do not support re-writing the Decree to provide an "out" for Defendants asserting nonsensical explanations for the polluted discharges.[1] Under both the IGP and the Decree, when the analytical sampling results exceed the evaluation levels, <u>additional BMPs must be developed and implemented,</u> notwithstanding your expert's conclusions that <u>no</u> new BMPs are needed because "any BMPs implemented for the former maximum Facility operations will address and should eliminate further exceedances."

---

[1] Even if Defendants could show some contribution of pollutants from the adjacent properties, it would not have any legal effect on their obligations under the Decree, or their compliance with the Clean Water Act (and the cases that have specifically addressed the issue of storm water run-on).

Diane Kindermann
Glen C. Hansen
May 30, 2025
Page 4

     That hopeful assertion has now been proven completely wrong: the 2024-2025 samples get worse, not better, than the prior years' sampling. CAT therefore expects the 2025 Action Memorandum to include a robust description of the <u>additional BMPs</u> that will be implemented to address these ongoing violations of the Decree and the Clean Water Act. If you wish to include a discussion of these BMPs at the meet and confer, we are amenable to doing so.

     As for logistics, CAT proposes the following schedule for your review and feedback:

| | |
|---|---|
| Friday, June 6, 2025: | Deadline for Production of Planning Documents (and SWPPP). |
| Friday June 13, 2025: | Deadline for written description of the actions undertaken by Defendants to comply with Sections I.2.(m) and (n). |
| Friday, June 20, 2025: | Suggested date for meet and confer call, by Zoom, at 11:00 a.m. |

Please confirm whether Defendants will agree to the schedule proposed above, as well as you and your experts' availability for the meet and confer call proposed for June 20th.

     Thank you for your continuing courtesy and cooperation.

                                      Sincerely,

                                      Andrew L. Packard

cc: Patricia Clary (Executive Director, CAT)

**EXHIBIT 1**

### 2023-2024 Wet Season

| Pollutant | | Amonia as N | TKN | N+N | P | BOD | Fecal C | E.Coli | O&G | pH | TSS | Tot C | NOTES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Method Required | | SM 4500-NH3 B+C or E | SM 4500-N org C, colorimetric detection | SM 4500-NO3-E | SM 4500-P B+E | SM 5210B | SM 9221 | SM 9223(b) | EPA 1664A | | SM 2540-D | NOT REQD | | |
| Eval Level | | 2.14 | 1.00 | 0.68 | 2.00 | 30 | 200 | 320 | 15 | 6.0-9.0 | 100 | | | |
| Date | Location | | | | | | | | | | | | | |
| 12/18/2023 | SP1 | 1.6 | 3.3 | 11 | 1.2 | 5.7 | | | ND | 7.37 | 24 | | P done erroneously by 200.7; | |
| | SP2 | 0.92 | 1.7 | 2.4 | 0.73 | ND | | | ND | 6.62 | 1.7 | | | |
| | SP3 | 1.4 | 2.7 | 3.1 | 1 | 4.4 | | | ND | 7.02 | 33 | | | |
| | SP5 | 2.4 | 7.5 | 22 | 6 | 23 | | | ND | 7.13 | 63 | | | |
| 12/27/2023 amended | SP1 | | | | | | | | | | | | | |
| | SP2 | | | | | | | | | | | | | |
| | SP3 | | | | | | | | | | | | | |
| | SP4 | 4.6 | 15 | 17 | | 75 | | >2419.6 | ND | 7.43 | 1400 | >2419.6 | See note 1 | |
| | SP5 | 1.6 | 5 | 35 | | 10 | | >2419.6 | ND | 7.18 | 72 | >2419.6 | See note 1 | |
| 1/2/2024 | SP1 | 0.55 | 1.8 | 2.5 | 0.5 | 6 | >1600 | >2419.6 | ND | 6.9 | 110 | >2419.6 | | |
| | SP2 | 0.32 | ND | 0.29 | 0.072 | ND | 23 | 13 | ND | 6.5 | 1.6 | 830 | | |
| 1/9/2024 | SP1 | 0.62 | 2.1 | 24 | 0.63 | 4.8 | >1600 | 2400 | ND | 7.5 | ND | >2419.6 | | |
| | SP2 | 1.1 | 1.3 | 0.51 | 0.16 | ND | 110 | 9.5 | ND | 7.5 | 65 | 2400 | | |
| 1/31/2024 | SP1 | 0.56 | 1.6 | 2.8 | 0.51 | 2.9 | >1600 | 2000 | ND | 7 | 25 | >2419.6 | | |
| | SP2 | 1.2 | 1.8 | 0.42 | 0.17 | 3.8 | 2 | 16 | ND | 6.8 | 5.4 | >2419.6 | | |
| 2/7/2024 | SP1 | 0.32 | ND | 0.079 | 0.077 | ND | 2 | 4.1 | ND | 6.6 | 1 | 2000 | | 0.06 |
| | SP2 | 0.27 | 1.2 | 0.28 | 0.56 | 2.7 | >1600 | 1700 | ND | 7.4 | 120 | >2419.6 | | 0.48 |
| 4/4/2024 | SP1 | | | | | | | | | | | | tss ONLY | |
| | SP2 | | | | | | | | | | | | | |

