**EXHIBIT C**

Andrew Packard &lt;andrew@packardlawoffices.com&gt;

---

**Reichardt Continued CD Compliance**

**Diane Kindermann Henderson** &lt;DKindermann@aklandlaw.com&gt;                                                 Wed, Jun 18, 2025 at 1:15 AM
To: "Andrew Packard (Andrew@PackardLawOffices.com)" &lt;Andrew@packardlawoffices.com&gt;, Robin Orlansky &lt;rorlansky@aklandlaw.com&gt;
Cc: Patty Clary &lt;patty@alt2tox.org&gt;, "wverick@igc.org" &lt;wverick@igc.org&gt;, Glen Hansen &lt;GHansen@aklandlaw.com&gt;

Hi Andrew,

In its letter of May 30, 2025, CAT requested a preliminary written status update on the following compliance issues in advance of the meet and confer to ensure full compliance with the Decree. Here are the details requested by CAT.

### All requested documents provided on June 6, 2025 and prior to June 6, 2025.

All requested documents were provided on June 6, 2025 via shared folder:

•     January 1, 2024 - Reichardt Duck Farm Draft Monitoring and Reporting Program, Advanced Viticulture Consulting, Inc. TSP-22-24351

•     January 1, 2024 - Reichardt Duck Farm Draft Waste Management Plan, Advanced Viticulture Consulting, Inc. TSP-22-24351

•     April 26, 2025 - Reichardt Duck Farm Draft Nutrient Management Plan, Advanced Viticulture Consulting, Inc. TSP-22-24351

All are labeled "Draft" due to the lack of review or comment by CAT however, all had been implemented on or before treated wastewater irrigation pursuant to approved WDRs began in July 2024.

### Infrastructural Improvements for Discussion at the Meet and Confer

In the May 30, 2025 letter CAT states that it's "…ongoing field investigations indicate that Defendants have re-initiated their practice of spraying wastewater containing manure onto the pasturelands at the Facility" CAT is wrong.

Whomever is conducting CAT's "ongoing field investigations " is wrong; because "wastewater containing manure" is **not** sprayed anywhere by Reichardts.

What has occurred is that treated wastewater consistent with approved WDRs has been applied for irrigation purposes in accordance with the same WDRs, a current NMP and irrigation plan, all updated with pond and soil sample results from spring 2025.

### Written description of the actions undertaken by Defendants to comply with Section I.2.(m).

**Compliance with CD Section I.2.(M)**

CD TEXT

…Defendants agree to incorporate into the MRP the requirement that Defendants monitor groundwater for Nitrate and Total Coliform Bacteria consistent with the minimum requirements in Attachment A of the General Waste Discharge Requirements for Confined Animal Facilities within the San Francisco Bay Region. To that end, Defendants shall install eight (8) individual boreholes for the purposes of groundwater monitoring of the first water table encountered, which boreholes shall be permitted by the County of Sonoma, shall comply with the requirements for monitoring wells provided in California Department of Water Resources Standard Bulletin 74-90, and shall be drilled by a California C-57 licensed contractor. Four will be placed immediately down-gradient of the wastewater treatment storage Ponds A, B, and C; four farther down-gradient; or at other locations to be mutually determined by the parties, to sample for the constituents above. The parties understand that, for a variety of reasons, boreholes may not always function as intended, and that in such event, if any borehole location fails to serve the purposes of this Consent Decree, a replacement location will be mutually determined by the parties, promptly. These eight boreholes shall remain fully operative for the full Term of this Consent Decree.

DESCRIPTION OF ACTIONS TAKEN

In the January 1, 2024 Draft Monitoring and Reporting Program, the proposed location of the groundwater wells were provided to CAT with the locations shown on the map MRP 3. Drilling wells with heavy equipment on soft fields that winter was not recommended and the project was not pursued that winter. By Spring, no comments on the proposed location of the wells were received and Reichardt began planning for the drilling project. By July 2024 Reichardt had reached out to a local drilling company familiar with the local groundwater conditions and knowledge of the County specifications and permitting process for these types of projects. The Application for Drilling Permit was submitted to the County of Sonoma Environmental Health and Safety Section along with a map and licensed driller's signature. The application was rejected because more information was required from the licensed driller. Reichardt reached out to the driller to find out the availability and timing to receive information, costs, and a schedule before the fields became too saturated to get the equipment to the proposed well locations. In May 2025, Sonoma County was contacted by Reichardts to ensure the permit application was still open. The County notified Reichardts that due to staffing changes, the application, map, and full work plan would have to be resubmitted for consideration. Reichardt has contacted the driller requesting a current cost estimate and availability to schedule the work. The required full Work Plan, Health and Safety Plan, and driller's certification are being developed currently for resubmittal to the County.

