**EXHIBIT D**

Law Offices Of
# ANDREW L. PACKARD
245 Kentucky Street, Suite B3, Petaluma, CA 94952
Phone (707) 782-4060   Fax (707) 782-4062
Info@PackardLawOffices.com

June 20, 2025

*Via Electronic Mail Only*
Diane G. Kindermann
Glen C. Hansen
Abbott & Kindermann, Inc
2100 21st Street
Sacramento, California 95818
DKindermann@aklandlaw.com
ghansen@aklandlaw.com

      Re:    *Californians for Alternatives to Toxics v. Reichardt Duck Farm, Inc., John Reichardt;* United Stated District Court, Northern District of California, Case No. 3:22-cv-09065-AGT; Further Meet and Confer Regarding Compliance with Consent Decree Entered November 22, 2023 ("Decree") (Dkt. 68)

Dear Diane,

    Thank you for making time for our meet and confer call this morning. This will respond to your June 18th email and confirm the understandings reached in today's call.

Planning Documents

    CAT appreciates your written confirmation that the Facility's Waste Management Plan, Nutrient Management Plan, and Monitoring and Reporting Plan for Land Application Areas (collectively, the "Planning Documents"), all of which were transmitted on June 6, 2025 are now "final" and ready for review by CAT's experts. Despite their continuing to be marked "DRAFT" (including the sixth such "draft" of the "Draft Nutrient Management Plan") you have represented that all of these plans were implemented before July 2024.

    We anticipate completing our review of the Planning Documents in the coming weeks and will be providing our comments and suggestions to you in writing. Please confirm that all future uploads to the shared folder will be accompanied by a contemporaneous notice to CAT that the folder has been supplemented.

Required Infrastructural Improvements

    (a) **Eight Groundwater Monitoring Wells** by November 15, 2023 (Section I.2.(m) of the Consent Decree). This requirement is included in the Consent Decree to ensure, as part of the Facility's new Monitoring and Reporting Plan, groundwater

Diane Kindermann
Glen C. Hansen
June 20, 2025
Page 2

<mark>monitoring for Nitrate and Total Coliform Bacteria. We understand your June 18th email to confirm that, although various actions have been taken by the Defendants over the last nineteen months, this obligation has still not been met. We see this as a basis for a motion to enforce the Consent Decree, so if you want to add any additional milestones to the timeline set forth below, please do so:</mark>

| | |
|---|---|
| July 2024 | Defendants contact drilling contractor. |
| ? | Application for Drilling Permit submitted. |
| ? | Application denied. |
| May 2025 | Defendants contact County to see if application is "still open." |
| ? | County confirms that application needs to be re-submitted. |
| ? | Defendants contact driller to develop new application. |
| ? | *Second* Application for Drilling Permit submitted. |

<mark>You have confirmed that you will provide updates as to when the Work Plan, Health and Safety Plan, and driller's certification are completed and re-submitted to the County.</mark>

(b) **At least two moisture sensor stations in all application areas** by November 15, 2023 (Section I.2.(n) of the Consent Decree). Your June 18th email confirms that although the first flow meters were installed in July 2023 (to measure the transfer of wastewater from the Settling Pond to Pond A for treatment), it was not until June 2024 that a meter was installed to actually measure water flowing from the irrigation pond to the irrigation feed pipe and ultimately to the designated field. We have requested, and you have agreed to provide, a draft declaration confirming your statements that "[no] irrigation was done [during the Term of the Consent Decree and] prior to June 2024" and that the moisture sensor system was not ready for use until June 2024.

CAT has requested, and you have also agreed to provide, copies of the real-time readings provided by the Davis Instruments Enviromonitor nodes and reviewed weekly by Advanced Viticulture Consulting. We are requesting that you please confirm whether the "alarm thresholds" established for these instruments have been exceeded since data collection started a year ago.

Spring 2025 Sampling Results

We have request that you please provide the "pond and soil sample results from spring 2025" that are referenced in your June 18th email (to the extent this information has not been provided in the Nutrient Management Plan).

