# EXHIBIT 2

3:22-CV-09065-AGT
**DECLARATION OF LONI LYTTLE ISO OPPO TO MOTION TO ENFORCE**

