# EXHIBIT 4



# Report of Soil Analysis

## Exhibit 4

**Lab No.:** 25D1052
**Sampled By:** Esmeralda
**Requested By:** Mark Greenspan
**Sampled Date:** 04/13/25
**Submitted Date:** 04/16/25
**Reported Date:** 04/18/25
**Location/Project:** Reichardt Duck Farm
**Crop ID:** Pasture/Grass (Int-Pasture/Grass) N/A

Advanced Viticulture
PO Box 2236
Windsor, CA 95492
00-0014769    05

**E-mail:** mark@advancedvit.com
**Copy To:** loni@advancedvit.com

| | | NAPT Methods---> | S3.10 | S4.10 | S5.10 | S6.10 |
|---|---|---|---|---|---|---|
| | | | AA Ext. NO$_3$-N | Olsen Ext. PO$_4$-P | AA Ext. K | 1N KCl Ext. NH$_4$-N |
| No. | Description | Depth | mg/kg | mg/kg | mg/kg | mg/kg |
| 01 | Reichardt 1 | 0-12" | 6 | 162 | 1130 | 1.4 |
| 02 | Reichardt 1 | 12-24" | 2 | 158 | 1110 | 0.5 |
| 03 | Reichardt 2 | 0-12" | 5 | 345 | 1390 | 0.5 |
| 04 | Reichardt 2 | 12-24" | 2 | 299 | 921 | 0.2 |
| 05 | Reichardt 3 | 0-12" | 2 | 11 | 471 | 0.8 |
| 06 | Reichardt 3 | 12-24" | 4 | 95 | 598 | 0.5 |
| 07 | Reichardt 4 | 0-12" | 6 | 29 | 316 | 1.4 |
| 08 | Reichardt 4 | 12-24" | 4 | 9 | 269 | 0.9 |
| 09 | Reichardt 5 | 0-12" | 6 | 160 | 1280 | 4.9 |
| 10 | Reichardt 5 | 12-24" | 4 | 40 | 727 | 2.5 |
| 11 | Reichardt 6 | 0-12" | 5 | 127 | 979 | 0.5 |
| 12 | Reichardt 6 | 12-24" | 1 | 74 | 670 | ND |
| 13 | Reichardt 7 | 0-12" | 1 | 65 | 306 | 1.5 |
| 14 | Reichardt 7 | 12-24" | ND | 21 | 125 | 0.5 |
| 15 | Reichardt 8 | 0-12" | 2 | 34 | 620 | 1 |
| 16 | Reichardt 8 | 12-24" | 2 | 10 | 466 | 0.2 |
| 17 | Reichardt 9 | 0-12" | 1 | 19 | 344 | 1.3 |
| 18 | Reichardt 9 | 12-24" | ND | 9 | 153 | |
| 19 | Reichardt 10 | 0-12" | 3 | 20 | 218 | 1.7 |
| 20 | Reichardt 10 | 12-24" | 2 | 53 | 543 | 0.8 |
| 21 | Reichardt 11 | 0-12" | 2 | ND | 64 | 1.3 |
| 22 | Reichardt 11 | 12-24" | 2 | ND | 46 | 1.2 |
| 23 | Reichardt 12 | 0-12" | 2 | 45 | 325 | 1.5 |
| 24 | Reichardt 12 | 12-24" | 1 | 25 | 148 | 2 |
| 25 | Reichardt 13 | 0-12" | 2 | 28 | 453 | 0.2 |



# Report of Soil Analysis

## NMP 8.1

**Lab No.:** 25D1052
**Sampled By:** Esmeralda
**Requested By:** Mark Greenspan
**Sampled Date:** 04/13/25
**Submitted Date:** 04/16/25
**Reported Date:** 04/18/25
**Location/Project:** Reichardt Duck Farm
**Crop ID:** Pasture/Grass (Int-Pasture/Grass) N/A

Advanced Viticulture
PO Box 2236
Windsor, CA 95492
00-0014769     05

**E-mail:** mark@advancedvit.com
**Copy To:** loni@advancedvit.com

| No. | Description | Depth | NAPT Methods--> | S3.10 AA Ext. NO$_3$-N mg/kg | S4.10 Olsen Ext. PO$_4$-P mg/kg | S5.10 AA Ext. K mg/kg | S6.10 1N KCl Ext. NH4-N mg/kg |
|---|---|---|---|---|---|---|---|
| 26 | Reichardt 13 | 12-24" | | 1 | 8 | 203 | 0.9 |
| 27 | Reichardt 14 | 0-12" | | 2 | 78 | 637 | 0.7 |
| 28 | Reichardt 14 | 12-24" | | 2 | 32 | 232 | 0.5 |
| 29 | Reichardt 15 | 0-12" | | 1 | 59 | 791 | 0.5 |
| 30 | Reichardt 15 | 12-24" | | 1 | 11 | 392 | 0.6 |
| 31 | Reichardt 16 | 0-12" | | 2 | 27 | 576 | 1.2 |
| 32 | Reichardt 16 | 12-24" | | 2 | 9 | 341 | 0.7 |
| 33 | Reichardt 17 | 0-12" | | 2 | 74 | 677 | 1.2 |
| 34 | Reichardt 17 | 12-24" | | 1 | 29 | 354 | 1.1 |

ND = None Detected

Dellavalle Laboratory, Inc - 1910 W McKinley #110 - Fresno CA 93728 - (559) 233-6129 - (800) 228-9896 - www.dellavallelab.com  **See Attached for Analysis Documentation**  Page 2 of 2