Diane G. Kindermann Henderson (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
REICHARDT DUCK FARM, INC., and
JOHN REICHARDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> REICHARDT DUCK FARM, INC., and JOHN REICHARDT, <br><br> Defendants. | Case No: 3:22-CV-09065-AGT <br><br> **DECLARATION OF DIANE G. KINDERMANN IN SUPPORT OF DEFENDANTS REICHARDT DUCK FARM, INC., and JOHN REICHARDT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE CONSENT DECREE** <br><br> Date:        November 21, 2025 <br> Time:       10:00 a.m. <br> Location:   Courtroom A – 15th Floor <br> Judge: Hon. Magistrate Judge Alex G. Tse |

I, Diane G. Kindermann, declare,

    1.    If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except those matters alleged upon information and belief, and as to those, I believe them to be true.

    2.    I am a Shareholder of the law firm of Abbott & Kindermann, Inc., counsel of record for Defendants Reichardt Duck Farm, Inc., and John Reichardt (collectively, "Defendants" or "RDF") in this action. If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except those matters alleged upon information and belief, and as to those, I believe them to be true .

**Reichardts' Compliance With Consent Decree**

3.  I was present at the Settlement Conference in which the Consent Decree ("CD") (Exhibit A, Decl. Of Andrew L. Packard ISO Plaintiff's Motion) was developed and I have worked closely with RDF, Travis Peterson ("Peterson"), Loni Lyttle ("Lyttle"), Peter Langtry ("Langtry") in all aspects of compliance with the CD .

4.  RDF is in compliance with the CD in all respects. Since the Effective Date of the CD, RDF has made continued good-faith efforts and has accomplished the timely preparation and submittal of all materials.  RDF has performed all other CD actions, including the drilling of wells to allow groundwater testing and monitoring the first water table encountered to provide the groundwater data sought by Californians For Alternatives To Toxics ("CAT").  (See Declaration of Andrew L. Packard, Exhibit A, p.11., Section I. Commitments of Defendants, 2(m). Groundwater Monitoring.)

5.  The Declarations of Peterson, Lyttle, and Langtry, filed herewith, detail the actions that I oversaw regarding compliance with the CD on the issues identified in this motion.

6.  I timely submitted the draft Monitoring and Reporting Plan ("MRP") to CAT on or about January 1, 2024, with the proposed location of the groundwater wells shown on the included map MRP 3.  (See Decl. of Loni Lyttle, Exhibit 2, "2024/2025 Sampling Locations".)

7.  I received no comments verbal or otherwise from CAT on the draft MRP until CAT's letter dated July 11, 2025.  (See Exhibit 1.)

8.  CAT's letter of June 20, 2025, confirms that CAT had not submitted to RDF any comments on any of the documents submitted, including but not limited to the MRP. (Decl. of Andrew L. Packard, Exhibit D, pp.1-2.)

**The Drilling Project Timeline Reflects RDF's Compliance With The Consent Decree**

9.  On September 18, 2025, I participated in a Meet & Confer phone conference with CAT, CAT's expert, Peterson and Lyttle.  I verbally confirmed that the drilling project was underway, a qualified contractor was under contract, and the schedule was as follows: "Permit application will be submitted by September 29, Permitting review and issuance anticipated by October 20, pre-drilling activities and subsurface clearances are scheduled to be completed by

1  October 21, Drilling and well installation to commence between October 22 – 24, Well
2  development and sampling scheduled for between October 27 – 31." CAT provided no
3  comment on this schedule.

4    10. RDF was forthcoming with CAT regarding the drilling schedule and permit status
5  as soon as RDF received MRP comments in accordance with the Consent Decree.

6    11. The drilling project has remained consistent with the schedule provided to CAT
7  in that Meet & Confer call on September 18, 2025.

8    12. The drilling project is active and experts are evaluating new and significant data
9  gathered during the irrigation seasons and during the October 21, 2025 subsurface investigation.
10 The Declarations of Lantry, Lyttle and Peterson speak to the findings of the drilling expert.

11 **There Is No Basis To Continue GW Monitoring Beyond November 2026.**

12   13. Based on the findings of Langtry, as set forth in his Declaration, no obligation of
13 the CD, including but not limited to groundwater monitoring, should be extended beyond the
14 CD's November 1, 2026 termination date.

15   14. We have just learned (October 2025) that based on the recent outbreak of Avian
16 Flu at RDF, again, the entire flock had to be destroyed. There will be no operation requiring
17 water treatment and irrigation after the CD's termination date.

18   15. On October Abbott & Kindermann prepared a letter to CAT suggesting that a
19 conference be held before a Magistrate Judge to address the issues raised in this motion. This is
20 an alternative to a hearing to address the recent finding of the hydrologist in relation to the
21 content of the DC.

22  I declare under penalty of perjury under the laws of the State of California that the
23 foregoing is true and correct, except as to those matters alleged on information and belief and, as
24 to those matters, I believe them to be true. Executed on October 31, 2025, at Sacramento,
25 California.

26
27             _____
            DIANE G. KINDERMANN HENDERSON
28