# EXHIBIT 1

# TRAVIS PETERSON

- 139 Old Vine Way, Napa, CA 94558
- 707-738-8788
- travis.peterson.solutions@gmail.com

---

**EXPERIENCE & OBJECTIVE**

Experienced environmental scientist with over 25 years of practice specializing in California regulatory strategy for water, soil, and air quality protection for facilities including industrial, commercial, manufacturing, and utility operations. Travis has significant program management experience in water resources at industrial operations, municipal and private utilities, where he developed expertise and knowledge of operations and infrastructure projects for wastewater, recycled water, drinking water, and storm water programs in many industrial and commercial applications. He is well-versed at creating and implementing environmental compliance programs aimed at reducing operational risk and liability for a variety of industry operations and public and private water and environmental utilities.

**EDUCATION**

**Master of Science, Chemistry,** San Francisco State University
**Bachelor of Science, Chemistry**, Mathematics Minor, University of Miami

**CERTIFICATIONS**

California Storm Water QISP
Water Treatment Certification Grade 2
Water Distribution Certification Grade 2

**EMPLOYMENT AND BUSINESS EXPERIENCE**

**Peterson Environmental Solutions LLC**, Napa, CA
**PRINCIPAL ENVIRONMENTAL COMPLIANCE STRATEGY CONSULTANT**
- Independent consultant specializing in California environmental compliance strategy;
- Industrial, MS4, and construction stormwater projects; Special enforcement cases;
- Water, wastewater permitting and compliance programs;
- Hazardous materials management, remediation, and waste characterization.

**ERM West, Inc.** Walnut Creek, CA
**PRINCIPAL ENVIRONMENTAL COMPLIANCE CONSULTANT**
- SME for the West Coast for environmental compliance strategy and water resources;
- Serving global clients in the Ag, Chemical, Tech, Energy, and manufacturing industries;
- Lead complex programmatic facility and organizational audits;
- Permitting, compliance, and enforcement case management.

**Broadbent & Associates, Inc.**, Vacaville, CA
**SENIOR SCIENTIST/BUSINESS MANAGER**
- Environmental consulting Senior Scientist and Bay Area business leader for start-up office of 5 FTEs; Tripled revenue over 2-years of growth;
- Responsible for project management, business development, & office operations expanding client base & market sector reach to water/wastewater, storm water, oil & gas, air quality; municipal & local agencies;
- California Marketing lead; Proposal manager for state operations; contract manager.

**California American Water**, Sacramento, CA; Pacific Grove, CA
**WATER QUALITY & ENVIRONMENTAL COMPLIANCE MANAGER**
- Responsible for utility water quality program for water and wastewater systems, including monitoring, reporting, and compliance strategy for 20 California public water systems, 10 wastewater systems, and 4 recycled water systems;
- Responsible for utility environmental compliance performance, including water, land, and air protection programs;
- Act as company liaison to regulatory agencies on district and statewide issues; build effective, professional relationships based on trust and common goals of protecting public health and the environment;
- Regularly Collaborate with operations & CIP engineering functional groups to efficiently accomplish district goals & improve operational & environmental processes;
- Assess new regulations for impact to business and operations; create, train, and implement compliance programs;
- Assess district practices to minimize environmental impact and incorporate environmental stewardship principles into current and future projects;
- Responsible for providing a good customer experience related to water quality,

**EMPLOYMENT AND BUSINESS EXPERIENCE (cont.)**

environmental concerns, and general industry education;
- Responsible for waste management program including generator waste determination, management, and compliance with California and RCRA requirements;
- Direct and manage district staff (5-8 FTE) and consultants to successfully execute projects, contracts, and associated work products.

