Diane G. Kindermann Henderson (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
REICHARDT DUCK FARM, INC., and
JOHN REICHARDT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**DECLARATION OF LONI LYTTLE IN SUPPORT OF DEFENDANTS REICHARDT DUCK FARM, INC., and JOHN REICHARDT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE CONSENT DECREE**<br><br>Date:          November 21, 2025<br>Time:          10:00 a.m.<br>Location:      Courtroom A – 15th Floor<br>Judge: Hon. Magistrate Judge Alex G. Tse |

I, Loni Lyttle, declare,

1.    If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except those matters alleged upon information and belief, and as to those, I believe them to be true.

2.    I am an experienced plant scientist, Certified Crop Advisor, and a Technical Service Provider (TSP) with the NRCS with 15 years of industry experience specializing in nutrient and irrigation management. My clientele includes agricultural, industrial, and commercial operations. I have significant experience evaluating plant nutrition, soil chemistry,

**DECLARATION OF LONI LYTTLE ISO OPPO TO MOTION TO ENFORCE**

and irrigation practices in the agricultural field. I have significant program management experience in resource management and sensor technologies, where I developed expertise and knowledge of plant-water relations, nutrient requirements, irrigation and fertilization strategies, soil health, and data management.  My resume is attached as Exhibit 1.

3.      I have been working with Reichardt Duck Farm, Inc., and John Reichardt ("Defendants" or "RDF") in their development of a Nutrient Management Plan (NMP), Monitoring and Reporting Plan (MRP), and Waste Management Plan (WMP) per the Consent Decree and the General Permit. With regards to the Waste Management Plan, RDF has installed flowmeters to better document gallons of waste created during their operations as well as rain gauges to determine influx of rainwater into their waste ponds. They have continued to use flocculation of phosphorous and anaerobic microbes to digest nitrogen into carbon dioxide and methane. They adhere to all protocols detailed in the SWPPP to protect surface water from runoff during rain events. With direction from the Natural Resources Conservation Service (NRCS) they are moving to eliminate liquid waste altogether.

4.      As part of the NMP, our office extensively sampled soil from the fertigated pasture in April of 2024 and 2025 for nitrate-N, ammonium-N, and phosphorous. See Exhibit 1 for locations of soil sampling as well as Exhibits 2 and 3 for laboratory results. Nutrients levels were low to moderate in almost all pastures sampled. The opposing council has argued that low nutrient levels are due to the lower-than-normal production levels caused by avian influenza in November of 2024. While it can be argued that nitrogen levels fluctuate throughout the growing season, phosphorous is stable and the contained levels at most sampling locations show that high concentrations of nutrients were not over applied to these areas in recent history.

5.      As part of the NMP, our office extensively sampled soil from the fertigated pasture in April of 2024 and 2025 for nitrate-N, ammonium-N, and phosphorous. (See Exhibit 2 for locations of soil sampling as well as Exhibits 3 and 4 for laboratory results.) We found no indication of overfertilization at the time of our study. Counsel for Plaintiff has argued that low nutrient levels are due to the lower-than-normal production levels caused by avian influenza in November 2024. While it can be argued that nitrogen levels fluctuate throughout the growing

**DECLARATION OF LONI LYTTLE ISO OPPO TO MOTION TO ENFORCE**

season, phosphorous is stable and the contained levels at almost all sampling locations show that high concentrations of nutrients were not over applied in recent history.

6.    In accordance with the NMP, RDF's test pond water prior to any fertigation period via Alpha Analytical Laboratories. I use those test results to determine allowable volume for each field according to the target fertilization rate of 120 lbs/acre of nitrogen and 60 lbs/acre of phosphorous typical of irrigated pasture. In the years I have worked with RDF, they have not exceeded these target levels in any field.

7.    As per the Consent Decree and included in the NMP, RDF has installed two sets of soil moisture sensors in each field at three depths (12", 24", and 36") to track water percolation depth and avoid excessive irrigation. The sensors send an automatic alert via SMS should the lower sensor reach field capacity and RDF ceases irrigation until water is again needed. They have adhered to this requirement.

8.    In accordance with the MRP, gallons of irrigation water are measured via a flowmeter. The total volume administered is documented both by hand by RDF and also via our office's client data portal. The portal displays in real time the fields that are open to irrigation based on soil moisture sensors, the total amount administered, the total amount of nitrogen and phosphorous that has been administered to each field over the course of the season, and the amount of water needed (ETc) by the "crop", in this case native ryegrass used for pasture. RDF has under-irrigated and under-fertilized these pastures according to what I have observed. RDF is currently working with the NRCS to eliminate the need to irrigate with wastewater in the future.

9.    All the information pertinent to these activities is contained in the NMP, MRP, and WMP, which are continually updated and made available to Plaintiff's counsel. An explanation of the irrigation practices with screenshots of our portal was made available to Plaintiff's counsel in July of 2025.  (See Exhibit 5.)

10.    The Consent Decree calls for the installation of (8) monitoring wells to be installed to monitor shallow groundwater, as opposed to the more-stable groundwater drawn on by existing wells. The purpose of monitoring shallow groundwater is that it is more sensitive to

**DECLARATION OF LONI LYTTLE ISO OPPO TO MOTION TO ENFORCE**

contamination from over-fertilization. From what I have observed, RDF has not overapplied fertigation water. Should a return to pre-avian flu production levels double the nutrient load, the volume administered over the course of the season would still be below the target level for nitrogen and phosphorous fertilization for a pasture of native ryegrass, which is deep rooting and has a high nutrient demand. The contained phosphorous levels, which are usually very high in poultry manure, indicates that RDF did not overfertilize prior to the adoption of the NMP, MRP, and WMP.  Phosphorous is usually very high in poultry manure. The contained levels of phosphorous found in most locations indicate that the Reichardt's did not overfertilize prior to the adoption of the NMP, MRP, and WMP.

11.    Plaintiff's counsel is also concerned that the ponds are "leaking" nutrients into the adjacent soil. The soil in the area where the ponds are located is mapped to the Blucher series according to the NRCS soil maps. These soils are shallow and have a high clay content, which at the time of the pond's construction did not require a liner to be installed. Cornerstone Earth attempted to install a monitoring well in October, but failed to find any groundwater before hitting bedrock. Should the pond have been leaking into this region of the soil, the water in this location would be present and would be of high nutrient concentration.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 29, 2025, at Templeton, California.

LONI LYTTLE

**DECLARATION OF LONI LYTTLE ISO OPPO TO MOTION TO ENFORCE**