# EXHIBIT 1

# Lonicera Lyttle
Director of Viticulture
Certified Crop Advisor - 747755
Technical Service Provider - TSP-22-24351
Pest Control Advisor - 166250

## Related Experience:

**Director of Viticulture**
April 2019 – present
Advanced Viticulture Consulting
Windsor, California
- Makes recommendations on irrigation scheduling, soil amendments, and fertilizer applications
- Oversees data collection and vineyard technology installation and maintenance for North and Central Coast

**Visiting Masters Student**
Summer 2017/Winter 2018
Irrigation Agriculture Research and Extension Center (IAREC)
Washington State University
Prosser, Washington
- Designed an experiment to examine stomatal conductance in relation to leaf water potential in grapevines under the guidance of Dr. Markus Keller
- Collected data for colleague's projects on water status, optimum irrigation scheduling, and vine physiology under abiotic stress

**Assistant Vineyard Manager**
July 2014 – May 2017
Ceretto Winery
Countryside division
Alba, CN Italy
- Co-managed the organic program, gathering materials, following manure humification, and began a project to produce our own manure preparations on-site
- Managed between five and forty workers at any given time, instructing them on seasonal tasks (suckering, lateral removal, thinning, ect.) and checking on the quality of the work

## Credentials:

**Technical Service Provider – NRCS**
- Irrigation Water Management Design (Practice 163)
- Nutrient Management Design and Implementation Activity (Practice 157)

**Certified Crop Advisor** – American Society of Agronomy

## Education:

**M.S. in Viticultural and Enological Sciences**
October 2015 – December 2018
University of Turin (Italy)
Thesis topic: "Cold hardiness in grapevines and implications for fertility and yield: a study in Eastern Washington State, USA.
Final grade: 110/110 cum laude

**B.S. in Viticulture and Enology**
October 2011 – October 2014
University of Turin (Italy)
Thesis topic: Induced systemic resistance against phytoplasmas and potential applications in grapevines
Final grade: 104/110

**B.A Smith College**
September 2006 – May 2010
Major: Economics Minor: Spanish
Phi Beta Kappa, Departmental Award of Excellence, Scholar Athlete
Overall GPA: 3.95 Magna Cum Laude

## Publications:

**Wine Business Monthly:**

- "Italian White Varieties That Could Boost Your Wine Program" — June 1, 2021.
- "Is Regenerative the New Biodynamic?" — July 1, 2021 — co-authored with Mark Greenspan.
- "Mini-Head-Training: A Curiosity for Most, a Necessity for Some" — January 1, 2022.
- "Resistant Varieties: The Next Step Toward Sustainability" — April 1, 2022.
- "Unboxing Owl Boxes: Rebuilding Habitats for Natural Rodent Control" — August 1, 2022.
- "Artificial Intelligence in the Vineyard: Tremendous Data Processing Requires Tremendous Data" — June 1, 2024.

I am also a frequent contributor to the Advanced Viticulture Blog

## Languages:

English – Native language
Italian – fluent
Spanish – advanced