# EXHIBIT 3



# Report of Soil Analysis - Exhibit 3

**Lab No.:** 24D1747
**Sampled By:** Loni Lyttle
**Requested By:** Loni Lyttle
**Sampled Date:** 04/24/24
**Submitted Date:** 04/26/24
**Reported Date:** 04/30/24
**Location/Project:** Reichardt Duck Farm
**Crop ID:** Pasture/Grass (Int-Pasture/Grass)

Advanced Viticulture
PO Box 2236
Windsor   CA   95492
00-0014769   05

**E-mail:** mark@advancedvit.com
**Copy To:** loni@advancedvit.com

| No. | Description | Depth | NAPT Methods---> | | |
|---|---|---|---|---|---|
| | | | Handbook 60---> | | |
| | | | AA Ext. S3.10 | Olsen Ext. S4.10 | 1N KCl Ext. S3.50 |
| | | | NO₃-N mg/kg | PO₄-P mg/kg | NH₄-N mg/kg |
| 1 | Reichardt 1 | 0-12" | 2 | 124 | 3.6 |
| 2 | Reichardt 1 | 12-24" | ND | 90 | 1.0 |
| 3 | Reichardt 2 | 0-12" | 4 | 241 | ND |
| 4 | Reichardt 3 | 0-12" | 2 | 152 | ND |
| 5 | Reichardt 3 | 12-24" | 1 | 25 | ND |
| 6 | Reichardt 4 | 0-12" | ND | 83 | 3.1 |
| 7 | Reichardt 4 | 12-24" | 2 | 21 | 1.1 |
| 8 | Reichardt 5 | 0-12" | 2 | 120 | 0.4 |
| 9 | Reichardt 5 | 12-24" | 5 | 44 | ND |
| 10 | Reichardt 6 | 0-12" | 4 | 546 | 0.5 |
| 11 | Reichardt 6 | 12-24" | 19 | 188 | 1.0 |
| 12 | Reichardt 7 | 0-12" | 4 | 151 | 4.8 |
| 13 | Reichardt 7 | 12-24" | ND | 96 | 1.6 |
| 14 | Reichardt 8 | 0-12" | 1 | 46 | 0.8 |
| 15 | Reichardt 8 | 12-24" | 1 | 17 | 0.8 |
| 16 | Reichardt 9 | 0-12" | ND | 32 | 25.7 |
| 17 | Reichardt 9 | 12-24" | ND | 12 | 1.6 |
| 18 | Reichardt 10 | 0-12" | 2 | 43 | ND |
| 19 | Reichardt 10 | 12-24" | 4 | 9 | ND |
| 20 | Reichardt 11 | 0-12" | 2 | 21 | 1.3 |
| 21 | Reichardt 11 | 0-12" (Bag Says 11 12-24") | 2 | 2 | 1.2 |
| 22 | Reichardt 12 | 0-12" | 3 | 42 | 0.4 |
| 23 | Reichardt 12 | 12-24" | 39 | 18 | 0.2 |
| 24 | Reichardt 13 | 0-12" | ND | 22 | ND |
| 25 | Reichardt 13 | 12-24" | | | |

Dellavalle Laboratory, Inc. - 1910 W McKinley #110 - Fresno, CA 93728 - (559) 233- 6129 - (800) 228-9896 -www.dellavallelab.com  **See Attached for Analysis Documentation**  Page 1 of 2



# Report of Soil Analysis NMP 5

**Lab No.:** 24D1747
**Sampled By:** Loni Lyttle
**Requested By:** Loni Lyttle
**Sampled Date:** 04/24/24
**Submitted Date:** 04/26/24
**Reported Date:** 04/30/24
**Location/Project:** Reichardt Duck Farm
**Crop ID:** Pasture/Grass (Int-Pasture/Grass)

Advanced Viticulture
PO Box 2236
Windsor          CA      95492
00-0014769       05

**E-mail:** mark@advancedvit.com
**Copy To:** loni@advancedvit.com

| | | NAPT Methods---> | S3.10 | S4.10 | S3.50 |
| | | Handbook 60---> | AA Ext. | Olsen Ext. | 1N KCl Ext. |
| No. | Description | Depth | NO$_3$-N | PO$_4$-P | NH$_4$-N |
| | | | mg/kg | mg/kg | mg/kg |
| 26 | Reichardt 14 | 0-12" | 3 | 89 | 1.1 |
| 27 | Reichardt 14 | 12-24" | 2 | 56 | 0.4 |
| 28 | Reichardt 15 | 0-12" | ND | 66 | 0.8 |
| 29 | Reichardt 15 | 12-24" | ND | 35 | 0.7 |
| 30 | Reichardt 16 | 0-12" | 1 | 18 | 0.5 |
| 31 | Reichardt 16 | 12-24" | 7 | 10 | 1.9 |
| 32 | Reichardt 17 | 0-12" | 1 | 85 | 0.7 |
| 33 | Reichardt 17 | 12-24" | 1 | 56 | 0.5 |

ND = None Detected