# EXHIBIT 5

Reichardt Duck Farm: Irrigation Summary　　　　　　　　　　　　　　　　　　　　July 8, 2025

The following report provides a synopsis of how irrigation decisions are made regarding the pastures at the Reichardt Duck Farm.

**Field Capacity**

Each field used for grazing has two soil moisture monitoring locations. Each of these locations has Irrometer Watermark sensors installed at three depths: 12", 24", and 36". Sensors are automated usin Davis Instruments Enviromonitor datalogging system. Data from the sensors is uploaded every 15 minutes to the Weatherlink cloud.

These sensors are tensiometers, which measure the tension in the soil at a range of between 0 and -200 cbars (absolute values are reported). Loamy soils are considered to be at field capacity from 0 to -10cbars. Ideally, the soil is kept at between -10 and -60. As per the Consent Decree, If the 36" sensor reaches field capacity (-10 cbars), an alert is sent to the proprieter's phone. Irrigation does not take place again until the field is again above this threshold.

Fig. 1: Readout of sensors at Purvine NE Station. Note that the axis is in absolute values. Low numbers here mean moist soil and high numbers mean dry soil.



Data is drawn in via the Davis API into the Advanced Viticulture data portal. The portal provides realtime graphs of the soil tension of each sensor depth. The portal also provides a map that indicates whether or not a given field is above the threshold of -10 cbars. Green indicates that irrigation may proceed while red indicates the field is currently off-limits.

Fig.2: Map is color coded to reflect last values of soil tension at 36". Should either station at a given field drop below the threshold of -10 cbars, the field turns red.

Mark Greenspan, Ph.D., CCA, CPAg　　　　　　　　　　　　　　Advanced Viticulture Consulting, Inc.
Loni Lyttle, M.S., CCA, TSP-22-24351　　　　　　　　　　　　　　　　　　　　　Page 1 of 4

Reichardt Duck Farm: Irrigation Summary											July 8, 2025



**Crop Water Use**

A field loses water by way of evaporation and transpiration from vegetation. The combination of these two elements is called evapotranspiration (ET). Reference ET (Eto) is calculated according to the Penman-Monteith equation:

$$ET_0 = \frac{\Delta R_n + \gamma f(u)(e_s - e_a)}{\Delta + \gamma}$$

**Where:**

- $ET_0$ = reference evapotranspiration (mm/day)
- $R_n$ = net radiation at the crop surface (MJ/m²/day)
- $\Delta$ = slope of the vapor pressure curve (kPa/°C)
- $\gamma$ = psychrometric constant (kPa/°C)
- $f(u)$ = wind function (usually $f(u) = 0.26(1 + 0.54u_2)$, with wind speed $u_2$ at 2 meters in m/s)
- $e_s$ = saturation vapor pressure (kPa)
- $e_a$ = actual vapor pressure (kPa)

Mark Greenspan, Ph.D., CCA, CPAg										Advanced Viticulture Consulting, Inc.
Loni Lyttle, M.S., CCA, TSP-22-24351										Page 2 of 4

Reichardt Duck Farm: Irrigation Summary                                           July 8, 2025

ETo is calculated automatically via a nearby weather station. In order to determine crop water use, a crop coefficient (Kc) of 0.7 is applied to obtain Crop ET (ETc).

$$ET_c = K_c \cdot ET_0$$

Where:

- $ET_c$ = **crop evapotranspiration** (mm/day)
- $K_c$ = **crop coefficient**, which varies by crop type and growth stage
- $ET_0$ = **reference evapotranspiration** (mm/day), usually from the **FAO Penman-Monteith equation**

Native ryegrass has an average annual Kc of 0.7 to 0.95. In this case, I selected 0.7 as it is the most conservative of crop coefficients.

Each field tab contains a bar graph showing weekly estimated crop water use (ETc) in inches (blue) compared to the number of inches applied that week (red). In all cases, the weekly water applied is far less than the estimated inches of water used by the pasture.

Fig. 3: Purvine North estimated crop water use compared to number of inches administered.



Nutrient application

Given that these pastures are irrigated with wastewater, we need to consider the amount of nitrogen and phosphorous applied when determining irrigation scheduling. The AV portal allows for the updating N and P levels in the irrigation pond drawn from pending laboratory analysis. These numbers, along with the total acre inches applied, are used to determine the total number of lbs/acre applied to date.

Fig. 4: Total lbs/acre of N and P applied to date are posted on each field page. Values update when irrigations and/or new lab results are entered. Example below is from Alex field.

Reichardt Duck Farm: Irrigation Summary                                                                                                           July 8, 2025



Mark Greenspan, Ph.D., CCA, CPAg                                                            Advanced Viticulture Consulting, Inc.
Loni Lyttle, M.S., CCA, TSP-22-24351                                                                                        Page 4 of 4