UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>            Plaintiff,<br><br>    v.<br><br>REICHARDT DUCK FARM, INC, et al.,<br><br>            Defendants. | Case No.  22-cv-09065-AGT<br><br>**ORDER DENYING MOTION TO ENFORCE CONSENT DECREE AND REFERRING PARTIES TO JUDGE HIXSON**<br><br>Re: Dkt. No. 107 |

Plaintiff Californians for Alternatives to Toxics moves to enforce a consent decree against defendants Reichardt Duck Farm, Inc. and John Reichardt. Dkt. 107. The motion is now fully briefed, *see* dkts. 111 & 112, and the Court finds it appropriate for disposition without a hearing. *See* Civil L.R. 7-1(b). The motion is denied without prejudice and the hearing previously set for November 21, 2025, is vacated.[1]

The parties have indicated in their filings that Judge Hixson may be able to assist them. Counsel are hereby ordered to contact the courtroom deputy for Judge Hixson to see if further settlement negotiations would be helpful to resolve the pending dispute. If Judge Hixson is amenable, a further settlement conference shall be set according to Judge Hixson's

---

[1] In light of this, the request for judicial notice at dkt. 113 is denied without prejudice.

availability and schedule.

**IT IS SO ORDERED.**

Dated: November 10, 2025

Alex G. Tse
United States Magistrate Judge