ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 Sixteenth Street, Suite 204
Arcata, CA 95521
Tel. (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>       Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>       Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**STIPULATED ORDER RE: PLAINTIFF'S MOTION TO ENFORCE CONSENT DECREE [DKT. #107]** |

WHEREAS, this matter was resolved pursuant to the terms of a Consent Decree entered herein on November 22, 2023 (the "Decree") (Dkt.#68);

WHEREAS, Plaintiff Californians for Alternatives to Toxics ("Plaintiff") filed a motion to enforce the Decree on September 17, 2025 ("Motion to Enforce")(Dkt.#107);

WHEREAS, after Defendants filed their opposition papers and Plaintiff filed its reply, the Court ordered the matter to a further settlement conference with Magistrate Hixson on November 10, 2025 (Dkt.#114);

WHEREAS, the settlement conference, with experts and clients attending, took place on December 8, 2025, and the parties reached an agreement in principle as set forth in further detail below;

AND WHEREAS, this stipulated order resolves all disputes raised in Plaintiff's motion to enforce the Decree;

THEREFORE, IT IS STIPULATED that:

(1) Defendants shall submit to Plaintiff a proposed draft declaration from their expert hydrologist attesting to the fact that the drilling of the four (4) groundwater monitoring wells identified as RDF 09, RDF 11, RDF 12 and as identified by the yellow marker just north of Pond A in **Exhibit 1** attached hereto, is scheduled to occur on December 18 and 19, 2025[1];

(2) The parties shall work together in good faith to timely complete and execute this declaration on or before December 10, 2025 to avoid further mediation scheduled for December 12, 2025;

(3) Defendants shall partially reimburse Plaintiff's fees and costs in bringing the Motion to Enforce in the amount of $20,000, by check payable to the "Law Offices of Andrew L. Packard Attorney-Client Trust Account" and remitted by Certified Mail to: 245 Kentucky Street, Suite B3, Petaluma, CA 94952 on or before January 7, 2026;

---

[1] In the event that inclement weather, illness of the equipment operator, equipment failure or damage, or other unforeseen circumstances prevents the drilling from being completed on December 18th and 19th, Defendants shall promptly reschedule the drilling for the next available date.

(4) Plaintiff shall provide Defendants with their billing records for the Motion to Enforce the Decree, together with any costs that would be sought in a motion for fees and costs associated with the Motion to Enforce the Decree, by January 7, 2026; and,

(5) Without waiving any rights to *enforce* the Decree as entered, Plaintiff agrees to waive any rights to seek *modification* of the Decree, which expires on November 1, 2026.

Dated: December 10, 2025      LAW OFFICES OF ANDREW L. PACKARD

 /s/ Andrew L. Packard
Andrew L. Packard
Attorney for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

Dated: December 10, 2025      ABBOTT & KINDERMANN, INC.

/s/ Diane G. Kindermann Henderson
Diane G. Kindermann Henderson
Attorney for Defendants
REICHARDT DUCK FARM, INC., and
JOHN REICHARDT

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(h) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: December 10, 2025                              By: /s/ Diane G. Kindermann

# EXHIBIT 1



Figure 2 — Site Plan, Reichardt Duck Farm Groundwater Investigation, 3770 Middle Two Rock Road, Petaluma, CA. Cornerstone Earth Group. Project Number 1605-1-1. Date: December 2025. Drawn By: RRN.