Diane G. Kindermann Henderson (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:   (916) 456-9599

Attorneys for Defendants
REICHARDT DUCK FARM, INC., and
JOHN REICHARDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>REICHARDT DUCK FARM, INC., and JOHN REICHARDT,<br><br>Defendants. | Case No: 3:22-CV-09065-AGT<br><br>**DECLARATION OF PETER LANGTRY, P.G., C.E.G. IN SUPPORT OF SETTLEMENT OF PLAINTIFF'S MOTION TO ENFORCE CONSENT DECREE**<br><br>**Settlement Conference**<br>Date:        December 8, 2025<br>Time:       1:00 p.m.<br>Dept.:       Via Zoom<br>Judge: Hon. Magistrate Judge Thomas S. Hixson |

I, Peter Langtry, P.G., C.E.G., declare,

1.   If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except those matters alleged upon information and belief, and as to those, I believe them to be true.

2.   I am Senior Principal Geologist with Cornerstone Earth Group, Inc., and I am also an experienced environmental scientist and California Certified Hydrogeologist with 35 years of industry experience specializing in California environmental regulatory compliance and subsurface investigations. My clientele includes industrial, commercial, manufacturing, construction industry and municipal operations.

3. I have significant experience conducting groundwater investigations, including groundwater quality, contaminant distribution, and hydrogeologic assessments. I have significant project management experience in subsurface investigations at a wide variety of project types, where I developed expertise and knowledge of potential contamination sources, development of investigation scopes of work, data interpretation, remedial design and implementation, and regulatory agency coordination.

**WELL DRILLING**

4. Prior to mobilizing to the Reichardt Duck Farm ("**Site**"), a permit through the County of Sonoma Department of Environmental Health (DEH) was obtained for the exploratory borings advanced under this scope of work. Cornerstone Earth Group, Inc. initiated the permit application process on September 18, 2025, and DEH issued the permit on October 13, 2025.

5. Groundwater monitoring wells RDF 01, RDF 02 and RDF 03 were installed on December 1, 2025. Cornerstone Earth Group has scheduled Penecor Drilling to install monitoring wells RDF 04, RDF 09, RDF 10, RDF 11 and RDF 12 on December 18 and 19, 2025.

6. The locations of RDF 04, RDF 09, RDF 10, RDF 11 and RDF 12 are set forth in the Figure 2 Site Plan map prepared by Cornerstone Earth Group, Inc., attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2025, at Lafayette, California.

PETER LANGTRY, P.G., C.E.G.

# EXHIBIT 1



**Site Plan**
**Reichardt Duck Farm Groundwater Investigation**
3770 Middle Two Rock Road
Petaluma, CA

Figure 2

Project Number: 1605-1-1
Date: December 2025
Drawn By: RRN

CORNERSTONE EARTH GROUP

**Legend**
- Approximate location of relocated shallow groundwater monitoring well (RDF) planned for installation December 18 and 19, 2025
- Approximate location of shallow groundwater monitoring well (RDF) installed on December 1, 2025
- Approximate location of exploratory boring (RDF) drilled October 21, 2025. No groundwater encountered, and well not installed
- Approximate location of shallow groundwater monitoring well (RDF) per the Consent Decree. Location not drilled
- * Monitoring well RDF 04 planned for installation December 18 and 19, 2025

Base by Google Earth, dated 03/06/2025
APPROXIMATE SCALE (FEET): 0 – 500 – 1,000