Diane G. Kindermann
  dkindermann@fennemorelaw.com
FENNEMORE LLP
10640 Mather Blvd, Suite 200
Mather, California 95655
Tel: (916) 920-5286 / Fax: (916) 920-8608

Attorneys for Defendants
REICHARDT DUCK FARM, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>REICHARDT DUCK FARM, INC., et al.<br><br>                    Defendants. | Case No. 3:22-CV-09065-AGT<br><br>**NOTICE OF CHANGE OF:**<br><br>☒          **FIRM NAME**<br>☒          **ADDRESS**<br>☒          **PHONE NUMBER**<br>☒          **EMAIL** |
| --- | --- |

As of February 9, 2026, my contact information has changed:

FIRM:          FENNEMORE LLP

ADDRESS:    10640 Mather Blvd., Ste. 200

PHONE NO.:  (916) 920-5286

EMAIL:        dkindermann@fennemorelaw.com

Dated:  APRIL 14, 2026                    Respectfully submitted,

By:    _____/s/ Diane G. Kindermann_____
          DIANE G. KINDERMANN
          Attorneys for Defendants
          REICHARDT DUCK FARM, INC., et al.

NOTICE OF CHANGE OF FIRM, ADDRESS, PHONE NUMBER and EMAIL