### 2024 - 2025 Wet Season

| Pollutant | | Amonia as N | TKN | N+N | P | BOD | Fecal C | E.Coli | O&G | pH | TSS | Tot C | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Method Required | | SM 4500-NH3 B+C or E | SM 4500-N org C, colorimetric detection | SM 4500-NO3-E | SM 4500-P B+E | SM 5210B | SM 9221 | SM 9223(b) | EPA 1664A | | SM 2540-D | NOT REQD | |
| Eval Level | | 2.14 | 1.00 | 0.68 | 2.00 | 30 | 200 | 320 | 15 | 6.0-9.0 | 100 | | |
| 11/14/2024 | SP1 | 0.74 | 3.6 | 13 | 0.9 | 5.4 | >1600 | >2419.6 | | | 46.8 | | |
| | SP2 | 1.9 | 2.7 | 0.54 | 0.46 | ND | >1600 | >2419.6 | | | J2.0 | | |
| 11/20/2024 | SP1 | 0.58 | 1.8 | 1.8 | 0.59 | ND | 920 | 1732.9 | | | 52 | | |
| | SP2 | 0.6 | 0.77 | J0.075 | 0.26 | ND | 350 | 1299.7 | | | 17.6 | | |
| | SP3 | 0.73 | 1.1 | 0.39 | 0.42 | ND | 920 | 1986.3 | | | 31.3 | | |
| | SP4 | 3.3 | 6.7 | 13 | 2.9 | 7.9 | >1600 | >2419.6 | | | 233 | | |
| | SP5 | 0.8 | 2.6 | 6.5 | 1.6 | ND | >1600 | 1732.9 | | | 239 | | |
| 1/31/2025 | SP1 | 0.93 | 1.7 | 0.41 | 0.12 | ND | 49 | 30.9 | ND | 6.5 | 7.5 | | |
| | SP2 | 0.88 | 2.4 | 0.27 | 0.33 | 12 | 13 | 26.5 | ND | 7 | 75.3 | | |
| | SP3 | 1.9 | 3.7 | 0.46 | 0.43 | 10 | 13 | 47.9 | ND | 7 | 30 | | |
| | SP4 | 3.6 | 8.5 | 11 | 2.5 | 22 | 1600 | 1203.3 | ND | 8.2 | 227 | | |
| | SP5 | 1 | 3 | 7.6 | 1.4 | 8.8 | 540 | 1732.9 | ND | 7.6 | 124 | | |
| 2/13/2025 | SP1 | 0.65 | 5.3 | 0.9 | 5.8 | 6 | >1600 | >2419 | | 7 | 616 | | |
| | SP2 | 3.6 | 4.9 | 0.99 | 0.21 | ND | 13 | 44.1 | | 7 | j1.1 | | |
| | SP3 | 2 | 3.1 | 1.9 | 1.2 | ND | 27 | 116.2 | | 7 | 5.1 | | |
| | SP4 | 1.7 | 6.1 | 3.3 | 6.7 | ND | >1600 | 1986.3 | | 7 | 59.6 | | |
| | SP5 | 0.49 | 1.8 | 2.4 | 1 | ND | >1600 | 1299.7 | | 7 | 53.3 | | |
| 2/19/2025 | SP1 | 1.2 | 1.6 | 3 | 0.36 | ND | 49 | 19.7 | | | 36.8 | | |
| | SP2 | 3.8 | 5.5 | 1.1 | 0.31 | 13 | 1600 | 517.2 | | | 14.1 | | |
| | SP3 | 5.1 | 7.7 | 1.3 | 0.41 | 14 | 540 | 238.2 | | | 25.6 | | |
| | SP4 | | | | | | | | | | | | |
| | SP5 | | | | | | | | | | | | |

Over Eval
DNQ
no analysis

(1) Re: pH lab notes indicate "Sample analyzed outside of recommended holding time per client."