**Compliance with CD Section I.2.(n)**

CD TEXT

(n) Flow Metering and Moisture Measuring. For the Term of this Consent Decree,

Defendants shall ensure that all application of the Facility's wastewater to land, whether part of the Facility or off-site, is measured by flow meters. Any application to land shall be followed by daily moisture measurements using a portable moisture meter at multiple depths in each area of

irrigation. The NMP also shall define moisture levels for comparison to field readings that will

indicate if a field is reaching saturation, and shall identify corrective actions if field saturation is

reached. All application areas shall be equipped with at least two (2) moisture sensor stations, each of which shall include a data logger with sensors at 1-foot, 2-foot and 3-foot depths. These moisture readings shall be considered against projected evapotranspiration and anticipated crop

needs, and application recommendations shall be made accordingly, for each field weekly. The sensor system shall be outfitted with an alarm function to immediately notify Defendants if the moisture level in the third foot sensor reaches field capacity. If the moisture level in the third foot

sensor reaches field capacity, then all application of wastewater to that field shall cease until

remediated. Defendants agree to incorporate flow metering of irrigation water for the purpose of

documenting irrigation water applied to specific fields. Defendants also agree to incorporate soil moisture data collection into the NMP as appropriate for site-specific conditions to be developed during the NMP process.

DESCRIPTION OF ACTIONS TAKEN

      Flow meters and moisture sensors were fully installed and functional prior to any irrigation, which began in July 2024. Flow meters were installed and in use as follows. By July 2023, a meter was installed on the pump output to measure transfer of wastewater from the Settling Pond to Pond A, measuring all wastewater and commingled storm water captured north of Middle Two Rock Road to the wastewater pond system for treatment. By June 2024, a meter was installed on the pump output to measure water flowing from the currently-active irrigation pond to the irrigation feed pipe, which is then irrigated onto the designated field. (No irrigation was done prior to June 2024, so no measurements were taken).

      The alarmed moisture sensor system was installed, tested, and ready to use in June 2024, prior to irrigation, with sensors at 1, 2, and 3-foot depths. As described in the May 2024 NMP and the April 2025 NMP, the installation of two sets of (3) Irrometer Watermark soil moisture sensor(s) per irrigated field was completed to ensure that water applied does not percolate past the rootzone. Should the sensor at 36" reach field capacity, irrigation in that particular irrigation block should cease until the soil moisture is taken up. These probes are connected to Davis Instruments Enviromonitor nodes allowing for real-time data collection and the setting of alarm thresholds. NMP protocols ensure that irrigation would occur only when plants have drawn up enough moisture that water is needed by the plants. This will avoid excessive leaching or stagnant water that can result in runoff. Specifically, Watermark sensors are soil tensiometers meaning they measure water tension in the soil. Field capacity for grasses is reached when the tension reads -10 cbars. It is expected that an irrigation will allow the soil at 36" to reach field capacity. Another irrigation should not be applied until soil tension has dropped below -10 cbars.

      These readings were monitored in real-time during irrigation and reviewed weekly by Advanced Viticulture Consulting.

Thank you, Diane

**Diane G. Kindermann Henderson**



A Professional Corporation
2100 21st Street | Sacramento, CA 95818
tel: (916) 456-9595 | mobile: (916) 201-5701 | fax: (916) 456-9599
website | blog | email

This electronic message transmission contains information from the law firm of Abbott& Kindermann, Inc. which may be confidential or privileged.  Recipients should not file copies of this e-mail with publicly accessible records. The information is intended to be for the use of the individual(s) named above.  If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

Abbott& Kindermann, Inc. Circular 230 Notice:  To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties.  Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.