Diane Kindermann
Glen C. Hansen
June 20, 2025
Page 3

<u>2025 Action Memorandum</u>

Your June 18th email explaining Defendants' compliance efforts did not address CAT's continuing concern that this year's Action Memorandum, as was the case with last year's, will not have any new Facility BMPs to address the Facility's continuing exceedences of the General Permit's evaluation levels for Total Kjeldahl Nitrogen, Nitrate + Nitrite, Fecal Coliform and E. Coli (see **Exhibit 1**, attached hereto.)

When I raised this issue in our meet and confer call, your expert once again raised the possibility that the Facility's astonishingly high sampling results might be explained away by sources outside of the Facility. We believe this is a non-issue intended to distract from the Facility's continuing exceedences. In the event that the 2025 Action Memorandum again fails to identify new BMPs to address these exceedences, we will want to meet and confer and, if necessary, include this issue in the above-referenced motion to enforce the Consent Decree.

Thank you for your continuing courtesy and cooperation.

Sincerely,

Andrew L. Packard

cc: Patricia Clary (Executive Director, CAT)

**EXHIBIT 1**

### 2023-2024 Wet Season

| Pollutant | | Amonia as N | TKN | N+N | P | BOD | Fecal C | E.Coli | O&G | pH | TSS | Tot C | NOTES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Method Required | | SM 4500-NH3 B+C or E | SM 4500-N org C, colorimetric detection | SM 4500-NO3-E | SM 4500-P B+E | SM 5210B | SM 9221 | SM 9223(b) | EPA 1664A | | SM 2540-D | NOT REQD | | |
| **Eval Level** | | **2.14** | **1.00** | **0.68** | **2.00** | **30** | **200** | **320** | **15** | **6.0-9.0** | **100** | | | |
| Date | Location | | | | | | | | | | | | | |
| 12/18/2023 | SP1 | 1.6 | 3.3 | 11 | 1.2 | 5.7 | | | ND | 7.37 | 24 | | P done erroneously by 200.7; | |
| | SP2 | 0.92 | 1.7 | 2.4 | 0.73 | ND | | | ND | 6.62 | 1.7 | | | |
| | SP3 | 1.4 | 2.7 | 3.1 | 1 | 4.4 | | | ND | 7.02 | 33 | | | |
| | SP5 | 2.4 | 7.5 | 22 | 6 | 23 | | | ND | 7.13 | 63 | | | |
| 12/27/2023 amended | SP1 | | | | | | | | | | | | | |
| | SP2 | | | | | | | | | | | | | |
| | SP3 | | | | | | | | | | | | | |
| | SP4 | 4.6 | 15 | 17 | | 75 | | >2419.6 | ND | 7.43 | 1400 | >2419.6 See note 1 | | |
| | SP5 | 1.6 | 5 | 35 | | 10 | | >2419.6 | ND | 7.18 | 72 | >2419.6 See note 1 | | |
| 1/2/2024 | SP1 | 0.55 | 1.8 | 2.5 | 0.5 | 6 | >1600 | >2419.6 | ND | 6.9 | 110 | >2419.6 | | |
| | SP2 | 0.32 | ND | 0.29 | 0.072 | ND | 23 | 13 | ND | 6.5 | 1.6 | 830 | | |
| 1/9/2024 | SP1 | 0.62 | 2.1 | 24 | 0.63 | 4.8 | >1600 | 2400 | ND | 7.5 | ND | >2419.6 | | |
| | SP2 | 1.1 | 1.3 | 0.51 | 0.16 | ND | 110 | 9.5 | ND | 7.5 | 65 | 2400 | | |
| 1/31/2024 | SP1 | 0.56 | 1.6 | 2.8 | 0.51 | 2.9 | >1600 | 2000 | ND | 7 | 25 | >2419.6 | | |
| | SP2 | 1.2 | 1.8 | 0.42 | 0.17 | 3.8 | 2 | 16 | ND | 6.8 | 5.4 | >2419.6 | | |
| 2/7/2024 | SP1 | 0.32 | ND | 0.079 | 0.077 | ND | 2 | 4.1 | ND | 6.6 | 1 | 2000 | | 0.06 |
| | SP2 | 0.27 | 1.2 | 0.28 | 0.56 | 2.7 | >1600 | 1700 | ND | 7.4 | 120 | >2419.6 | | 0.48 |
| 4/4/2024 | SP1 | | | | | | | | | | | | tss ONLY | |
| | SP2 | | | | | | | | | | | | | |