**City of Vacaville**, Vacaville, CA
**WATER QUALITY PERMITTING ADMINISTRATOR**
- Responsible for planning and implementing programs to establish, maintain, & document environmental compliance with regulatory permits & policies for the City's Utilities Department including 15 MGD wastewater operations, large public drinking water system, & stormwater program.  Regulator oversight: EPA, SWRCB, RWQCB, DDW (CDPH).
- Project Manager for City's ROWD permit development, including priority pollutant and expanded water quality monitoring and fate and transport study of receiving waters.
- Act as department liaison with regulatory agencies during the development of regulations, orders, and policies that may affect department business.
- Represent the City and Central Valley wastewater dischargers (POTW) group in stakeholder workgroups seeking collaborative solutions and providing direct input to regulators on a variety of policy, technical, economic, and social-impact issues.
- Project Manager for the City's MS4 Phase II permit stormwater management program including education and outreach, construction, enforcement, and low-impact development components.
- Direct and manage City staff from multiple departments and consultants.

**MWH Global, Inc.,** Walnut Creek, CA
**ENVIRONMENTAL PROJECT MANAGER/ SR. PROJECT CHEMIST**
- Project Manager for industrial clients; responsible for business development, budgets/costs, project execution, and regulatory reporting and compliance.
- Environmental consulting as a Project Chemist for a variety of oil & gas, industrial, and commercial clients involving site investigation, remediation, monitoring, compliance, and closure involving CEQA, CWA, CWC, NPDES, CERCLA, RCRA, Brownfields requirements.
- Project chemistry program development including sampling design and methods, QAPP development, sample preservation, selection of preparation and analytical methods from USEPA and other standardized methods; laboratory compliance audits; data validation, verification, and assessment.
- Direct supervisor to environmental staff.

**REGULATORY STAKEHOLDER GROUP LEADERSHIP AND INVOLVEMENT:**

**Central Valley Clean Water Association,** Water Committee Chair
A collection of wastewater agencies with a common mission to effectively represent the interests of the industry in regulatory matters and to support the exchange of information so members can best meet their business challenges.  I served as the chair for a committee that focused on regulatory issues of discharges to state waterbodies.  Through this group, I effectively represented municipalities, seeking solutions that were technically and economically sound and politically acceptable to stakeholders including environmental regulators and NGOs.

**Central Valley Salinity Alternatives for Long-Term Sustainability**
CV-SALTS organizational focus is on a long-term, comprehensive solution for the increasing threat to the overall health of California's Central Valley and Delta from salt and nutrients in surface and groundwater.  Impacted water supplies threaten drinking water for the majority of California residents and the agriculture industry.  I served on the board of directors and technical committee, advocating for appropriate funding, regulation, technological innovation, and economic feasibility.

**Central Valley Drinking Water Policy Workgroup**
The CVDWPWG was a regulator-led effort to develop a policy that protects drinking water sources from further degradation by constituents such as organic carbon, pathogens, and nutrients.  Major represented interests included public health, environmental, and water supply agencies, and wastewater, agriculture, and stormwater industries.

**Key Projects**

**Industrial Materials Recycler Wastewater to Reuse Conversion**
Travis led a team focused on minimizing the discharged wastewater from an industrial plastics recycling plant by adopting water reuse principals and a series of treatment technologies to recapture waste flows and reuse water within the process. The discharged water requirement reduced from 125K gallons per day (GPD) to less than 10K GPD.

**Wastewater Treatment Plant Compliance & Permitting ▫Various**
Travis has managed large wastewater and recycled water programs including 10 wastewater systems and four recycled water systems ranging from very small onsite wastewater treatment systems; passive pond systems; medium sized package wastewater treatment with recycled water production and distribution; and 15 million GPD advanced secondary and tertiary municipal treatment works.

Travis has helped restore the permitting and compliance status for Safe Drinking Water Act, Clean Water Act, Clean Air Act, Resource Conservation and Recovery Act, and Emergency Planning and Right-to-Know Act compliance through gaining operations experience, conducting audits, inspections, research, and record review for several systems throughout central and northern California. Additionally, he developed and implemented programmatic policies and procedures for sustaining environmental compliance and water quality compliance. Travis has trained staff and management to gain understanding and acceptance of water compliance programs, resulting in reduced liability and potential for harm to public health and the environment.