### 2024 - 2025 Wet Season

| Pollutant | | Amonia as N | TKN | N+N | P | BOD | Fecal C | E.Coli | O&G | pH | TSS | Tot C | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Method Required | | SM 4500-NH3 B+C or E | SM 4500-N org C, colorimetric detection | SM 4500-NO3-E | SM 4500-P B+E | SM 5210B | SM 9221 | SM 9223(b) | EPA 1664A | | SM 2540-D | NOT REQD | |
| **Eval Level** | | **2.14** | **1.00** | **0.68** | **2.00** | **30** | **200** | **320** | **15** | **6.0-9.0** | **100** | | |
| 11/14/2024 | SP1 | 0.74 | 3.6 | 13 | 0.9 | 5.4 | >1600 | >2419.6 | | | 46.8 | | |
| | SP2 | 1.9 | 2.7 | 0.54 | 0.46 | ND | >1600 | >2419.6 | | | J2.0 | | |
| 11/20/2024 | SP1 | 0.58 | 1.8 | 1.8 | 0.59 | ND | 920 | 1732.9 | | | 52 | | |
| | SP2 | 0.6 | 0.77 | J0.075 | 0.26 | ND | 350 | 1299.7 | | | 17.6 | | |
| | SP3 | 0.73 | 1.1 | 0.39 | 0.42 | ND | 920 | 1986.3 | | | 31.3 | | |
| | SP4 | 3.3 | 6.7 | 13 | 2.9 | 7.9 | >1600 | >2419.6 | | | 233 | | |
| | SP5 | 0.8 | 2.6 | 6.5 | 1.6 | ND | >1600 | 1732.9 | | | 239 | | |
| 1/31/2025 | SP1 | 0.93 | 1.7 | 0.41 | 0.12 | ND | 49 | 30.9 | ND | 6.5 | 7.5 | | |
| | SP2 | 0.88 | 2.4 | 0.27 | 0.33 | 12 | 13 | 26.5 | ND | 7 | 75.3 | | |
| | SP3 | 1.9 | 3.7 | 0.46 | 0.43 | 10 | 13 | 47.9 | ND | 7 | 30 | | |
| | SP4 | 3.6 | 8.5 | 11 | 2.5 | 22 | 1600 | 1203.3 | ND | 8.2 | 227 | | |
| | SP5 | 1 | 3 | 7.6 | 1.4 | 8.8 | 540 | 1732.9 | ND | 7.6 | 124 | | |
| 2/13/2025 | SP1 | 0.65 | 5.3 | 0.9 | 5.8 | 6 | >1600 | >2419 | | 7 | 616 | | |
| | SP2 | 3.6 | 4.9 | 0.99 | 0.21 | ND | 13 | 44.1 | | 7 | j1.1 | | |
| | SP3 | 2 | 3.1 | 1.9 | 1.2 | ND | 27 | 116.2 | | 7 | 5.1 | | |
| | SP4 | 1.7 | 6.1 | 3.3 | 6.7 | ND | >1600 | 1986.3 | | 7 | 59.6 | | |
| | SP5 | 0.49 | 1.8 | 2.4 | 1 | ND | >1600 | 1299.7 | | 7 | 53.3 | | |
| 2/19/2025 | SP1 | 1.2 | 1.6 | 3 | 0.36 | ND | 49 | 19.7 | | | 36.8 | | |
| | SP2 | 3.8 | 5.5 | 1.1 | 0.31 | 13 | 1600 | 517.2 | | | 14.1 | | |
| | SP3 | 5.1 | 7.7 | 1.3 | 0.41 | 14 | 540 | 238.2 | | | 25.6 | | |
| | SP4 | | | | | | | | | | | | |
| | SP5 | | | | | | | | | | | | |

Over Eval
DNQ
no analysis

(1) Re: pH lab notes indicate "Sample analyzed outside of recommended holding time per client."