Travis created and implemented detailed programs to establish compliance with a newly issued NPDES permit for a 15MGD secondary treatment plant in preparation for its tertiary upgrade. He negotiated with the Regional Waterboard to establish clear operational parameters based on permit limit interpretation, establishing points of compliance, reasonable receiving water limits, and laboratory methodologies. Following this permit cycle, Travis led the Report of Waste Discharge permit renewal process, including priority pollutant studies, expanded water quality monitoring, and a fate and transport study of receiving waters.

**Water Treatment Facilities, Environmental Impact Assessment**
Implemented changes to water treatment system operations to reduce the toxicity of arsenic residual sludge from California-hazardous to non-hazardous levels, minimizing environmental impact, transportation and disposal costs, and allowing a more appropriate disposal pathway. Evaluated the waste generation process for a water tank rehabilitation, properly characterizing tank blast residue allowing it to be recycled for a permanently non-leachable industrial purpose and creating a new disposal pathway. Analyzed and modified treatment chemical usage to minimize quantity, cost, and environmental impact.

**Power Plant Industrial Discharger NPDES Renewal**
Travis managed the permitting strategy and data analysis for renewal of a major NPDES permit to discharge once-through cooling water by an electrical generator, incorporating new provisions and exemptions from the California Ocean Plan and performing the statistical evaluation of discharge data to predict compliance with water quality standards. The strategy and analysis resulted in the recommended removal of permit limitations for 5 pollutants from the future permit.

**Geothermal Power Generation Water Quality Protection**
Travis established a water quality protection closure plan for a shuttered geothermal facility and wellfield by evaluating the remaining pollutants from the chemical treatment units, cooling towers, wellfield operations, and storm water runoff and creating new strategic discharge pathways for different waters based on the environmental and regulatory constraints.

**Environmental Chemistry Support for Refineries**
Travis served as the Senior Project Chemist for major Bay Area refinery programs, providing remediation sampling, strategy, and environmental forensic services for investigations of petroleum hydrocarbon contamination. He performed studies and expert interpretation using high-resolution analytical chemistry techniques providing clients with scientific evidence of sources and relative aging of surface and

Travis Peterson

subsurface hydrocarbon releases often involving complex mixes of distillation fractions and multiple contamination release dates.

**Former Rocket Manufacturing and Propulsion Test Facility Surface Water Program**
Travis served as the lead Project Chemist for the Boeing Company's Santa Susana Field Laboratory NPDES Program, a large, high-profile, politically-charged program. He worked closely with the clients and Los Angeles Waterboard to implement technical and regulatory aspects of the NPDES permit in compliance with the Clean Water Act and the California Water Code. Developed and negotiated the technical arguments for the compliance strategy, which was tangled in a legal debate over the application of point-source regulations to a nonpoint-source consisting of intermittent industrial storm water discharges. Travis planned and led the technical team responsible for complex, weather-driven sample collection, data generation, validation, database management, and for creating and meeting overall technical project quality assurance/quality control requirements.

**Hazardous Materials Program Management**
Travis managed the hazardous materials programs for over 140 industrial facilities, including annual audits and reporting, permitting, coordination with the local CUPAs, inspections, and management of the Hazardous Materials Business Planning (HMBP) program and compliance reporting and tracking through California CERS system. Designed and implemented policies and procedures for managing used oil and asbestos containing material for proper accumulation, tracking, and disposal.

**Bulk Oil Facility Compliance Inspections**
Travis led the compliance audit program for 30 bulk oil facilities in the Western US, incorporating newly acquired facilities into an existing operation, creating a consistent compliance program. Audits included compliance evaluation for hazardous materials storage and documentation, hazardous waste disposal, federal SPCC and state APSA regulations, and industrial storm water pollution prevention.

**Waste Characterization Protocol and Enforcement Response**
Travis led the effort to restore compliance to an operation with a history of poor or improper waste characterization by creating and documenting defensible characterization protocol.  Travis also represented the business in negotiations with the CUPA enforcement agency to correct misinterpretations of analytical data. Travis reduced the noncompliance penalty liability from $1.2M to $435K solely on regulatory interpretation and technical data arguments.